Laurence F. Padway (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:  (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE A. MOOS-HOLLING<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION DISABILITY PLAN<br><br>Defendant, | CASE NO. C07-06240<br><br>COMPLAINT FOR ERISA BENEFITS |

Comes now plaintiff alleging of defendant as follows:

**Jurisdiction**

1. This suit seeks review of a failure to extend benefits under a long term disability plan covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 28 U.S.C. 1132(f).

**Facts**

2. Plaintiff is a beneficiary of Bayer Corporation Disability Plan which resides within this judicial district. The plan is covered by the Employee Retirement Income Security Act of 1974.

Complaint for ERISA benefits                    1

3. Plaintiff became disabled on October 1, 2001 during her employment by Bayer and while covered under the plan which provides for payment in the event of disability, and has continuously remained disabled to the present day.

4. Defendant paid disability benefits under the Plan from March 1, 2003 through November 30, 2005, and then terminated benefits. The termination of benefits was wrongful because plaintiff remained disabled, was receiving regular medical care, completed all necessary forms and paperwork, and otherwise qualified for benefits.

5. Plaintiff appealed that termination to the plan. The plan wrongfully and arbitrarily denied the appeal on March 14, 2006.

6. As a proximate result thereof, plaintiff has been damaged by the loss of benefits from December 1, 2005 to date in the sum equal to 70% of her salary ($3740.10 per month) less offsets (Social Security Disability $1587.00 per month) for a total monthly benefit of $2153.10, and benefits continuing into the future until such time as he becomes able to work. Plaintiff's lost benefits to date total: $51,674.40. Plaintiff was awarded workers' compensation benefits in the amount of $17,000.00 which reduces the benefit due to date to $34,674.40. Future benefits until age 65 total: $184,090.05. Total benefits lost total $218,764.45.

7. Plaintiff has been compelled to retain counsel to collect the benefits owed, and is entitled to reasonable attorneys fees under ERISA in an amount dependent upon the extent of litigation required and estimated at $100,000. through trial.

Wherefore, plaintiff prays for relief as set forth below:

1. For benefits, past and future, for long term disability, as provided by the terms of

Complaint for ERISA benefits               2

1  the plan in the amount of $218,764.45. plus interest according to proof;

2. For attorneys fees of $300,000 or according to proof;

3. For such other relief as the court deems just and proper.

Dated: November 28, 2007

Laurence F. Padway
Attorney for plaintiff

Complaint for ERISA benefits                    3