1  Laurence F. Padway (SBN 083914)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone:   (510) 814-6100
   Facsimile:    (510) 814-0650
4

5  Attorneys for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11  ROSALIE A. MOOS-HOLLING,          |  CASE NO. C 07-06240

12            Plaintiff,              |

13  v.                               |

14  BAYER CORPORATION DISABILITY      |
    PLAN,                            |
15                                   |
              Defendant,             |
16

17

18

19

20                       **PROOF OF SERVICE**

21

22

23

24

25

26

27

28

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12-13-07 |
| Name of SERVER Susan Pope | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail to: Bayer Corporation Disability Plan
100 Bayer Road
Pittsburg, PA 15205

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      12-13-07
                    Date

Signature of Server   *Susan Pope*
1516 OAK ST. SUITE 109
ALAMEDA, CA 94501

*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ROSALIE A. MOOS-HOLLING

v.

BAYER CORPORATION DISABILITY PLAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-06240

TO: (Name and address of defendant)

Bayer Corporation Disability Plan, 100 Bayer Road, Pittsburg, Pennsylvania  15205

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurence F. Padway, Law Offices of Laurence F. Padway, 1516 Oak Street, Suite 109, Alameda, CA  94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DEC 11 2007

DATE_____

CYNTHIA LENAHAN
(BY) DEPUTY CLERK

MOOS-HOLLING
12-13-07

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.48 | |
| Certified Fee | 2.65 | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.13 | |

Sent To  Bayer Corporation Disability Plan
Street, Apt. No.; or PO Box No.  100 Bayer Road
City, State, ZIP+4  Pittsburg, PA 15205

PS Form 3800, June 2002          See Reverse for Instructions

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7005 0390 0002 3333 8073