**United States District Court**
For the Northern District of California

1
2
3
4
5
6    UNITED STATES DISTRICT COURT
7    NORTHERN DISTRICT OF CALIFORNIA
8
9   Rosalie Moos-Holling                                Case No. C07-06240 EMC
10
11                    Plaintiff(s),
12   v.
13   Bayer Corporation Disability
14   Plan
                       Defendant(s).
15
     _____/
16
**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/5/08                                    /s/ Laurence F. Padway
                                                 Signature
                                                 Counsel for: Plaintiff
                                                 (Name of party or indicate "pro se")