**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE A. MOOS-HOLLING, | No. C 07-06240SI |
| Plaintiff, | **NOTICE** |
| v. | |
| BAYER CORPORATION DISABILITY PLAN, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on Friday, March 28, 2008, at 2:30 p.m. A joint case management conference statement must be filed one week in advance of the conference.

Dated: March 14, 2008

RICHARD W. WIEKING, Clerk

*Tracy Sutton (signature)*

Tracy Sutton
Deputy Clerk