United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Moos-Holling, | 07-06240 SI |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Bayer Corporation Disability Plan, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

Notice Re: Noncompliance With Court Order
07-06240 SI                                    -1-

United States District Court
Northern District of California

1    450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2    to an e-mail directed to adr@cand.uscourts.gov.

3

4        It is the responsibility of counsel to schedule an ADR Phone Conference, if

5    required, to occur <u>before</u> the Case Management Conference.

6

7

8    Dated: March 20, 2008

9                                RICHARD W. WIEKING

10                               Clerk
                            by:    Timothy J. Smagacz

11

12                               ADR Administrative Assistant

13                               415-522-4205
                            Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-06240 SI                                    -2-

**PROOF OF SERVICE**

Case Name:          Moos-Holling v. Bayer Corporation Disability Plan

Case Number:       07-06240 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

    ADR Program
    United States District Court
    Norther District of California
    450 Golden Gate Avenue Floor 16
    San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

    Laurence Fred Padway
    Law Offices of Laurence F. Padway
    1516 Oak Street
    Suite 109
    Alameda, CA 94501
    Lpadway@padway.com

    Jerome Schreibstein
    Law Office of Jerome Schreibstein
    275 Battery Street, 18th Floor
    Embarcadero Center West
    San Francisco, CA 94111
    jschreibstein@jschreiblaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov