**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 3/28/08

Case No.   C-07-6240 SI           Judge:   SUSAN ILLSTON

Title: ROSALIE MOOS-HOLLING -v- BAYER CORP.

Attorneys: Codiga          Schriebstein

Deputy Clerk:  Tracy Sutton   Court Reporter: na/

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to **6/6/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **12/5/08    @ 9:00 a.m.**   for Cross Motions for Summary Judgment
(Motion due **10/31/08**, Opposition **11/14/08** Reply **11/21/08**)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: