# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Moos-Holling, | 07-06240 SI ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Bayer Corporation Disability Plan, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Geoffrey V. White**
Law Offices of Geoffrey V. White
351 California St., Suite 1500
San Francisco, CA 94104
415-362-5658

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06240 SI ENE                        - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: April 16, 2008

                      RICHARD W. WIEKING
                      Clerk
                      by:    Claudia M. Forehand

                      ADR Case Administrator
                      415-522-2059
                      Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-06240 SI ENE                    - 2 -