JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile:  (415) 358-9885

Attorneys for Defendant
BAYER CORPORATION DISABILITY PLANS
(*erroneously sued as BAYER CORPORATION DISABILITY PLAN*)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE MOOS-HOLLING,<br><br>            Plaintiff,<br><br>    v.<br><br>BAYER CORPORATION DISABILITY PLAN,<br><br>            Defendant. | CASE NO. C-07-06240 SI<br><br>**DEFENDANT BAYER CORPORATION DISABILITY PLANS' ADMINISTRATIVE RECORD** |

Defendant Bayer Corporation Disability Plans hereby submits the Administrative Record on the above-captioned matter.

DATED: April 30, 2008

LAW OFFICE OF JEROME SCHREIBSTEIN

By: _____
JEROME SCHREIBSTEIN
Attorneys for Defendant
BAYER CORPORATION DISABILITY PLANS
(*erroneously sued as BAYER CORPORATION DISABILITY PLAN*)

---

DEFENDANT BAYER CORPORATION DISABILITY PLANS' ADMINISTRATIVE RECORD (CASE NO. C-07-06240 SI)