J4\250246 MWELLS

Rosalie Moos-Holling

Additionally, please remember, in order to remain eligible for continued LTD Plan benefits, it is necessary for you to remain under the regular care of a legally qualified physician. Periodically, the Claims Examiner will request updates on your disabling condition and medical authorizations as needed. Your employer has been notified of this decision.

Should you have any questions regarding your continued Long Term Disability Benefits or payment, please contact the Claims Examiner, Mary Wells at 1-866-271-0744 Ext. 2734.

If you have any questions regarding this letter, please contact me at 1-866-271-0744 Ext. 2247.

Sincerely,

Staci Young, Appeal Coordinator
Integrated Disability Management
Kemper National Services, Inc.

## ACCOUNT NAME: **BAYER**

SSN: 392.46.2189

NUMBER OF PAGES: 13

## INDEX TO: **MARY WELLS**

BA 0239

9/24/2003 14:49 FAX

# FAX

**Date** SEP 2 4 2003

**Number of pages including cover sheet:** 12

**TO:** Kemper Services

Mary Wells

**Phone:**
**Fax:** 954-452-4083

**CC:**

**FROM:** Laurel Gray
Office Manager

John Friedberg M.D.
Board Certified
Neurologist
3000 Colby Street,
Suite 305
Berkeley, CA 94705

**Phone** (510) 644-2282
**Fax Phone** (510) 644-1744

☐ Urgent     ☐ For your review     ☐ Reply ASAP     ☐ Please Comment

**REMARKS:**

Protected Health Information

The medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately at (510) 644-2282 and either destroy these documents or return the originals to us by mail.

Do not write any patient information or Protected Health Information on this cover sheet.

BA 0240

PAGE.01

SEP 24 '03 18:53

**Kemper Services**
**Integrated Disability Management**
**1601 SW 80ᵗʰ Terrace**
**Plantation, Fl 33324-4036**
**(954)452-4000**

## FACSIMILIE TRANSMITTAL

**DATE:** September 17, 2003

**TO:** Dr. Friedberg

**FROM:** Mary Wells

**RE:** Rosalie Moos-Holling
DOB 01/13/49

**FAX:** (510)644-1744



Mailing address:

Kemper Services
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper Services has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above referenced patient to determine if he/she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence, is not proof of disability.*

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

*SEP 17 2003*
*per mary*
*April → present*
*don't need forms*

Attached is an Authorization for Release of Medical Information, signed by the above patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **October 1, 2003.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

Failure to provide the requested information by October 1, 2003 may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

9/24/2003 14.50 FAX

SEP 17 '03 10:50 FR KNS AAM TEAM

# AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, NATLSCO, Inc., their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more Information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name: _Rosalie A. Mitchell Hollis_     Date: _6/2/0_

_Claimant's or Legal Representative's Signature_     Legal Representative's Name and Relationship

Employer's Name: _Boyce_                              Rev. 3/23/03

BA 0242

09/24/2003 14:50 FAX

Tc
September 22, 2003
RE ROSALIE MOOS HOLLING
Telephone call from a dr Malik
I'm a consultant with UNUM....could you in six months repeat a full exam with nerve
conductions? Also wants to send me confirmation of our phone conversation... told I
would have to bill for this OK with him....

J Friedberg, M.D.

Dr. Malik asked so what exactly did I think happened and we
discussed the the contributory          factors including MRI findings in neck



FOR JF
M DR. Malek
OF
PHONE/
MOBILE
re: Rosalie Moos
MESSAGE
Will call back.

PHONE CALL

9/22/03  TIME 100  A.M

☐ TELEPHONED
☐ RETURNED YOUR CALL
☐ EASE CALL
☐ CALL AGAIN
☐ D SEE YOU
☐ SEE YOU

SIGNED

and the association between flaccid coma and aggravation of
peripheral nueorpathies including cervical radiculopathies accounting
for the classic myotomal loss of strength, paralysis and in the recovery
phase allodynia to the point of pain. With regard to the pain which is
limiting her ability to hold a pen or pencil and therefore to function as
a microbiologist her description is classic for neuropathic hyperallodynia
malignant to the point of threatening REFLEX SYMPTHETIC DYSTROPHY. It would
be a mistake in my view to ignore her symptom, permit her to rtwo prematurely
(a year is not excessive for recovery from near total paralysis) and risk
the painfully disabling and indubitably permanent effects of reflex sympathet
dystrophy, sudek's atrophy or causalgia as described originally by
Weir Mitcehell more than one hundred years ago. We both agreed that this
patient isn't exaggerating - I pointed out that her articulation is internall
consistent and never overstated nor have I ever found her to exaggerate
a finding on physical examination so that she reaches the credibility
standards by my 23 years of clinical experience in neurology. She must
remain off work although I anticipate, if her company is cooperative,
return to modified work at a date uncertain......
J FRIEDBERG, M.D

PAGE.04

03/24/2003 14 34 FAX



**CLAIMANT'S SUPPLEMENTAL STATEMENT**
Mail to: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Company
P.O. Box 15001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506  Fax To: 774.437.7041

*Physician's Statement should be completed this month.*

## ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

1. Name of Patient: Rosalie Moos-Holling

Social Security Number: 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
Height: 5'6"
Weight: 120
Blood Pressure Last Visit: 190/100

2. Primary Diagnosis Including ICD9 and/or DSM-IV Multi Evaluation Nomenclature and Code Number
723.4 & 344.0

Date of most recent treatment: 6/2/03   Date of next appointment: ___   Frequency of visits: 1/month

**PLEASE ATTACH ALL OFFICE TREATMENT NOTES SINCE LAST REPORT.**

3. Objective Findings since last report (including current x-rays, EKGs, psychiatric testing, laboratory data, and any clinical findings):
There are no new objective findings.....patient continues to hold right forefinger extended and has faint suggestion of bicep weakness;

Please describe symptoms since last report:
complains of stiffness right first finger and pain on using it.

Are there secondary conditions impairing your patient's work capacity? ☐Yes ☒No  If yes, what are they? ___

4. If cardiac condition, what is the patient's functional capacity? (American Heart Association)
☐ Class 1 - No limitation   ☐ Class 2 - Slight limitation   ☐ Class 3 - Marked limitation   ☐ Class 4 - Complete limitation

5. Has the patient undergone surgery, been hospitalized, or been referred to a medical rehabilitation or therapy program? ☐Yes ☒No
If yes, give details. (Name and address of provider, facility, and dates of service or referral).

6. Please list names and dosages of all medications that patient is currently taking.
Lotensin 40 mg

7. Have you referred the patient for other types of consultations? ☐Yes ☒No  If yes, give details. (name and address of provider, facility, and date of referral)

8. Is return to work a focus of the treatment plan? ☐Yes ☐No  If no, please explain.
Hopefully on November 1, 2003

9. **Information About the Patient's Functional Capacity**
Has patient been released to work in his/her occupation? ☐Yes ☒No  In any occupation? ☒Yes ☐No  If yes, provide date: See below
If no, when do you expect patient to be released to work in his/her occupation? Date: 9/1/03 Hopefully  In any occupation? Date: 8/22/03
If the patient continues to demonstrate a loss of function, please provide current restrictions and limitations in the space provided below.

Fully describe restrictions and limitations.
RESTRICTIONS (What the patient should not do)
Patient would like to stay in sciences, her background is microbiologist - what she still cannot do is extensive handwriting required by her work as quality control

LIMITATIONS (What the patient cannot do)
As above.....,extensive handwriting is precluded....she says she could type slowly... independent evaluation for work capabilities/rehabilitation is recommended.

Give details concerning any change (improvement or deterioration).

10. Additional Remarks
Strength, reflexes have returned as hoped after one year....persisting problem is pain.

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.
The above statements are true and complete to the best of my knowledge and belief.

Print or Type Name: John Friedberg M.D.
Degree: MD
Medical Specialty: Neurology
Street Address: 3000 Colby St, Suite 305
Phone Number: (510) 644-221
City: Berkeley   State: CA   Zip Code: 94705
Fax: (510) 644-1744
Signature of Physician: [signature]
Date: AUG 2 2 2003
SSN or Employer's ID Number: 100329440

1506-90-NYL (5/03)

09/24/2003 14 51 FAX


UNUMPROVIDENT.

**CLAIMANT'S SUPPLEMENTAL STATEMENT**
Mail to: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Company
P.O. Box 15001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506  Fax To: 774.437.7041  Claim Questions for the UnumProvident Corporation subsidiaries.

The Claimant is responsible for completion of all portions of this form without expense to the UnumProvident Corporation.

## CLAIMANT'S STATEMENT (PLEASE PRINT)

Your reply by _____ **is appreciated and enables us to provide timely consideration of your claim.**

Mail Stop: _____

Social Security Number 392 - 46 - 2187

1. Claimant's Name (last, first, middle)  MOOS HOLLINS  ROSALIE  ANN

Residence Address (Street, City State, Zip)  2032 Alameda Ave  Alameda  CA  94501

Business Telephone Number ( )

Home Telephone Number ( 510 ) 865-8273

2. Policy Number(s):  13-H322C276.001

3. Have you been at any of your places of business, or engaged in any work activity for payment, profit, or other compensation during your claimed period of disability?  ☐ Yes  ☑ No   If yes, please give dates, hours worked, duties performed, and indicate how you were compensated.

(please provide documentation of earnings)

Weekly or Monthly Earned Income Before Taxes $ _____

Full Time: _____

Part Time: _____

If you have not returned to work, when do you expect to return to work?

How does your injury or sickness continue to impede your ability to perform your occupational duties?

My RIGHT HAND IS NOT FULLY USEABLE, I HAVE TROUBLE WRITING

4. When was the last date you were treated by or consulted with a medical practitioner?

5. Describe your present activities:

Other than as described above, have there been any other changes in your daily activities or your condition since your last report?  ☐ Yes  ☑ No  If yes, describe

6. Does your current condition prevent you from caring for yourself?  ☐ Yes  ☑ No   Does someone provide assistance?  ☐ Yes  ☐ No
If yes to either question, please explain how.

7. Since the last report, have you applied for or begun to receive any other Disability, Workers' Compensation, Unemployment, Social Security, Retirement, or Pension benefits?  ☐ Yes  ☑ No  If yes, please provide us with detailed information for each benefit in the space provided below.  Please also report any changes to previously reported benefits.

| Source of Income: | Name of Insurance Carrier (if applicable) | Policy or ID No. | Benefit Amount Weekly/Monthly | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you have been approved or denied for any of these benefits, please submit a copy of Award or Denial letter(s).

The above statements are true and complete to the best of my knowledge and belief. (Your signature is required for benefit consideration.)

Signature  Rosalie A. Moos Hollins

Date  8/22/03

1388-90-NYL (6/03)

DORE.86

BA 0245

SEP 24 '03 18:55



### CLAIMANT'S SUPPLEMENTAL STATEMENT
### CLAIMANT'S AUTHORIZATION

Mail to: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Compan
P.O. Box 15001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506    Fax To: 774.437.7041

**NOTE:** Federal law requires that we obtain this authorization from you. You are not required to sign the authorization, but if you do not, we may not be able to evaluate or administer your claim(s). Please sign and return this authorization to the address noted above.

## Authorization

I authorize any health care provider including, but not limited to, any health care professional, hospital, clinic, laboratory, pharmacy or other medically related facility or service; health plan; rehabilitation professional; vocational evaluator; insurance company; reinsurer; insurance service provider; third party administrator; producer; the Medical Information Bureau; the Association of Life Insurance Companies, which operates the Health Claims Index and the Disability Income Record System; government organization; and employer that has information about my health, financial or credit history, earnings, employment history, or other insurance claims and benefits to disclose any and all of this information to persons who administer claims for The Paul Revere Life Insurance Company as administrator for New York Life Insurance Company, and duly authorized representatives ("Paul Revere"). Information about my health may relate to any disorder of the immune system including, but not limited to, HIV and AIDS; use of drugs and alcohol; and mental and physical history, condition, advice or treatment, but does not include psychotherapy notes.

I understand that any information Paul Revere obtains pursuant to this authorization will be used for evaluating and administering my claim(s) for benefits, which may include assisting me in returning to work. I further understand that the information is subject to redisclosure and might not be protected by certain federal regulations governing the privacy of health information.

This authorization is valid for two (2) years from the date below, or the duration of my claim, whichever period is shorter. A photographic or electronic copy of this authorization is as valid as the original. I understand I am entitled to receive a copy of this authorization.

I may revoke this authorization in writing at any time except to the extent Paul Revere has relied on the authorization prior to notice of revocation or has a legal right to contest a claim under the policy or the policy itself. I understand if I revoke this authorization, Paul Revere may not be able to evaluate or administer my claim(s) and this may be the basis for denying my claim(s). I may revoke this authorization by sending written notice to the address above.

I understand if I do not sign this authorization or if I alter its content in any way, Paul Revere may not be able to evaluate or administer my claim(s) and this may be the basis for denying my claim(s).

_Rosalie A. Moss Holley_
(Claimant Signature)

_8/23/03_
(Date Signed)

_Rosalie A. Mrs. Hollins_
(Print Name)

_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_
(Social Security Number)

I signed on behalf of the claimant as _____ (indicate relationship). If Power of Attorney Designee, Guardian, or Conservator, please attach a copy of the document granting authority.

BA 0246

1388-99-NYL-AUTH

SEP 24 '03 18:55

Moos-Holling, Rosalie          AUG 2 2 2003

Seems to have recovered her strength and there is no visible appearance of
RSD - I think she should be sent for independent job evaluations......
She still carries the right forefinger extended like a pointer but able to
flex it.

J Friedberg, M.D.

SSN: 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  NAME: **ROSALIE A MOOS-HOLLING**
DATE ISSUED: 06/14/03
CLAIM EFFECTIVE DATE: 07/12/02

## SUPPLEMENTAL CERTIFICATION

IF YOU ARE STILL DISABLED, COMPLETE THE CLAIMANT'S CERTIFICATION AND CONTACT YOUR DOCTOR IMMEDIATELY FOR COMPLETION OF THE PHYSICIAN'S SUPPLEMENTARY CERTIFICATE. THIS PHYSICIAN'S CERTIFICATE MUST BE SUBMITTED WITHIN TWENTY (20) DAYS OF THE DATE ISSUED SHOWN ABOVE OR YOU MAY LOSE ADDITIONAL BENEFITS.

### CLAIMANT'S CERTIFICATION

I certify that I continue to be disabled and incapable of doing my regular work, and that I have reported all wages, Workers' Compensation benefits and other monies received during the claim period to the Employment Development Department.

Sign Your Name: _Rosalie A. Moos-Holling_    Date Signed: 6/17/03

### PHYSICIAN'S SUPPLEMENTARY CERTIFICATE

1. Are you still treating the patient? _Yes_    Date of last treatment: _6/2/03_

2. What present condition continues to make the patient disabled?
Diagnosis (REQUIRED): Primary _Cervical radiculopathy_    Date of next appointment _____    Secondary _344.03_
ICD Code(s) (REQUIRED): Primary _722.4_

3. Describe how the patient's present condition or impairment prevents him or her from returning to regular and customary work.
@ C 5/6 myotomes exhibit trace weakness but light touch retains so painful as to be intolerable and @ 1st finger beginning to look like skin pink/ atrophic slight ch eg supesting RSP:

4. What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?
Cannot use dominant rt hand due to persistant allodynia, paresthesias, neuropathic pain

5. Present estimated date patient (even if still under treatment) will be able to perform his/her regular or customary work:
Hopefully 9/1/03

6. Would disclosure of this information to your patient be medically or psychologically detrimental to the patient?    Yes _____    No ✓

I HEREBY CERTIFY THAT THE ABOVE STATEMENTS IN MY OPINION TRULY DESCRIBE THE PATIENT'S CONDITION AND ESTIMATED DURATION.

Doctor's Name: _John Friedberg_ M.D. (print or type)    Doctor's Signature: _John Friedberg_
State License Number: _G22473_
Specialty, if any: _Neurology_
Phone Number: _(510) 644-2282_
Date Signed: _6/17/03_

CU-PA139

DE 2625XXA Rev. 1 (7/96)

...... WCL

### RETURN THIS FORM TO

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 1857
OAKLAND, CA  94604-1857



**CLAIMANT'S SUPPLEMENTAL STATEMENT**
Mail to: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Company
P.O. Box 15001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506    Fax To: 508.751.7041

---

**ATTENDING PHYSICIAN'S STATEMENT** (PLEASE PRINT)

| | Height 5'6" | Weight 120 | Blood Pressure Last Visit |
|---|---|---|---|

1. Name of Patient
MOOS-HOLLING, ROSALIE

2. Primary Diagnosis Including ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number
9254    5 3 440 08 Dissesi adds & Parosneg Pain
Frequency of visits: 1 month

Date of most recent treatment: 6/20/03    Date of next appointment:

**PLEASE ATTACH ALL OFFICE TREATMENT NOTES SINCE LAST REPORT.**

3. Objective Findings since last report (including current x-rays, EKGs, psychiatric testing, laboratory data, and any clinical findings):
right C5/6 myotomes exhibit trace weakness only at this point but light touch in c5/6
dermatomes remains as to be intolerable and right 1st finger beginning to

Please describe symptoms since last report.
all related to dx

Are there secondary conditions impairing your patient's work capacity?  ☐ Yes  ☐ No  If yes, what are they?

4. If cardiac condition exists, what is patient's functional capacity? (American Heart Association)
☐ Class 1 - No limitation   ☐ Class 2 - Slight limitation   ☐ Class 3 - Marked limitation   ☐ Class 4 - Complete limitation

5. Has the patient undergone surgery, been hospitalized, or been referred to a medical rehabilitation or therapy program? ☐ Yes ☐ No
If yes, give details. (Name and address of provider, facility, and dates of service or referral.)
No surgery

6. Please list names and dosages of all medications that patient is currently taking.
LOTENSIN

7. Have you referred the patient for other types of consultations? ☐ Yes ☐ No  If yes, give details. (name and address of provider, and date of referral)
I am neurologic consultatnt pcp is Dr. Roxanne Fiscella

8. Is return to work a focus of the treatment plan? ☐ Yes ☐ No  If no, please explain.      [signature] 9/1/03

9. Information ABOUT Patient's Functional Capacity
Has patient been released to return to his/her occupation? ☐ Yes ☐ No  If yes, provide date:
Has patient been released to work in any other occupation? ☐ Yes ☐ No  If yes, provide date:      In any occupation? Date:
If no, when do you expect patient to be released to work in his/her occupation?  Date:
If the patient continues to demonstrate a loss of function, please provide current restrictions and limitations in the space provided below.
Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do)
Cannot use dominant right hand due to persistent allodynia,
paresthesia neuropathic pain

**LIMITATIONS** (What the patient cannot do)
as above

Give details concerning any change (improvement or deterioration).

10. Additional Remarks
Patient continues to improve but asymptotically slowly - hopefully will be able
to rtw at one year anniversary

**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name JOHN FRIEDBERG, M.D. | Degree | Medical Specialty NEUROLOGY |
|---|---|---|
| Street Address 3000 COLBY ST. #305 | | Phone Number (510) 1649-228 |
| City BERKELEY | State CA  Zip Code 94705 | Fax (510) 644-1744 |
| Signature of Physician [signature] | | Date 6/2/03 |

SSN or Employer's ID Number: 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

1388-90-NYL (10/02)

PAGE.10

BA 0249

09/24/2003 14 53 FAX

 **UNUM PROVIDENT**

CLAIM...IT'S SUPPLEMENTAL STATE...ENT

Mail to: The Paul Revere Life Insurance Company, as administrator for New York Life Insurance Company
P.O. Box 15001, Worcester, MA 01615-0001
Claim Questions: 800.633.7506    Fax To: 508.751.7041

**ATTENDING PHYSICIAN'S STATEMENT** (PLEASE PRINT)

Height 5 6    Weight 120    Blood Pressure Last Visit 130/90

1. Name of Patient
ROSALIE MDOS - HOLLING

2. Primary Diagnosis Including ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number
729.9 3470    plexus & fascia injury tissue    Frequency of visits: monthly
Date of most recent treatment: 4/30    Date of next appointment: around 15

PLEASE ATTACH ALL OFFICE TREATMENT NOTES SINCE LAST REPORT.

3. Objective Findings since last report (including current x-rays, EKGs, psychiatric testing, laboratory data, and any clinical findings):

Please describe symptoms since last report.

Are there secondary conditions?    Yes    No

4. If cardiac condition, what is the patient's functional capacity? (American Heart Association)
☐ Class 1 - No limitation  ☐ Class 2 - Slight limitation  ☐ Class 3 - Marked limitation  ☐ Class 4 - Complete limitation

5. Has the patient undergone surgery, been hospitalized, or been referred to a medical rehabilitation or therapy program?  ☐ Yes  ☐ No
If yes, give details. (Name and address of provider, facility, and dates of service or referral).

No surgery

Physician's Statement should be completed this month.

6. Please list names and dosages of all medications that patient is currently taking.

LOTENSIN,

7. Have you referred the patient for other types of consultations?    ☐ No   If yes, give details. (name and address of provider, facility, and date of referral)
I am consultant    PCP is Dr Fioulla

8. Is return to work a focus of the treatment plan?  ☐ Yes  ☐ No   If no, please explain.    8/1/03

9. Information About the Patient's Functional Capacity
Has patient been released to work in his/her occupation?  ☐ Yes  ☐ No   In any occupation?  ☐ Yes  ☐ No   If yes, provide date:
In any occupation: Date:
If no, when do you expect patient to be released to work in his/her occupation?  Date:
If the patient continues to demonstrate a loss of function, please provide current restrictions and limitations in the space provided below.
Fully describe restrictions and limitations.
RESTRICTIONS (What the patient can do)

Cannot use (R)    allodynia    possible (R)

LIMITATIONS (What the patient cannot do)

Give details concerning any change (Improvement or deterioration).

10. Additional Remarks    Bona fide paralysis

FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties.
The above statements are true and complete to the best of my knowledge and belief.

Print or Type Name JOHN FRIEDBERG, M.D.    Degree M.D.    Medical Specialty NEUROLOGE
Street Address 3000 COLBY STREET, SUITE 305    Phone Number (510) 644-
City BERKELEY    State CA    Zip Code 94705    Fax (510) 644-174
Signature of Physician    Date 4/30/03
SSN or Employer's ID Number 100-329-40

1396-92-NYL (10/02)

PAGE. 11

09/24/2003 14:54 FAX

APR 3 0 2003

Moos-Holling,
Rosalie

$\frac{130}{100}$ — Lotensin

5-/5 Buup & BR !

but allodynia as bad
or worse in 1st finger
which is sl swollen &
pink c ?? glossy thin
? RSD!? — even has

Ⓡ bicep reflex

LIDODERM
steel → ?°
see bengay

report F/U Tima

|1st | 2|

ARriedberg

ACCOUNT NAME:  **BAYER**

SSN: _____ 392.46.2189 _____

NUMBER OF PAGES: ___ 4 _____

INDEX TO: **MARY WELLS**

ACCOUNT NAME:    **BAYER**

SSN: 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

NUMBER OF PAGES: 4

INDEX TO:    JDELANE1

BA 0253

To:       "Jon.Delaney@choosebroadspire.com"
cc:
From:     "VerNova Inc. (Lisa Wallin)" <lisaw@vernova.com>@vernova.com>

Date:     11/06/2003 04:34 PM
Subject:  Appointment Confirmation Reference: (Rosalie Moos-Holling), xxxxx0233

Reference: (Rosalie Moos-Holling), xxxxx0233

Dear John Delaney (Bayer)

This notice is to confirm that an appointment has been scheduled for the above
referenced claimant.

Evaluation Type: FCE
Appointment Date: 11/18/2003 9:00:00 AM
Appointment Location: C/O East Bay PT formally Hilltop Spine Center, Richmond,
CA 94801

To map provider follow this link:
http://maps.yahoo.com/py/ddResults.py?Pyt=Tmap&amp;tarname=&tardesc=&amp;osd=&
newname=&newdesc=&dsd=&newHash=&newTHash=&newErr=&newTErr=&newFL=Use+Address+B
elow&newaddr=2032%20Almeda%20Avenue&newcsz=Almeda,%20CA%2094501&newcountry=us&
newTFL=Use+Address+Below&newtaddr=C/O%20East%20Bay%20PT%20formally%20Hilltop%2
0Spine%20Center&newtcsz=Richmond,%20CA%2094801&newtcountry=&Submit=Get+Directi
ons

Follow this link to the OnTrak record:
https://www.vernova.com/ontrak/default.asp?urlOrigin=claimInfo.asp!tab=evals:c
Ent=132:ent=132:claimant_id=3960:claim_id=3964

A confirmation letter has been sent to the referenced claimant, and a copy of
that letter will be forwarded to you for your records.

If you have any questions regarding the notification or need further
assistance, please contact me at 1-866-VERNOVA (837-6682).

Sincerely,

Lisa Wallin
lisaw@vernova.com

BA 0254

To:        John J. Delaney Jr.
cc:        Amber M. Lewis
From:      Mary E. Wells
           Plantation
Date:      11/06/2003 03:23 PM
Subject:   Evaluation Order Confirmation Reference: (Rosalie Moos-Holling), xxxxx0233

FYI. An FCE has been requested for Rosalie Moos-Holling.
------------------- Forwarded by Mary E. Wells on 11/06/2003 03:22 PM -------------------------

To:        "Mary.Wells@choosebroadspire.com"
cc:
From:      "lisaw@vernova.com" <lisaw@vernova.com>@vernova.com" <lisaw

Date:      11/06/2003 03:08 PM
Subject:   Evaluation Order Confirmation Reference: (Rosalie Moos-Holling), xxxxx0233

Reference: (Rosalie Moos-Holling), xxxxx0233

Link:
https://www.vernova.com/ontrak/default.asp?urlOrigin=claimInfo.asp!tab=claiman
t:cEnt=132:ent=132:claimant_id=3960:claim_id=3964

Thank you for your most recent referral to VerNova. We have received your
evaluation request and will schedule it accordingly. You will receive
communication from one of our Referral Account Representatives once the
evaluation has been scheduled. A status of your referral will be kept
throughout the scheduling process on our On-Trak referral system. You will
need your personal user name and password to log on to On-Trak at
www.vernova.com/ontrak.

If you need assistance with logging on or would like to speak to a Referral
Account Representative, please call 1-866-VERNOVA (837-6682).

We look forward to working with you.

The VerNova Referral Department

On-Trak Referral Site: www.vernova.com/ontrak
Referral Telephone: 866-VERNOVA (837-6682)
Referral Fax: 757-229-2552

VerNova, Inc. P.O. Box 3124, Williamsburg, VA 23187-3124

BA 0255

ACCOUNT NAME:    **BAYER**

SSN: _392 -46 - 2119_

NUMBER OF PAGES: _13_

INDEX TO:    **JDELANE1**

BA 0256

** TX STATUS REPORT **          AS OF   DEC 10 2003 11:24   PAGE.01

NATLSCO

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | JOB# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 21 | 12/10 | 11:24 | KNS TPA ACCOUNTING | UF—S | 00'22" | 002 | 222 | OK |

## CHECK REQUEST FOR CLAIM EXPENSES

To: Elba Quinones                     Client Accounting

From:   John J. Delaney, Jr.                          Ext.   2043

Group/Client:              BAYER

Location/Division:         BERK                    Disability Date: _____

Claimant Name:        Moos-Holling, Rosalie

Lumirx Claim Number:      2003-01-10-0233

Shiva Case Number: _____
                   (only use if no Lumirx Claim Number - Non Check Cutting Clients only)

Social Security:          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

Payable To:              Vernova

Federal Tax I.D.         54-1978889

Invoice Num:     4570          Inv Date:  11/18/03

Amount to Pay:    $610.00

Description for payment:       Check one       _____ LTD     _____ STD

| Type of Expense: | LTD | STD | | | LTD | STD |
|---|---|---|---|---|---|---|
| Independent Medical Eval | 6150 | 6151 | Legal Services | 6380 | 6381 |
| Onsite Case Management | 6320 | 6321 | Medical File Rvw | 6340 | 6341 |
| Onsite Voc Rehab | 6310 | 6511 | Spec File/Appeal | 6330 | 6331 |
| Social Security Svc. | 6180 | 6181 | Other Misc Exp | 6190 | 6191 |
| Outside Special Invest | 6120 | 6121 | XXXX Functional Cap | 6160 | 6161 |
| Record Copying Fees | 6360 | 6361 | Vocational Rehab | 6325 | 6326 |

                                                    Date: 12/10/03

Approved By: _____
              (Supervisor)

### To be completed by TPA Accounting Technician

Paid Already?     Yes_____    No _____

Voucher No._____

Revised
12/1/03
DriveG/Shared/Accounting/Acct.Pay Folder

BA 0257

: 01/18/06

| Date | Description |
|------|-------------|

------------------------------------------------------------------------

15/2005  Log Type:GENERAL ENTRY entered by: DONALD LARGE         200511150262
         RECEIVED CORRESPONDENCE

15/2005  Log Type:GENERAL ENTRY entered by: ROY GARDELL          200511150262
         RECEIVED CORRESPONDENCE - TERM LTR
         ***************************************20051102RGAR

16/2006  Log Type:DISABILITY entered by: TARA MORRIS    *****20060116TMOR
         **** User:TMORRIS1(TARA MORRIS) 01/16/2006 11:05 *****20060116TMOR
         RECV APPEAL ON 1/12/06 VIA FAX WITH MEDS INCLUDED. SEE
         SHIVA CAS#1673337 FOR MORE APPEAL INFORMATION*********

/01/9999 Log Type:CLAIM NOTES entered by:
         FED WITHHOLD STATUS:  , STATE WITHHOLD STATUS:
         FED WITHHOLD EXEMP: 00, STATE WITHHOLD EXEMP: 00
         FED ADD AMT: 00000000.00, STATE ADD AMT: 00000000.00
                                                   , GARNISH:
         SUPERVISOR:
         SCHOOL DISTRICT:
         SCHOOL TAX CODE:    , SCHOOL BOARD RATE:
         CITY RATE:

E

BA 0258

# CHECK REQUEST FOR CLAIM EXPENSES

To: Elba Quinones          Client Accounting

From:    John J. Delaney, Jr.                          Ext.    2043

Group/Client:          BAYER

Location/Division:          BERK                    Disability Date: _____

Claimant Name:          Moos-Holling, Rosalie

Luminx Claim Number:          2003-01-10-0233

Shiva Case Number: ▒▒▒▒
         (only use if no Luminx Claim Number - Non Check Cutting Clients only)

Social Security:          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

Payable To:          Vernova

Federal Tax I.D.          54-1978889

Invoice Num:    4570          Inv Date:  11/18/03

Amount to Pay:    $610.00

Description for payment:          Check one          _____ LTD          _____ STD

| Type of Expense: | LTD | STD | | | LTD | STD |
|---|---|---|---|---|---|---|
| _____ Independent Medical Eval | 6150 | 6151 | _____ Legal Services | 6380 | 6381 | |
| _____ Onsite Case Management | 6320 | 6321 | _____ Medical File Rvw | 6340 | 6341 | |
| _____ Onsite Voc Rehab | 6310 | 6311 | _____ Spec File/Appeal | 6330 | 6331 | |
| _____ Social Security Svc. | 6180 | 6181 | _____ Other Misc Exp | 6190 | 6191 | |
| _____ Outside Special Invest | 6120 | 6121 | XXXX Functional Cap | 6160 | 6161 | |
| _____ Record Copying Fees | 6360 | 6361 | _____ Vocational Rehab | 6325 | 6326 | |

Date: 12/10/03

Approved By: _____
         (Supervisor)

## To be completed by TPA Accounting Technician

Paid Already?     Yes_____     No _____

Voucher No._____

Revised
12/1/03
DriveG/Shared/Accounting/Acct.Pay Folder

BA 0259

# VerNova, Inc

P.O. Box 3124
Williamsburg, VA   23187
(757) 221-8134    FAX (757) 221-0939

| Invoice | NVC04570 |
|---------|----------|
| Date | 11/18/2003 |
| Page | 1 |

**Bill To:**

KNS IDM-Integrated Disability Mgmt
P.O. Box 15554
Plantation FL   33318-5554

**Ship To:**

KNS IDM-Integrated Disability Mgmt
P.O. Box 15554
Plantation FL   33318-5554

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | VerNova TaxID |
|---|---|---|---|---|---|---|
| | KNSI001 | HOUSE | | N30 | | 54-1978889 |

| Claimant ID No. | Claimant Name | ICD-9 Code | Provider ID | Case Manager | | Location |
|---|---|---|---|---|---|---|
| 2C0301100233 | Rosalie Moos-Holling | | BAYA002 | John Delaney | | Bayer |

| Quantity | Date of Service | Item Number | Description | CPT Code | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
| 1 | 11/18/2003 | FCE ANY OCC | Functional Capacity Evaluation - Any Occupation | | $895.00 | $895.00 |
| 1 | 11/10/2003 | COURIER | Courier fee: correspondence to Claimant | | $15.00 | $15.00 |

| | |
|---|---|
| Subtotal | $910.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $300.00 |
| Total | $610.00 |

BA 0260

 **VerNova**

1166 Jamestown Road, Williamsburg VA 23185
Referrals: 1-800-532-7266 or 1-888-282-7266
Fax: 1-757-229-2552

December 2, 2003

John Delaney
Broadspire
P.O. Box 15554
Plantation, FL 33318

Dear John:

Enclosed please find the **_FCE report for Rosalie Moos-Holling._** If we can be of further assistance on this or future files, please contact me at 1-866-VERNOVA Ext: 123.

It has been a pleasure working with you on this referral. I look forward to working with you again in the near future.

Best Regards,

Lisa Wallin
Account Represenative
Vernova, Inc

# Functional Capacity Evaluation
## *Rosalie Moos-Holling*

BA 0262

To:     "'jon.delaney@choosebroadspire.com'"
cc:
From:   Lisa Wallin <LisaW@vernova.com>

Date:   12/08/2003 04:14 PM
Subject: RE: Inquiry/Rosalie Moos-Holling

Hello Jon,

Unfortunately,yes, it does.  I know it seems it bit strange, but that is the
way the contract was set up.  The physical therapist has blocked out all the
time for the exam and begins the testing. Then the testing terminates due to
claimant's medical issues. The amount of testing completed can vary from
case to case.
Ms. Moos-Holling had high blood pressure issues from not taking her BP
medicine that day.

On a better note, I have rescheduled her for 12/22 @ 12:00. I'll try to get
the claimant letter faxed over to you shortly.  Thanks, Lisa

-----Original Message-----
From: jon.delaney@choosebroadspire.com
[mailto:jon.delaney@choosebroadspire.com]
Sent: Monday, December 08, 2003 3:57 PM
To: Lisa Wallin
Subject: RE: Inquiry/Rosalie Moos-Holling


Lisa - does this mean that when the new appointment is rescheduled we will
receive another invoice for that FCE?


To:     "'jon.delaney@choosebroadspire.com'"
cc:
From:   Lisa Wallin <LisaW@vernova.com>

Date:   12/08/2003 03:45 PM
Subject:   RE: Inquiry/Rosalie Moos-Holling


Hello Jon,

This appt. has not been rescheduled.  I will enter another referral now and
start working on it.

There is always an invoice sent for FCE's that are terminated due to
claimant's medical issues.

I'll be in touch soon.

Thanks,

Lisa Wallin
Account Representative
Vernova Inc.
P: 800-532 -7266 ext. 123
F: 757-229-2552
lisaw@vernova.com

-----Original Message-----
From: jon.delaney@choosebroadspire.com
[mailto:jon.delaney@choosebroadspire.com]
Sent: Monday, December 08, 2003 9:11 AM
To: lisaw@vernova.com
Subject: Inquiry/Rosalie Moos-Holling

Hello Lisa:

I received invoice number 4570 and the report - which states that due to her high blood pressure and heart rate and the appointment was to be rescheduled.

Not quite sure what to do with the invoice.

Has the appointment been rescheduled?

DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or, the sender's employer, or the employer's parent company, affiliates or subsidiaries.

BA 0264

To:      "Jon.Delaney@choosebroadspire.com"
cc:
From:    "VerNova Inc. (Lisa Wallin)" <lisaw@vernova.com>@vernova.com

Date:    12/08/2003 04:03 PM
Subject: Appointment Confirmation Reference: (Rosalie Moos-Holling), xxxxx0233

Reference: (Rosalie Moos-Holling), xxxxx0233

Dear John Delaney (Bayer)

This notice is to confirm that an appointment has been scheduled for the above referenced claimant.

Evaluation Type: FCE
Appointment Date: 12/22/2003 12:00:00 PM
Appointment Location: C/O East Bay PT formally Hilltop Spine Center, Richmond, CA 94801

To map provider follow this link:
http://maps.yahoo.com/py/ddResults.py?Pyt=Tmap&amp;tarname=&tardesc=&amp;osd=&newname=&newdesc=&dsd=&newHash=&newTHash=&newErr=&newTErr=&newFL=Use+Address+Below&newaddr=2032%20Almeda%20Avenue&newcsz=Almeda,%20CA%2094501&newcountry=us&newTFL=Use+Address+Below&newtaddr=C/O%20East%20Bay%20PT%20formally%20Hilltop%20Spine%20Center&newtcsz=Richmond,%20CA%2094801&newtcountry=&Submit=Get+Directions

Follow this link to the OnTrak record:
https://www.vernova.com/ontrak/default.asp?urlOrigin=claimInfo.asp!tab=evals:cEnt=132:ent=132:claimant_id=3960:claim_id=3964

A confirmation letter has been sent to the referenced claimant, and a copy of that letter will be forwarded to you for your records.

If you have any questions regarding the notification or need further assistance, please contact me at 1-866-VERNOVA (837-6682).

Thank you,

Lisa Wallin
lisaw@vernova.com

BA 0265

To:        "'jon.delaney@choosebroadspire.com'"
cc:
From:     Lisa Wallin <LisaW@vernova.com>

Date:     12/08/2003 03:45 PM
Subject:  RE: Inquiry/Rosalie Moos-Holling

Hello Jon,

This appt. has not been rescheduled.  I will enter another referral now and
start working on it.

There is always an invoice sent for FCE's that are terminated due to
claimant's medical issues.

I'll be in touch soon.

Thanks,

Lisa Wallin
Account Representative
Vernova Inc.
P: 800-532-7266 ext. 123
F: 757-229-2552
lisaw@vernova.com


-----Original Message-----
From: jon.delaney@choosebroadspire.com
[mailto:jon.delaney@choosebroadspire.com]
Sent: Monday, December 08, 2003 9:11 AM
To: lisaw@vernova.com
Subject: Inquiry/Rosalie Moos-Holling


Hello Lisa:

I received invoice number 4570 and the report - which states that due to
her high blood pressure and heart rate and the appointment was to be
rescheduled.

Not quite sure what to do with the invoice.

Has the appointment been rescheduled?

BA 0266

To:      Roy Gardell
cc:      Kelly B. Brooks, Ritchie A. Russell Jr., FCMIDMREFERRALS
From:    Tammy Palese
         Field Care Management-N Region/Bensenville
Date:    04/01/2004 02:46 PM
Subject: IDM/EA (BAYER) - ROSALIE MOSS-HOLLING FOR ASSIGNMENT

Please be advised that the above referral has been assigned to Andy Russell.  Thanks!!



Moss-Holling, Rosalie - Bayer 040104EA-LMS
---------------------- Forwarded by Tammy Palese on 04/01/2004 02:43 PM -------------------------


Sent by:  Raquel Lorenzo
To:       KNS FCM NE Region Intake
cc:
From:     FCMIDMREFERRALS
          FCM - Plantation/Plantation, FL
Date:     04/01/2004 12:05 PM
Subject:  IDM/EA (BAYER) - ROSALIE MOSS-HOLLING FOR ASSIGNMENT


**NOTE: LMS PENDING ASSIGNMENT UPON COMPLETION OF EA.**

To: FCM IDM Referrals


To:       FCM IDM Referrals
cc:
From:     Roy Gardell
          IDM Non Occupational Services/Plantation Bldg. 2
Date:     03/31/2004 10:36 AM
Subject:  TSA.LMS request for Rosalie Moos-Holling

BA 0267

BAYER
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

To:      FCM IDM Referrals
cc:
From:    Roy Gardell
         IDM Non Occupational Services/Plantation Bldg. 2
Date:    05/10/2004 03:47 PM
Subject: TSA.LMS request for Rosalie Moos-Holling

I understand this was assigned to Andy Russell on April 1, 2004. I haven't heard anything further. Can you
get me an update?
--------------------- Forwarded by Roy Gardell on 05/10/2004 03:45 PM ---------------------------


To:      FCM IDM Referrals
cc:
From:    Roy Gardell
         IDM Non Occupational Services/Plantation Bldg. 2
Date:    03/31/2004 10:36 AM
Subject: TSA.LMS request for Rosalie Moos-Holling


Moss-Holling IDM referral.:

BAYER

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

To:        Angela J. Lowery
cc:        Julie M. Shiekman
From:      Roy Gardell
           IDM Non Occupational Services/Plantation Bldg. 2
Date:      05/18/2004 05:34 PM
Subject:   TSA.LMS request for Rosalie Moos-Holling

Can you help me on this? I need an update on the status of the request for TSA/LMS. How can I contact
Andy Russell for an update?
-------------------- Forwarded by Roy Gardell on 05/18/2004 05:32 PM --------------------------


To:        FCM IDM Referrals
cc:
From:      Roy Gardell
           IDM Non Occupational Services/Plantation Bldg. 2
Date:      05/10/2004 03:47 PM
Subject:   TSA.LMS request for Rosalie Moos-Holling

I understand this was assigned to Andy Russell on April 1, 2004. I haven't heard anything further. Can you
get me an update?
-------------------- Forwarded by Roy Gardell on 05/10/2004 03:45 PM --------------------------


To:        FCM IDM Referrals
cc:
From:      Roy Gardell
           IDM Non Occupational Services/Plantation Bldg. 2
Date:      03/31/2004 10:36 AM
Subject:   TSA.LMS request for Rosalie Moos-Holling



Moss-Holling IDM referral.:

BA 0269

BAYER
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

To:      Roy Gardell
cc:      Angela J. Lowery
From:    Ritchie A. Russell Jr.

Date:    05/19/2004 11:32 AM
Subject: Re: TSA.LMS request for Rosalie Moos-Holling

-----------------------------
\*\*\* CONFIDENTIALITY NOTICE \*\*\*
This communication, along with any documents, files or attachments, is intended only for the use of the
addressee and may contain privileged and confidential information. The intended recipient shall not further
distribute the information transmitted in this Email unless authorized by law or the subject of the
information transmitted. If you are not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of any information contained in or attached to this communication is
strictly prohibited. If you have received this message in error, please notify the sender immediately and
destroy the original communication and its attachments without reading, printing or saving in any manner.
Hi Mr. Gardell
Sorry I have been playing catch up. Interview complete. Will call you tomorrow with the results of the EA.
With a target wage of $21.58 I will be surprised if it is positive but will give the old college try. Thanks for
your patience.
Andy
------------------ Forwarded by Ritchie A. Russell Jr. on 05/19/2004 11:28 AM ------------------------

To:      Roy Gardell
cc:      Julie M. Shiekman, Ritchie A. Russell Jr.
From:    Angela J. Lowery
         Field Care Management-Corporate/Florida
Date:    05/19/2004 11:22 AM
Subject: Re: TSA.LMS request for Rosalie Moos-Holling 📄

  Hi Roy,

  I know that Andy had difficulty contacting this claimant and left messages for a return call. Andy's number
  is 336-945-0318. I'm sure he can provide a status on the case.
  To: Angela J. Lowery



To:      Angela J. Lowery
cc:      Julie M. Shiekman
From:    Roy Gardell
         IDM Non Occupational Services/Plantation Bldg. 2
Date:    05/18/2004 05:34 PM
Subject: TSA.LMS request for Rosalie Moos-Holling

  Can you help me on this? I need an update on the status of the request for TSA/LMS. How can I contact
  Andy Russell for an update?
  ------------------ Forwarded by Roy Gardell on 05/18/2004 05:32 PM ------------------------

To:      FCM IDM Referrals
cc:
From:    Roy Gardell
         IDM Non Occupational Services/Plantation Bldg. 2
Date:    05/10/2004 03:47 PM
Subject: TSA.LMS request for Rosalie Moos-Holling

BA 0270

I understand this was assigned to Andy Russell on April 1, 2004. I haven't heard anything further. Can you get me an update?
-------------------- Forwarded by Roy Gardell on 05/10/2004 03:45 PM --------------------------

To:        FCM IDM Referrals
cc:
From:    Roy Gardell
            IDM Non Occupational Services/Plantation Bldg. 2
Date:    03/31/2004 10:36 AM
Subject:  TSA.LMS request for Rosalie Moos-Holling



Moss-Holling IDM referral.:

BA 0271



## Allsup Inc.

### Social Security Innovations

1984 - 2004
**20**
Y E A R S

*BAYER*
*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*

BROADSPIRE - BAYER CORPORATION
ATTN ROY GARDELL
1801 SW 80TH TERRACE
PO BOX 15554
PLANTATION FL  33318-5554

## SOCIAL SECURITY CLAIM STATUS REPORT

Claimant:  <u>Rosalie Moos-Holling</u>

Policy/Claim #:  <u>200301100233</u>

Claimant Representative:  <u>Nancy Geoppo</u>

DEVELOPMENT AS OF May 20, 2004

Allsup Inc. has assisted this claimant with filing a Request for Reconsideration to appeal the initial claim decision dated 4/9/04 denying disability benefits.

The Request for Reconsideration was forwarded to Social Security May 20, 2004.

We will request and submit any appropriate evidence of disability to Social Security and closely monitor the case until a decision is rendered.

recnstatA

## CHECK REQUEST FOR CLAIM EXPENSES

To: Elaine Yen                    Client Accounting

From:    Andonia Scoropanos                    Ext.  2005

Group/Client:                    BAYER

Location/Division:                    UNKN                    Disability Date:    9/2/02

Claimant Name:                    ROSALIE MOSS-HOLLING

Luminx Claim Number:                    200301100233

Shiva Case Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(only use if no Luminx Claim Number - Non Check Cutting Clients only)

Social Security:                    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

Payable To:                    BROADSPIRE

Federal Tax I.D.                    36-3917295

Invoice Num:    4210151745            Inv Date:    5/24/04

Amount to Pay:    $161.60

Description for payment:    Check one            X    LTD            STD

| Type of Expense: | LTD | STD | | | LTD | STD |
|---|---|---|---|---|---|---|
| _____ Independent Medical Eval | 6150 | 6151 | _____ Legal Services | 6380 | 6381 |
| _____ Onsite Case Management | 6320 | 6321 | _____ Medical File Rvw | 6340 | 6341 |
| X Onsite Voc Rehab | 6310 | 6311 | _____ Spec File/Appeal | 6330 | 6331 |
| _____ Social Security Svc. | 6180 | 6181 | _____ Other Misc Exp | 6190 | 6191 |
| _____ Outside/Special Invest | 6120 | 6121 | _____ Functional.Cap | 6160 | 6161 |
| _____ Record Copying Fees | 6360 | 6361 | _____ Vocational Rehab | 6325 | 6326 |

Approved By: _____
                    (Supervisor)            Date: _____

To be completed by TPA Accounting Technician

Paid Already?    Yes_____    No _____

Voucher No._____

Revised
12/1/03
DriveG/Shared/Accounting/Acct.Pay Folder

Invoice #: 4210151745

Date: May 24, 2004

Attention: GARDELL, ROY
INTEGRATED DISABILITY MGM

Address: P. O. BOX 15554
PLANTATION, FL. 33318

392 46 2189

Re: MOSS-HOLLING(IDM), ROSALI   Employer: BAYER CORPORATION
Claim #: 200301100233              D/A: 03/01/2003                     Page: 1

| Service Date | Code | Service Description | Prof. Hours | N.Prof Hours | Med/Voc | Mile | Rate/Expense |
|---|---|---|---|---|---|---|---|
| | | | 0.30 | | v | | |
| 04/02/2004 | 017 | initial file records review | 0.10 | | v | | |
| 04/02/2004 | 027 | conference w/carrier- TELEPHONE | 0.10 | | v | | |
| 04/02/2004 | 027 | conference w/carrier- TELEPHONE | 0.10 | | v | | |
| 04/02/2004 | 301 | claimant contact-vocational counseling/g- TELEPHO | | | v | | 1.80 |
| 04/02/2004 | 606 | long distance charges | 0.10 | | v | | |
| 04/02/2004 | 027 | conference w/carrier- WRITTEN CORRESPONDENCE | 0.20 | | v | | |
| 04/05/2004 | 301 | claimant contact-vocational counseling/g- TELEPHO | | | v | | 3.60 |
| 04/05/2004 | 606 | long distance charges | 0.10 | | v | | |
| 04/05/2004 | 301 | claimant contact-vocational counseling/g- TELEPHO | 1.90 | | v | | |
| 04/09/2004 | 301 | claimant contact-vocational counseling/g- TELEPHO | | | v | | 34.20 |
| 04/09/2004 | 606 | long distance charges | 0.10 | | v | | |
| 05/19/2004 | 027 | conference w/carrier- WRITTEN CORRESPONDENCE | 0.10 | | v | | |
| 05/20/2004 | 027 | conference w/carrier- TELEPHONE | 2.10 | | v | | |
| 05/20/2004 | 093 | vocational research | 3.00 | | v | | |
| 05/20/2004 | 310 | self employment assessment/coordination- WRITTEN | 1.20 | | v | | |
| 05/21/2004 | 310 | self employment assessment/coordination- WRITTEN | 0.70 | | v | | |
| 05/21/2004 | 093 | vocational research | 0.10 | | v | | |
| 05/21/2004 | 027 | conference w/carrier- TELEPHONE | 1.50 | | v | | |
| 05/21/2004 | 022 | report preparation | 1.50 | | v | | |
| 05/24/2004 | 022 | report preparation | | | v | | |

BILLING HOURS  (VOCATIONAL REHABILITATION SERVICES)

PROFESSIONAL HOURS        : 13.20 @  $85.000 = $1,122.00
NON PROFESSIONAL HOURS    :  0.00 @   $0.000 =     $0.00

                                              Subtotal:    $1,122.00

                              BILLING HOURS SUBTOTAL:      $1,122.00


EXPENSES OR FLAT RATE CHARGES

                                          =    $39.60

CALLS
                                          Subtotal:       $39.60

                              TOTAL DUE:  OK $1,161.60
                                          PAY
                                          K.MILLS

                              →            6/3/04           ←

(Continued on next page!)                          (*) DENOTES NO CHARG

BA 0274

Invoice #: 4210151745

Date: May 24, 2004

Attention: GARDELL, ROY
                INTEGRATED DISABILITY MGM

Address: P. O. BOX 15554
              PLANTATION, FL. 33318

Re: MOSS-HOLLING(IDM), ROSALI  Employer: BAYER CORPORATION
Claim #: 200301100233                    D/A: 03/01/2003                    Page: 2

THANK YOU,          **TOTAL DUE:**      $1,161.60

DUE UPON RECEIPT OF INVOICE

Make Check Payable to:
BROADSPIRE SERVICES, INC.
P. O. BOX 671022
DALLAS, TX 75267-1022
ID #: 36-3917295
(Please reference Invoice # above)

(*) DENOTES NO CHARGE

BA 0275

*B*

## BROADSPIRE

A PLATINUM COUNTY COMPANY

BAYER
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

September 13, 2004

Rosalie A. Moos-Holling
2032 Alameda Avenue
Alameda, CA 94501

# COPY

RE:     Annual Update
        Claim Number:     200301100233
        Bayer Corporation Long Term Disability (LTD) Plan

Dear Ms. Moos-Holling:

Broadspire Services, Inc.("Broadspire") is the claim administer for the Bayer Long Term Disability (LTD) Plan under which you are currently receiving benefits.

We need to obtain updated information in order to certify your continued eligibility for benefits. We are requesting that you complete the enclosed **Resource Questionnaire, Authorization for Release of Medical Information** (two authorizations are enclosed - please keep the one marked "copy" for your records), **Provider Update Form** and **Social Security Authorization for Release** and return in the stamped self-addressed envelope, by **October 13, 2004**.

These forms will assist us in updating your disability file. *Failure to return the completed forms may compromise your Long-Term Disability benefits.*

Once we receive the completed forms, we will be sending forms to your physician(s) for their completion. We will also be requesting copies of your medical records for the last year of treatment. Any fees your medical provider(s) may charge for this information is your responsibility.

If you have any questions regarding this matter or the status of your claim, please feel free to contact me at 1-866-271-0744 ext. 2043.

Sincerely,

*Roy Gardell*

Roy Gardell
Disability Claims Specialist

P.O. Box 189093    Plantation, FL  33318-9093    Phone (877)208-7196    Fax 954-452-4024    www.choosebroadspire.com

*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0276



**Allsup Inc.**
Social Security Innovations

1984 - 2004
**20**
Y E A R S

BAYER
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

BROADSPIRE - BAYER CORPORATION
ATTN ROY GARDELL
1801 SW 80TH TERRACE
PO BOX 15554
PLANTATION FL  33318-5554

## SOCIAL SECURITY CLAIM STATUS REPORT

Claimant:  Rosalie Moos-Holling

Policy/Claim #:  200301100233

Claimant Representative:  Nancy Geoppo

DEVELOPMENT AS OF September 3, 2004

We have been advised that the Request for Reconsideration for this claimant was denied 7/27/2004.

We will send another status report when the Request for Hearing has been filed.  Should you have any questions, please call our Customer Information Center at (800)560-1410.

recondenA

State of California
Department of Social Services
Disability and Adult Programs Division

August 27, 2004

Nancy Geoppo
ALLSUP INC
300 ALLSUP PL
BELLEVILLE, IL 62223

NAME:  ROSALIE MOOS-HOLLING

SSN:
CASE NUMBER:  525566

We are forwarding you a copy of the correspondence sent to your client in connection
with their claim for disability benefits under the Social Security Act.  Please advise your
client to read the entire letter and respond appropriately.

Steve L. Morrow/A11, Disability Eval. Analyst III

(SSA-L928)

BA 0278

,09\290567  kmarion

# Social Security Administration

**Form Approved**
OMB No 0960-0566

## Consent for Release of Information

TO: Social Security Administration

_Rosalie Moos-Hilling_      _1/13/49_      _392 46 2189_
Name                      Date of Birth     Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| Allsup, Inc. (Allsup) | 300 Allsup Pl., Belleville, IL 62223 |
| Broadspire Services | Plantation, FL |

I want this information released because:

Broadspire Services requires verification of filing and/or receipt of Social Security benefits to continue payment of long-term disability. Allsup is the company hired by Broadspire to perform this review. In this regard, I authorize Allsup to provide any information obtained as a result of this Consent for Release of Information to Broadspire and/or its designees. This authorization is in addition to any other authorization I have provided or may provide in the future.

Please release the following information:

| | |
|---|---|
| NA | Social Security Number |
| NA | Identifying information (includes date and place of birth, parents' names) |
| X | Monthly Social Security benefit amount and date of entitlement or NIF |
| NA | Monthly Supplemental Security Income payment amount |
| NA | Information about benefit/payments I received from _____ to _____ |
| NA | Information about my Medicare claim/coverage from _____ to _____ |
| | (specify) _____ |
| NA | Medical records |
| NA | Record(s) from my file (specify) _____ |
| X | Other (specify): FACT Query/Date of Filing for Title II Disability Benefits/Earnings Record |

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by fine or imprisonment or both.

_Rosalie Moos-Hilling_ _____

_9/23/04_ : _____

SSA-3288 Internet (12/99)

BA 0279



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OAKLAND, CA
SEP 23
'04
PM
94615-9120

Ms. Rosalie A. Holling
2032 Alameda Avenue
Alameda, CA 94501-4201

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL        PERMIT NO. 4684        FT. LAUDERDALE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

Broadspire
Integrated Disability Management-Subgroup 216
PO Box 189151
Plantation FL 33318-9938

ROY GARDELL – BAYER LTD

BRPPD-SUBGRP-216

BA 0280



BAYER
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

**COPY**

October 5, 2004

Rosalie Moos-Holling
2032 Alameda Ave
Alameda, CA 94501

RE:    Bayer Corporation Long Term Disability (LTD) Plan
       Claim # 2003 01 10 0233

Dear Ms. Moos-Holling;

Thank you for recently returning forms we had requested. The purpose of these forms was to allow us to update our records regards your disability. Unfortunately one of the requested forms was not returned. Please complete the attached authorization which will allow us to obtain medical information from the physicians you indicate have been treating you.

Please use the self addressed envelope attached to return the form. Thank you for your help.

Sincerely,

Roy Gardell
Broadspire Services
866-271-0744 x2043
FAX 954-452-4024

P.O. Box 15554    Plantation FL 33318-9965 1-866-271-0744    Fax: 954 452 4024    www.choosebroadspire.com
*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0281

JULIE SHIEKMAN10/19/200407:58:45 PM

To:        Roy Gardell/CSG/KNS@BSI
cc:
From:      **Julie M. Shiekman** Disability Care Management/Plantation on: 10/19/2004 07:58 PM
Subject:   Update on Rosalie Moos-Holling

Good Morning Roy,

Please let me know the status of this claim.
Thank you,
Julie


Julie M. Shiekman
Operations Supervisor
Broadspire Services, Inc.
954-693-2830
954-452-4024 fax
----- Forwarded by Julie M. Shiekman/CSG/KNS on 10/19/2004 07:57 PM -----

To:        jshiekma@choqsebroadspire.com
cc:
From:      **Kathy Tesdall <kathy.tesdall.b@bayer.com>** on: 10/19/2004 05:49 PM
Subject:   Update on Rosalie Moos-Holling


Hi Julie,
I'd like an update on Rosalie Moos-Holling-not sure who is handling her claim.
Need to know status of LTD, any anticipated RTW date, whether any
accommodation
is needed.

thanks

Kathy Tesdall, RN MSN
Occupational Health Manager
Bayer Corporation
800 Dwight Way Building 64
PO Box 1986
Berkeley CA  94701
tel (510) 705-4124
fax (510) 705-5217
email: kathy.tesdall.b@bayer.com

CONFIDENTIALITY
This email and any attachments are confidential and also may be privileged. If
you are not the named recipient, or have otherwise received this communication
in error, please delete it from your inbox, notify the sender immediately, and
do not disclose its contents to any other person, use them for any purpose or
store or copy them in any medium. This communication may contain protected
health information (PHI) as defined by HIPAA. As such, you are required to
safeguard the privacy and confidentiality of this information and require the
same protections from any parties to whom you transmit this information.

BAYER 392-46-
2189

# AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, BAYER, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name: _Rosalie A. Moos. Holling_ Date: _10/18/04_

_____
Claimant's or Legal Representative's Signature

_____
Legal Representative's Name and Relationship

Employer's Name: _BAYER_

BA 0283

Rev. 3/26/03

# AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, BAYER, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name: _____   Date: _10/18/04_

Claimant's or Legal Representative's Signature   _____
                                                 Legal Representative's Name and Relationship

Employer's Name: _BAYER_

Rev. 3/26/03

BA 0284

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OCT 2 1 2004

OAKLAND CA 946 H
PM
18 OCT
2004

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL        PERMIT NO. 4684        FT. LAUDERDALE, FL

POSTAGE WILL BE PAID BY ADDRESSEE

**Broadspire**
**Integrated Disability Management–Subgroup 216**
**PO Box 189151**
**Plantation FL 33318-9938**

ROY GARDELL – BAYER LTD

BRPPD-SUBGRP-216

BA 0285



**Allsup Inc.**
Social Security Innovations

1984 - 2004
**20**
Y E A R S

BAYER
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

BROADSPIRE - BAYER CORPORATION
ROY GARDELL
1801 SW 80TH TERRACE
PO BOX 15554
PLANTATION FL  33318-5554

SOCIAL SECURITY CLAIM STATUS REPORT

CLAIMANT: Rosalie Moos-Holling

POLICY/CLAIM #: 200301100233 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

SOCIAL SECURITY CONSULTANT: Tamie Comley

DEVELOPMENT AS OF October 14, 2004

The Office of Hearing and Appeals has advised us that this case is still awaiting the
Administrative Law Judge's decision.

We will continue to closely monitor this case until a decision is rendered.  We will send another
status report in approximately 70 days or earlier if a significant development occurs.



JULIE SHIEKMAN10/20/200404:59:20 PM

To:    kathy.tesdall.b@bayer.com
cc:    Roy Gardell/CSG/KNS@BSI
From:    **Julie M. Shiekman** Disability Care Management/Plantation on: 10/20/2004 04:59 PM
Subject:    Re: Update on Rosalie Moos-Holling

Hi Kathy,

Roy Gardell is the Claim Specialist assigned to this file.

Ms. Moos-Holling is currently in the Any Occupation phase of her claim. Our review has found that medically she is capable of working with restrictions/limitations. We have performed a Vocational Assessment and were unable to identify any apprporiate positions in her Labor Market based on the salary required for Any Occ by the LTD Plan.

Her restrictions are attached on this copy of the FCE report. Does Bayer have any positions that will accommodate her abilities as noted? Based on her salary it will be difficult to find her a position within her Labor Market.



moos holling.d

Please let us know.
Thank you,
Julie

Julie M. Shiekman
Operations Supervisor
Broadspire Services, Inc.
954-693-2830
954-452-4024 fax

To:    jshiekma@choosebroadspire.com
cc:
From:    **Kathy Tesdall** <kathy.tesdall.b@bayer.com> on: 10/19/2004 05:49 PM
Subject:    Update on Rosalie Moos-Holling

BA 0288

JULIE SHIEKMAN10/20/200404:59:20 PM

Hi Julie,
I'd like an update on Rosalie Moos-Holling-not sure who is handling her claim.
Need to know status of LTD, any anticipated RTW date, whether any
accommodation
is needed.

thanks

Kathy Tesdall, RN MSN
Occupational Health Manager
Bayer Corporation
800 Dwight Way Building 64
PO Box 1986
Berkeley  CA  94701
tel (510) 705-4124
fax (510) 705-5217
email: kathy.tesdall.b@bayer.com

CONFIDENTIALITY
This email and any attachments are confidential and also may be privileged. If
you are not the named recipient, or have otherwise received this communication
in error, please delete it from your inbox, notify the sender immediately, and
do not disclose its contents to any other person, use them for any purpose or
store or copy them in any medium. This communication may contain protected
health information (PHI) as defined by HIPAA. As such, you are required to
safeguard the privacy and confidentiality of this information and require the
same protections from any parties to whom you transmit this information.

BA 0289

# BROADSPIRE
A PLATINUM EQUITY COMPANY

*BAYER*
*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*

November 11, 2004

**COPY**

Dr. Roxanne Fiocella
2500 Milvia
Berkeley, CA 94701

     RE: ROSALIE MOOS-HOLLING
     DOB: 1/13/1949
     CLAIM NUMBER:200301100233

Dear Dr. Fiocella:

Broadspire Services, Inc. ("Broadspire") is the claim administrator for The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above reference patient to determine if he/she is eligible for LTD Benefits. In order to make this determination we need **medical evidence**. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering **February 2004** through the present:

               **OFFICE TREATMENT NOTES
               **CONSULTATIVE REPORTS
               **DIAGNOSTIC TEST RESULTS
               **SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by the above reference patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **December 11, 2004**. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4024. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2043.

Failure to provide the requested information by **December 11, 2004** may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.

Please feel free to contact our office at the telephone number provided below should you have any questions regarding this correspondence.

Sincerely,

Roy Gardell
Disability Claims Examiner
(866) 271-0744 extension 2043

P.O. Box 189093    Plantation, FL  33318-9093    Phone (877)208-7196    Fax 954-452-4024    www.choosebroadspire.com

* As required by California Insurance Code 1224.5. California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0290

# B

## BROADSPIRE

A PLATINUM EQUITY COMPANY

November 11, 2004

Dr. Masem Mathias
3300 Webster Street #202
Oakland, CA 94609

**COPY**

RE: ROSALIE MOOS-HOLLING
DOB: 1/13/1949
CLAIM NUMBER:200301100233

Dear Dr. Mathias:

Broadspire Services, Inc. ("Broadspire") is the claim administrator for The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above reference patient to determine if he/she is eligible for LTD Benefits. In order to make this determination we need **medical evidence. Please** be advised that pain, *without significant medical evidence,* is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering **February 2004** through the present:

**\*\*OFFICE TREATMENT NOTES**
**\*\*CONSULTATIVE REPORTS**
**\*\*DIAGNOSTIC TEST RESULTS**
**\*\*SURGICAL REPORTS**

Attached is an Authorization for Release of Medical Information, signed by the above reference patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **December 11, 2004.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4024. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2043.

Failure to provide the requested information by **December 11, 2004** may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.

Please feel free to contact our office at the telephone number provided below should you have any questions regarding this correspondence.

Sincerely,

Roy Gardell
Disability Claims Examiner
(866) 271-0744 extension 2043

P.O. Box 189093    Plantation, FL  33318-9093    Phone (877)208-7196   Fax 954-452-4024   www.choosebroadspire.com

\* As required by California Insurance Code 1324.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0291

BAYER
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

# MATHIAS MASEM, M.D.

## MEDICAL RECORDS REQUEST

### FACSIMILE TRANSMITTAL SHEET

| TO: Roy Gardell | FROM: Rebbeca Fox |
|---|---|
| FAX NUMBER: 954-452-4024 | DATE: 11/17 |
| PHONE NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| JOB NUMBER: | SENDER'S PHONE NUMBER: 510-763-0884 |
| RE: Rosalie Moos-Holling | SENDER'S FAX NUMBER: 510-763-6443 |

☑ FOR REVIEW

NOTES/COMMENTS:

You have requested medical records.

We do not copy charts in this office. Please contact a copy service to copy these records.

also... we only saw this patient as a second opinion. The attending physician statement should be directed to her primary doctor.

3300 WEBSTER STREET, SUITE 202, OAKLAND, CA 94609

BA 0292

NOV 17 2004 18:42

5107637024     PAGE.02

# B

# BROADSPIRE

A PLATINUM EQUITY COMPANY

November 11, 2004

Dr. Masern Mathias
3300 Webster Street #202
Oakland, CA 94609

RE: ROSALIE MOOS-HOLLING
DOB: 1/13/1949
CLAIM NUMBER:200301100233

Dear Dr. Mathias:

Broadspire Services, Inc. ("Broadspire") is the claim administrator for The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above reference patient to determine if he/she is eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering February 2004 through the present:

**••OFFICE TREATMENT NOTES**
**••CONSULTATIVE REPORTS**
**••DIAGNOSTIC TEST RESULTS**
**••SURGICAL REPORTS**

Attached is an Authorization for Release of Medical Information, signed by the above reference patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **December 11, 2004**. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4024. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2043.

Failure to provide the requested information by **December 11, 2004** may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.

Please feel free to contact our office at the telephone number provided below should you have any questions regarding this correspondence.

Sincerely,

Roy Gardell
Disability Claims Examiner
(866) 271-0744 extension 2043

P.O. Box 189093   Plantation, FL  33318-9093   Phone (877)208-7196  Fax 954-452-4024  www.choosebroadspire.com

* As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.



BROADSPIRE

A PLATINUM EQUITY COMPANY

**COPY FOR SCANNING**

December 15, 2004

ROSALIE MOOS-HOLLING
2032 ALAMEDA AVE
ALAMEDA, CA 94501

RE:    Bayer Corporation Long Term Disability (LTD) Plan
DOB:  1/13/1949

Dear ROSALIE MOOS-HOLLING:

On December 8, 2004 you were sent a letter from Broadspire who is the Administrator of Bayer Corporation's Long Term Disability Plan. The letter advised you that administration of your disability claim was being transferred to Aetna, which is incorrect.

The administration of your LTD claim remains with Broadspire. Please disregard the December 8, 2004 letter.

We apologize for any inconvenience or concern receiving this letter may have caused. Should you have questions please call us at 866-271-0744.

Sincerely,
Broadspire Services

P.O. Box 15554    Plantation FL 33318-9965 1-866-271-0744    Fax: 954 452 4024    www.choosebroadspire.com
*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0294

**B**

BROADSPIRE

A PLATINUM EQUITY COMPANY

*BAYER*
*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*

**COPY**

URGENT 2ND REQUEST

December 17, 2004

Dr. Roxanne Fiocella
2500 Milvia
Berkeley, CA 94701

RE:    Rosalie Moos-Holling
       DOB: 1/13/1949
       Bayer Corporation Long Term Disability (LTD) Plan

Dear Dr. Fiocella;

Broadspire Services, Inc. administers The Bayer Corporation Long Term Disability (LTD) Plan under which your patient, shown above, is receiving benefits. To properly evaluate the claim for continued disability benefits, information is needed from your office.

This is the second request that has been submitted on behalf of Ms. Moos-Holling.  A copy of our first request is attached.

Please take a few minutes to complete the enclosed Attending Physicians Statement and Estimated Physical Abilities form. Please include current office and/or chart notes, along with any documentation you may have including labs, blood work, x-rays and the results of any other diagnostic tests from February, 2004 to present. A self addressed return envelope is enclosed for your convenience.

Enclosed you will find an Authorization for Release of Medical Information, signed by the claimant.

It is imperative that the enclosed form and above requested medical documentation be received in our office no later than December 30, 2004. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4061. Your attention to this matter is greatly appreciated.

Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2043.

Sincerely,

Roy Gardell
Disability Claims Examiner III

cc:    Rosalie Moos-Holling
       2032 Alameda Ave.
       Alameda, CA 94501

Box 15554,  Plantation FL 33318-9965,  Phone: 1-866-271-0744,  Fax:  954 452 4024,  choosebroadsopre.com
*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.



BAYER
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

# BROADSPIRE

A CRAWFORD COMPANY

URGENT 2ND REQUEST

December 17, 2004

Dr. Roxanne Fiocella
2500 Milvia
Berkeley, CA 94701

RE:     Rosalie Moos-Holling
        DOB: 1/13/1949                                    1/5/05
        Bayer Corporation Long Term Disability (LTD) Plan

Dear Dr. Fiocella;

Broadspire Services, Inc. administers The Bayer Corporation Long Term Disability (LTD) Plan under which your patient, shown above, is receiving benefits. To properly evaluate the claim for continued disability benefits, information is needed from your office.

This is the second request that has been submitted on behalf of Ms. Moos-Holling. A copy of our first request is attached.

Please take a few minutes to complete the enclosed Attending Physicians Statement and Estimated Physical Abilities form. Please include current office and/or chart notes, along with any documentation you may have including labs, blood work, x-rays and the results of any other diagnostic tests from February, 2004 to present. A self addressed return envelope is enclosed for your convenience.

Enclosed you will find an Authorization for Release of Medical Information, signed by the claimant.

It is imperative that the enclosed form and above requested medical documentation be received in our office no later than December 30, 2004. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4061. Your attention to this matter is greatly appreciated.

Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2043.

Sincerely,

Roy Gardell
Disability Claims Examiner III

cc:     Rosalie Moos-Holling
        2032 Alameda Ave.
        Alameda, CA 94501

Box 15664, Plantation FL 33318-9904, Phone: 1-866-271-0744, Fax: 954 452 4024, choosebroadspire.com
*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name

BA 0296



BROADSPIRE

* THAT HIGH EQUITY COMPANY *

URGENT 2ND REQUEST

December 17, 2004

Dr. Roxanne Fiocella
2500 Milvia
Berkeley, CA 94701

RE:   Rosalie Moos-Holling
      DOB: 1/13/1949                                    1/5/05
      Bayer Corporation Long Term Disability (LTD) Plan

Dear Dr. Fiocella;

Broadspire Services, Inc. administers The Bayer Corporation Long Term Disability (LTD) Plan under which your patient, shown above, is receiving benefits. To properly evaluate the claim for continued disability benefits, information is needed from your office.

This is the second request that has been submitted on behalf of Ms. Moos-Holling.  A copy of our first request is attached.

Please take a few minutes to complete the enclosed Attending Physicians Statement and Estimated Physical Abilities form. Please include current office and/or chart notes, along with any documentation you may have including labs, blood work, x-rays and the results of any other diagnostic tests from February, 2004 to present. A self addressed return envelope is enclosed for your convenience.

Enclosed you will find an Authorization for Release of Medical Information, signed by the claimant.

It is imperative that the enclosed form and above requested medical documentation be received in our office no later than December 30, 2004. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4061. Your attention to this matter is greatly appreciated.

Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2043.

Sincerely,

Roy Gardell
Disability Claims Examiner III

cc:   Rosalie Moos-Holling
      2032 Alameda Ave.
      Alameda, CA 94501

Box 15564, Plantation FL 33318-9905.  Phone 1-866-271-0744,  Fax  954 452 4024.  choosebroadspire.com
*As required by California Insurance Code 1724.5. California claims are administered under the Broadspire Administrator Services, Inc. name

BA 0297

BAYER

## AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, BAYER, their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name _Rosalie A. Mees. Hollis_ Date: _10/18/04_

Claimant's or Legal Representative's Signature          Legal Representative's Name and Relationship

Employer's Name: _Bayer_

Rev. 3/26/03



# BROADSPIRE

A PLATINUM EQUITY COMPANY

January 18, 2005

Diversified Medical Records Services
132 N. El Camino Real #531

Encinitas, CA 92024

Re:    Rosalie Moos-Holling
       DOB: 1/13/1949

Dear Sirs;

We are in receipt of your request for a fee of $31.80 for medical record copies required for the above named patient.

Broadspire Services, Inc. ("Broadspire") is the claim administrator for Bayer Corp.  The information requested of you is to support your patient's benefits. The plan does not contain a provision for copies of medical records, office notes, chart notes, labs, x-rays, blood work, specialized tests, and completion of forms. Therefore, we cannot honor your request.

We suggest that you contact your patient to make any arrangements necessary to bring this matter to a conclusion.

Should you have any questions, please feel free to contact me.

Sincerely,


Roy Gardell
866-271-0744 ext 2043

cc:    Rosalie Moos-Holling
       2032 Alameda Ave.
       Alameda, CA 94501


Broadspire Services, Inc.  P. O. Box 15554    Plantation, FL 33318-5554    Telephone: 1-866-271-0744  Fax: 954 452 4024
*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0299

I\01\191389 Killarron

**Remit Payment To**
**Diversified Medical Records Services**
132 N. El Camino Real #531
Encinitas. CA 92024
Phone: 9492406242    FAX: 9494897903

| Invoice # | Invoice Date | Terms |
|---|---|---|
| 305073 | 1/07/2005 | NET 15 DAYS |

Federal Id:93-1153450    Request No.:    313497

Facility Information
Dr Roxanne Fiscella

Customer Number: BROA1555
Broadspire Services, Inc.

P.O. Box 15554-219

Plantation, FL 33318

**Patient Information**

Patient Name: Moos-Holling, Rosalie
SSN:
Contract Number:
Policy Number:
Claim Number:
Id #:

Group #:
Drs. Name:
Treatment Date:
Insured Name:
Birth Date:

| Date | Request # | Breakdown of Fees | Qty | Total |
|---|---|---|---|---|
| | | | | 30.00 |
| | | | | 0.00 |
| 1/06/2005 | 313497 | Clerical Fee | | 0.00 |
| | | Retrieval Fee | | 0.00 |
| | | Itemized Statement | 1 | 0.00 |
| | | Copy Pages | | 1.80 |
| | | Shipping/Handling | | 31.80 |
| | | Sales Tax | | 0.00 |
| | | Sub-Total | | |
| | | Pre Payments | | |

Fee Approved By

| Total Due | 31.80 |
|---|---|

BA 0300



Diversified Services
medical records
132 N. El Camino Real, #531
Encinitas, CA 92024

JAN 1 4 2005

*BAYER*
*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*

To:        Kathy Tesdall <kathy.tesdall.b@bayer.com>
cc:
From:      Roy Gardell IDM Non Occupational Services/Plantation Bldg. 2 on: 01/28/2005 03:16 PM
Subject:   Re: LTD Claim - Rosalie Moos-Holling

As part of our annual review we were advised by her physician that he has not seen her since 12/15/03.
The is one of the reasons the Functional Capacity Evaluation was completed. In his response her
physician has not given any restrictions or limitations. We have written to the claimant to advise her of the
Plan requirement of regular care and asked her for the names of any other physicians she may be seeing.
We are allowing her 30 days to respond. Her deadline to submit this information is February 28, 2005.

Once we receive this information from Ms. Moos Holling we will forward a copy of the FCE to the treating
physician(s) and ask that they provide their opinion, restrictions/limitations, etc. We will continue to keep
you updated on this file.

Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024

To:        Roy.Gardell@choosebroadspire.com
cc:        brenda.perry.b@bayer.com, Susan Rocci <susan.rocci.b@bayer.com>, Donald Molenaar
           <donald.molenaar.b@bayer.com>
From:      Kathy Tesdall <kathy.tesdall.b@bayer.com>  on: 01/28/2005 01:23 PM
Subject:   Re: LTD Claim - Rosalie Moos-Holling

BA 0302

*BAYER*

*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*

To:        Susan.Limjuco@esis.com
cc:
From:     Roy Gardell IDM Non Occupational Services/Plantation Bldg. 2 on: 02/03/2005 02:16 PM
Subject:   Rosalie Moos-Holling

Good afternoon Susan.

I've just completed a conversation with Kathy Tesdall at Bayer. We have been trying to document Ms. Moos-Holling's medical treatment. Both Kathy and Ms. Moos-Holling indicate she was examined by a Dr. Ansel at the request of WC attorney's. We would like to get a copy of the results of the recent exams.

Can you also confirm that currently she is receiving no WC income replacement benefits?

Call me if you have questions. Thank you for your help.

Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024

\02\040233 KmdlIOII

Bayer

## JULIE SHIEKMAN 02/03/2005 08:04:41 AM

To:    Nancy.Carr@bayerpolymers.com
cc:    Julie M. Shiekman/CSG/KNS@BSI, Shelly A. Birkholz/CSG/KNS@BSI
From:    Roy Gardell IDM Non Occupational Services/Plantation Bldg. 2 on: 02/02/2005 05:57 PM
Subject:    Fw: LTD Claim - Rosalie Moos-Holling

Good afternoon Nancy. As this claim is assigned to me, Julie asked me to respond.

1. Why such a prolonged time between the FCE and the Letter to the site.
The FCE was received in our office on 1/8/04. Following receipt we continued our analysis for total disability from any occ through an employability assessment and labor market survey. The results from these concluded that jobs identified did not meet the Bayer Plan gainful earnings requirement. LTD benefits were therefore continued.

On October 19, 2004 we received an e-mail from the OHN requesting a status on the claim and if there was a return to work date and "whether any accommodation is needed". In response the functional capacity evaluation was sent with the request to know if Bayer could place her. Because of her high earnings it is believed the gainful earnings requirement could not be met outside of Bayer.

At our follow up in January, 2005 it was noted a response to our October inquiry was never received so a second request was sent.

2. Restrictions need to be specific.
We felt the FCE outlined the specific restrictions the claimant requires. The FCE stated "Evaluee is able to do all activities with the exception of any activity that requires fine motor dexterity, pinch and/or grasp involving the thumb and index finger of the right hand."

3. Why would Broadspire wait until January to go back to the site and ask if the
they could accommodate or not.
See number 1 above.

Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024

To:    sbirkholz@choosebroadspire.com
cc:    jshiekma@choosebroadspire.com
From:    Nancy Carr <nancy.carr.b@bayer.com> on: 02/01/2005 11:05 AM
Subject:    Re: LTD Claim - Rosalie Moos-Holling

BA 0304

<u>JULIE SHIEKMAN</u>02/03/200508:04:41 AM

Broadspire had a FCE performed on this employee in Dec. of 2003 and yet did
not
send a letter to the site until Oct. of 2004 and now is asking why they have
not
heard from the site regarding if they can accommodate(Kathy does not remember
receiving the letter).
The issues:
1. Why such a prolonged time between the FCE and the Letter to the site.
2. Restrictions need to be specific.
3. Why would Broadspire wait until January to go back to the site and ask if
the
they could accommodate or not.

Nancy S. Carr CRNP
Corporate Medical Services
Bayer Corp.
Pittsburgh, Pa.
P.N. 412-777-2249
F.N. 412-777-4983

This communication is for use by the intended recipient and contains
information
that may be privileged, confidential or copyrighted under applicable law. If
you
are not the intended recipient, you are hereby formally notified that any use,
copying or distribution of the e-mail, in whole or in part, is strictly
prohibited. Please contact the sender by return e-mail and delete this e-mail
from your system.
----- Forwarded by Nancy Carr/PITTS/HES/US/BAYER on 02/01/2005 09:56 AM -----

                 Donald Molenaar
                                             To:      Nancy
      Carr/PITTS/HES/US/BAYER@BAYER-US-NOTES
                        01/28/2005 03:30     cc:      Kathy
      Tesdall/BRKL/PH/US/BAYER@BAYER-US-NOTES, Susan-W
                        PM
      Murphy/PITTS/ADMFIN/US/BAYER@BAYER-US-NOTES    Subject:  Re: LTD Claim -

      Rosalie Moos-Holling


Nancy,
  Please review  with Kathy and summarize for Bayer Benefits.
Donald M. Molenaar, M.D., M.P.H.
Corporate Medical Services
Bayer Corporate & Business Services
100 Bayer Road
Pittsburgh, PA 15205-9741
412-777-2248
412-777-4983 (Fax)
donald.molenaar.b@bayer.com
----- Forwarded by Donald Molenaar/PITTS/HES/US/BAYER on 01/28/2005 03:29 PM
-----

                 Kathy Tesdall
                                             To:
      Roy.Gardell@choosebroadspire.com
                        01/28/2005 01:23     cc:


                                                                    BA 0305

JULIE SHIEKMAN02/03/200508:04:41 AM

brenda.perry.b@bayer.com, Susan Rocci/BRKL/PH/US/BAYER@BAYER-US-NOTES, Donald
PM
Molenaar/PITTS/HES/US/BAYER@BAYER-US-NOTES          Subject: Re: LTD Claim -
Rosalie Moos-Holling(Document link: Donald Molenaar)

Roy,
I've reviewed my files and can't find any correspondence to Broadspire in
regards to this matter.  The report you have attached is a functional capacity
evaluation conducted by a physical therapist for Broadspire during their
evaluation of eligibility for LTD benefits.   Bayer would need to know the
specific limitations/restrictions and duration of same based on evaluation by
her physician in order for the Company to proceed with determining its'
ability
to provide accommodation.  We would like to have this information as soon as
possible in order to proceed with the determination.   Please advise when
Broadspire will be able to provide the information from her physician.

Regards,

Kathy Tesdall, RN MSN
Occupational Health Manager
Bayer Corporation
800 Dwight Way Building 64
PO Box 1986
Berkeley  CA  94701
tel (510) 705-4124
fax (510) 705-5217
email: kathy.tesdall.b@bayer.com

CONFIDENTIALITY
This email and any attachments are confidential and also may be privileged. If
you are not the named recipient, or have otherwise received this communication
in error, please delete it from your inbox, notify the sender immediately, and
do not disclose its contents to any other person, use them for any purpose or
store or copy them in any medium. This communication may contain protected
health information (PHI) as defined by HIPAA. As such, you are required to
safeguard the privacy and confidentiality of this information and require the
same protections from any parties to whom you transmit this information.

Roy.Gardell@choosebro
adspire.com                          To:
susan.rocci.b@bayer.com,  brenda.perry.b@bayer.com,  Kathy.tesdall.b@bayer.com
                                     cc:
01/28/2005 07:35 AM                  Subject:  LTD Claim -
Rosalie Moos-Holling

Good morning.

I can find no record of a response to the e-mail shown below. Is it
possible that Bayer would have a position for her? R/L are shown on the

BA 0306

JULIE SHIEKMAN 02/03/2005 08:04:41 AM

bottom two pages below.

(Embedded image moved to file: pic09232.pcx)
(Embedded image moved to file: pic00750.pcx)
(Embedded image moved to file: pic25205.pcx)

Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024


DISCLAIMER:
This communication, along with any documents, files or attachments, is
intended
only for the use of the addressee and may contain legally privileged and
confidential information. If you are not the intended recipient, you are
hereby
notified that any dissemination, distribution or copying of any information
contained in or attached to this communication is strictly prohibited. If you
have received this message in error, please notify the sender immediately and
destroy the original communication and its attachments without reading,
printing
or saving in any manner. This communication does not form any contractual
obligation on behalf of the sender or, the sender's employer, or the
employer's
parent company, affiliates or subsidiaries.

(See attached file: pic09232.pcx)(See attached file: pic00750.pcx)(See
attached
file: pic25205.pcx)


pic09232.pcx   pic00750.pcx   pic25205.pcx

BA 0307

Bayer

JULIE SHIEKMAN02/02/200504:40:32 PM

To:
cc:
From:      Julie M. Shiekman Disability Care Management/Plantation on: 02/02/2005 04:40 PM
Subject:   Fw: LTD Claim - Rosalie Moos-Holling


Julie M. Shiekman
Operations Supervisor
Broadspire Services, Inc.
954-693-2830
954-452-4024 fax
—— Forwarded by Julie M. Shiekman/CSG/KNS on 02/02/2005 04:40 PM ——

To:        Julie M. Shiekman/CSG/KNS@BSI
cc:
From:      Roy Gardell IDM Non Occupational Services/Plantation Bldg. 2 on: 02/02/2005 04:16 PM
Subject:   Re: LTD Claim - Rosalie Moos-Holling

FYI.

Aside from the complaint we had about our requesting to know if Bayer could accommodate her RTW, we had written a letter to the claimant, dated 1/28/05, advising of the policy requirement of regular care. We have no record of treatment since 11/2003.

The claimant called today because she had received a "warning" letter from HR at Bayer that she needed to see a doctor or she would be terminated, hence she went to see her doctor on January 12, 2005. The claimant couldn't understand why our efforts were not coordinated. The doctors report has been sent to Kathy Tesdall. I will be asking Kathy for a copy of that report.

While talking with Ms. Moos-Holling she advised she was also seen by a Dr. Ansel. This was allegedly at the request of Bayer attorney's. I questioned her why that was and she replied that was for her WC claim. I know nothing about a WC claim. She is not receiving benefits but she does have a pending claim with them. I'll also be asking Kathy for information on this.


Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024

To:        Roy Gardell/CSG/KNS@BSI
cc:        Julie M. Shiekman/CSG/KNS@BSI
From:      Julie M. Shiekman Disability Care Management/Plantation on: 02/01/2005 05:09 PM
Subject:   Re: LTD Claim - Rosalie Moos-Holling

Hi Roy,

I started to respond, but I'm sure you are more familiar with this file.  Can you please
put together a response and forward to me before we send to Nancy.


Thank you,
Julie

Good Morning Nancy

**JULIE SHIEKMAN** 02/02/2005 04:40:32 PM

Just as an FYI, I'm sure that Roy would have been able to assist in

1. Why such a prolonged time between the FCE and the Letter to the site.
   The FCE was received in our office on 1/8/04.

2. Restrictions need to be specific.
3. Why would Broadspire wait until January to go back to the site and ask if the
they could accommodate or not.

Julie M. Shiekman
Operations Supervisor
Broadspire Services, Inc.
954-693-2830
954-452-4024 fax

| | |
|---|---|
| To: | sbirkholz@choosebroadspire.com |
| cc: | jshiekma@choosebroadspire.com |
| From: | Nancy Carr <nancy.carr.b@bayer.com>  on: 02/01/2005 11:05 AM |
| Subject: | Re: LTD Claim - Rosalie Moos-Holling |

BA 0309

\02\081035  kmai489t

BAYER
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

To:        <Roy.Gardell@choosebroadspire.com>
cc:        "Douglas, Marlowe A" <Marlowe.Douglas@ace-ina.com>
From:      "Limjuco, Susan M" <Susan.Limjuco@esis.com>  on: 02/04/2005 05:12 PM
Subject:   RE: Rosalie Moos-Holling  vs. Bayer Healthcare

BA 0310

Mr. Gardell:

The appointment with Robert Ansel MD is a for med/ legal rebuttal not for any ongoing medical treatment. This was on 02/01/2005; the report is expected in 30-45 days. We are not providing any WC benefits, claim compensability was denied on 10/14/2002.

Susan Limjuco
510) 790-4639

-----Original Message-----
From: Roy.Gardell@choosebroadspire.com
[mailto:Roy.Gardell@choosebroadspire.com]
Sent: Thursday, February 03, 2005 11:16 AM
To: Limjuco, Susan M
Subject: Rosalie Moos-Holling

Good afternoon Susan.

I've just completed a conversation with Kathy Tesdall at Bayer. We have been trying to document Ms. Moos-Holling's medical treatment. Both Kathy and Ms. Moos-Holling indicate she was examined by a Dr. Ansel at the request of WC attorney's. We would like to get a copy of the results of the
recent exams.

Can you also confirm that currently she is receiving no WC income replacement benefits?

Call me if you have questions. Thank you for your help.

Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024


DISCLAIMER:
This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner. This communication does not form any contractual obligation on behalf of the sender or, the sender's employer, or the employer's parent company, affiliates or subsidiaries.

CONFIDENTIALITY

BA 0311

Bayer

**Claimant's Name:** Rosalie Moos

**SS#** 392 - 462 - 189

**# Pages to scan** 5

(Cover page included)

**Index to:** J. Glucbman

BA 0312

JULIE SHIEKMAN 03/01/2005 05:55:44 PM

To:       Roy Gardell/CSG/KNS@BSI
cc:       Julie M. Shiekman/CSG/KNS@BSI
From:     Julie M. Shiekman Disability Care Management/Plantation on: 02/01/2005 05:09 PM
Subject:  Re: LTD Claim - Rosalie Moos-Holling

Hi Roy,

I started to respond, but I'm sure you are more familiar with this file.  Can you please
put together a response and forward to me before we send to Nancy.

Thank you,
Julie

Good Morning Nancy

Just as an FYI, I'm sure that Roy would have been able to assist in

1. Why such a prolonged time between the FCE and the Letter to the site.
     The FCE was received in our office on 1/8/04.

2. Restrictions need to be specific.
3. Why would Broadspire wait until January to go back to the site and ask if the
they could accommodate or not.


Julie M. Shiekman
Operations Supervisor
Broadspire Services, Inc.
954-693-2830
954-452-4024 fax

To:       sbirkholz@choosebroadspire.com
cc:       jshiekma@choosebroadspire.com
From:     Nancy Carr <nancy.carr.b@bayer.com>  on: 02/01/2005 11:05 AM
Subject:  Re: LTD Claim - Rosalie Moos-Holling

BA 0313

JULIE SHIEKMAN 03/01/2005 05:55:44 PM

Nancy S. Carr CRNP
Corporate Medical Services
Bayer Corp.
Pittsburgh, Pa.
P.N. 412-777-2249
F.N. 412-777-4983

This communication is for use by the intended recipient and contains
information
that may be privileged, confidential or copyrighted under applicable law. If
you
are not the intended recipient, you are hereby formally notified that any use,
copying or distribution of the e-mail, in whole or in part, is strictly
prohibited. Please contact the sender by return e-mail and delete this e-mail
from your system.
----- Forwarded by Nancy Carr/PITTS/HES/US/BAYER on 02/01/2005 11:04 AM -----

| | | |
|---|---|---|
| Nancy Carr<br>Greb/PITTS/ADMFIN/US/BAYER@BAYER-US-NOTES,<br>02/01/2005 10:09<br>Murphy/PITTS/ADMFIN/US/BAYER@BAYER-US-NOTES<br>AM<br>Molenaar/PITTS/HES/US/BAYER@BAYER-US-NOTES | To: | Patricia Susan-W |
| | cc: | Donald |
| | Subject: | Re: LTD Claim - |

Rosalie Moos-Holling

Broadspire had a FCE performed on this employee in Dec. of 2003 and yet did
not
send a letter to the site until Oct. of 2004 and now is asking why they have
not
heard from the site regarding if they can accommodate(Kathy does not remember
receiving the letter).
The issues:
1. Why such a prolonged time between the FCE and the Letter to the site.
2. Restrictions need to be specific.
3. Why would Broadspire wait until January to go back to the site and ask if
the
they could accommodate or not.

Nancy S. Carr CRNP
Corporate Medical Services
Bayer Corp.
Pittsburgh, Pa.
P.N. 412-777-2249
F.N. 412-777-4983

This communication is for use by the intended recipient and contains
information
that may be privileged, confidential or copyrighted under applicable law. If
you
are not the intended recipient, you are hereby formally notified that any use,
copying or distribution of the e-mail, in whole or in part, is strictly
prohibited. Please contact the sender by return e-mail and delete this e-mail

JULIE SHIEKMAN 03/01/2005 05:55:44 PM

from your system.
----- Forwarded by Nancy Carr/PITTS/HES/US/BAYER on 02/01/2005 09:56 AM -----

Donald Molenaar                          To:      Nancy
Carr/PITTS/HES/US/BAYER@BAYER-US-NOTES
                 01/28/2005 03:30        cc:      Kathy
Tesdall/BRKL/PH/US/BAYER@BAYER-US-NOTES, Susan-W
                 PM
Murphy/PITTS/ADMFIN/US/BAYER@BAYER-US-NOTES
                                         Subject:  Re: LTD Claim -
Rosalie Moos-Holling

Nancy,
 Please review  with Kathy and summarize for Bayer Benefits.
Donald M. Molenaar, M.D., M.P.H.
Corporate Medical Services
Bayer Corporate & Business Services
100 Bayer Road
Pittsburgh, PA 15205-9741
412-777-2248
412-777-4983 (Fax)
donald.molenaar.b@bayer.com
----- Forwarded by Donald Molenaar/PITTS/HES/US/BAYER on 01/28/2005 03:29 PM
-----

Kathy Tesdall                            To:
Roy.Gardell@choosebroadspire.com         cc:
                 01/28/2005 01:23
brenda.perry.b@bayer.com, Susan Rocci/BRKL/PH/US/BAYER@BAYER-US-NOTES, Donald
                 PM
Molenaar/PITTS/HES/US/BAYER@BAYER-US-NOTES
                                         Subject:  Re: LTD Claim -
Rosalie Moos-Holling(Document link: Donald Molenaar)

Roy,
I've reviewed my files and can't find any correspondence to Broadspire in
regards to this matter.  The report you have attached is a functional capacity
evaluation conducted by a physical therapist for Broadspire during their
evaluation of eligibility for LTD benefits.  Bayer would need to know the
specific limitations/restrictions and duration of same based on evaluation by
her physician in order for the Company to proceed with determining its'
ability
to provide accommodation.  We would like to have this information as soon as
possible in order to proceed with the determination.  Please advise when
Broadspire will be able to provide the information from her physician.

Regards,

Kathy Tesdall, RN MSN
Occupational Health Manager
Bayer Corporation
800 Dwight Way Building 64
PO Box 1986

BA 0315

JULIE SHIEKMAN 03/01/2005 05:55:44 PM

Berkeley  CA  94701
tel (510) 705-4124
fax (510) 705-5217
email: kathy.tesdall.b@bayer.com
_____

CONFIDENTIALITY
This email and any attachments are confidential and also may be privileged. If
you are not the named recipient, or have otherwise received this communication
in error, please delete it from your inbox, notify the sender immediately, and
do not disclose its contents to any other person, use them for any purpose or
store or copy them in any medium. This communication may contain protected
health information (PHI) as defined by HIPAA. As such, you are required to
safeguard the privacy and confidentiality of this information and require the
same protections from any parties to whom you transmit this information.

|  |  |
|---|---|
| Roy.Gardell@choosebro adspire.com<br><br>susan.rocci.b@bayer.com,  brenda.perry.b@bayer.com,<br><br>01/28/2005 07:35 AM<br><br>Rosalie Moos-Holling | To:<br>Kathy.tesdall.b@bayer.com<br>cc:<br>Subject:  LTD Claim - |

Good morning.

I can find no record of a response to the e-mail shown below. Is it
possible that Bayer would have a position for her? R/L are shown on the
bottom two pages below.

(Embedded image moved to file: pic09232.pcx)
(Embedded image moved to file: pic00750.pcx)
(Embedded image moved to file: pic25205.pcx)

Roy Gardell
Claim Examiner III
954-693-2043
FAX 954-452-4024

DISCLAIMER:
This communication, along with any documents, files or attachments, is
intended
only for the use of the addressee and may contain legally privileged and
confidential information. If you are not the intended recipient, you are
hereby
notified that any dissemination, distribution or copying of any information
contained in or attached to this communication is strictly prohibited. If you
have received this message in error, please notify the sender immediately and
destroy the original communication and its attachments without reading,
printing
or saving in any manner. This communication does not form any contractual
obligation on behalf of the sender or, the sender's employer, or the
employer's
parent company, affiliates or subsidiaries.

BA 0316

# BAYER

Claimant's Name:  _MOOS-HOLLING_

SS# _392_-_46_-_2189_

\# Pages to scan _2_
(Cover page included)

Index to: RGARDELL

BA 0317

| | |
|---|---|
| To: | susan.rocci.b@bayer.com, brenda.perry.b@bayer.com, Kathy.tesdall.b@bayer.com |
| cc: | |
| From: | **Roy Gardell** IDM Non Occupational Services/Plantation Bldg. 2 on: 04/07/2005 08:25 AM |
| Subject: | LTD Claim - Rosalie Moos-Holling |

Good morning,

We're still trying to document the ongoing medical treatment of Ms. Moos-Holling. She has advised the latest medical treatment was provided by Dr.
Fircella. His report was allegedly sent to Berkeley OHN's in February, 2005.

Please let me know if you have received that report. Can you share a copy with me?

Thanks for your help.

Roy Gardell
Claim Examiner III
Broadspire
P. O. Box 15554
Plantation, FL 33318
954-693-2043
FAX 954-452-4024
Roy.Gardell@choosebroadspire.com

BA 0318

# BAYER

Claimant's Name: _Moos-Hollina_

SS# _392_ - _46_ - _2189_

# Pages to scan _____3_____
(Cover page included)

Index to: RGARDELL

BA 0319

\04\121418 KMaLion
R 07 2005  7:43 AM FR OCCUPATIONAL HEALTH 705 5217



# Bayer HealthCare
## Biological Products Division

To        _Roy Gardell_

Fax       _954- 452- 4024_     Pages   _2_

From      Kathy Tesdall, RNC MSN, Department Manager

Fax       (510) 705-5217        Phone: (510) 705-4124

E-Mail    kathy.tesdall.b@bayer.com

Subject:  _R. Moos-Holling_

Bayer HealthCare LLC
Biological Products Division
Occupational Health Service
800 Dwight Way
P. O. Box 1986
(510) 705-5057
(510) 705-5217
www.bayer.com

_For your records._
_we anticipate response from_
_Ms. Holling ~4-12-05_

_Kathy_

## NOTICE OF CONFIDENTIALITY

The information contained in and transmitted with this facsimile may be confidential, subject to the attorney-client privilege, and/or exempt from disclosure under applicable law and is intended only for the individual or entity named above. This communication may contain protected health information (PHI) as defined by HIPAA. As such, you are required to safeguard the privacy and confidentiality of this information and require the same protections from any parties to whom you transmit this information. If you are not the intended recipient, you are hereby notified that inadvertent disclosure of this information to you does not constitute a waiver of confidentiality or privilege and that a review, disclosure, copying, or use of the contents of the facsimile by you is prohibited. If you have received this facsimile in error, please immediately call the sender collect at the above phone number, so that we can arrange for the return of the original facsimile at our cost.

BA 0320

# BAYER

2005 APR 21  AM 8: 53

Claimant's Name: _Moos-Holling_

SS# _392_-_46_-_2189_

# Pages to scan _2_
(Cover page included)

Index to: RGARDELL

BA 0321

Roy,
We have not received any additional medical information from Ms. Moos-Holling.

Kathy Tesdall, RN MSN
Occupational Health Manager
Bayer Corporation
800 Dwight Way Building 64
PO Box 1986
Berkeley  CA  94701
tel (510) 705-4124
fax (510) 705-5217
email: kathy.tesdall.b@bayer.com

CONFIDENTIALITY
This email and any attachments are confidential and also may be privileged. If you are not the named recipient, or have otherwise received this communication in error, please delete it from your inbox, notify the sender immediately, and do not disclose its contents to any other person, use them for any purpose or store or copy them in any medium. This communication may contain protected health information (PHI) as defined by HIPAA. As such, you are required to safeguard the privacy and confidentiality of this information and require the same protections from any parties to whom you transmit this information.

Roy.Gardell@choosebro
adspire.com

To:

Berkley@choosebroadspire.com

cc:
Subject:  Rosalie

04/19/2005 12:20 PM

Moos-Holling

Good afternoon.

Earlier you had indicated (see note below) you expected additional medical information from Ms. Moos-Holling. Has this been received and can you send me a copy if so? Thank you.

(Embedded image moved to file: pic10396.jpg)

Roy Gardell
Claim Examiner III
Broadspire
P. O. Box 15554
Plantation, FL 33318
954-693-2043
FAX 954-452-4024
Roy.Gardell@choosebroadspire.com

DISCLAIMER:

# BAYER

Claimant's Name: _Moos - Holling_

SS# _392_ - _46_ - _2189_

# Pages to scan _3_
(Cover page included)

Index to: RGARDELL

BA 0323

BROADSPIRE



May 19, 2005

Rosalie Moos-Holling
2032 Alameda Ave.
Alameda, CA 94501

RE:    Claim #:    2003 01 10 0233
       Bayer Long Term Disability (LTD) Policy

Broadspire Services is the claim administrator for the Bayer Long Term Disability Plan under which you are currently receiving benefits. Medical documentation, which supports you are under the care of a physician is required for the continuation of benefits. We are currently conducting a review of your claim to determine your continued eligibility for benefits under the following definition of disability:

Under the terms of the Plan, "totally disabled" means:
    (A)   for the first six months after your Short Term Disability (STD) benefits end you are unable to perform the essential duties of your regular occupation.
    (B)   beginning six months after your LTD benefits begin, you must be unable to work at any job for which you are or could become qualified by education, training or experience.

The Plan also states:

    When benefits stop
    Benefits will stop automatically if you:
      •  Are no longer under the regular care of a physician...

We have attached a copy of our January 28, 2005 letter advising the need for documentation of ongoing medical care. On February 2, 2005 you called to advise you had seen Dr. Fircella on January 12, 2005 and documentation had been provided to Bayer. We have been endeavoring to obtain this medical documentation but have been advised by Bayer they have not received documentation of this treatment.

We were also referred to worker's compensation. They have advised you attended an appointment with Dr. Ansel on February 1, 2005 but this visit was not for ongoing medical care.

We have attached an Attending Physician's Statement for your use in providing proof of ongoing medical care. Please have this form completed by the physician currently providing ongoing medical care or request that physician provide copies of his medical records outlining his regular care of you.

In summary, we have determined that based on our present information, the medical data reviewed

P.O. Box 189151    Plantation, FL  33318-9151    Phone (866)439-6584   Fax 954-452-4024   www.choosebroadspire.com

•As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

05\231024  kmarion

Betty Hoskins
May 19, 2005
Page 2

does not support that you are under the regular care of a physician. If you do not agree that you are not under the regular care of a physician, you will need to submit any additional medical documentation you may have which supports that you remain under regular physician care as defined by the Plan.

__This information must be forwarded to our office within 30 days from the date of this letter.__ Please be advised that failure to supply acceptable proof of continuing physician care by this designated due-date may result in termination of your LTD benefits. Please ensure that any additional documentation you submit is received in our office by June 21, **2005.**

We have enclosed a self-addressed return envelope for your convenience. Please do not hesitate to contact our office at the number listed below should you have any questions regarding this or any other matter concerning your claim.

Sincerely,


Roy Gardell
Claims Specialist III
1-866-271-0744 extension 2403

BA 0325

P.O. Box 189151    Plantation, FL  33318-9151    Phone (866)439-6584    Fax 954-452-4024    www.choosebroadspire.com

*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

# BAYER

Claimant's Name: _Moos-Holling_

SS# _392 - 46 - 2189_

\# Pages to scan _3_
(Cover page included)

Index to: RGARDELL

BA 0326

# B
## BROADSPIRE
IDM REFERRAL FORM

| | |
|---|---|
| Date Of Referral | 6/30/05 |
| Date Of Disability | 9/2/2002 |
| Case Type | LTD |
| Examiner | Roy Gardell |
| Phone Extention | 1043 |
| Carrier | Broadspire/Disability Claim Unit/IDM |
| Address | PO Box   18951<br>Plantation, Florida<br>33318 - 9965 |

| | | | |
|---|---|---|---|
| Account | Beyer | Carrier | Self Insure1 |
| Claim Number | 2003 01 10 0233 | | |
| Claimant | Rosalie | A | Moos-Holling |
| Address | 2032 Alameda Ave | | |
| City | Alameda | State | CA |
| ZIP | 64501 | DOB | 1/13/1949 |
| County | - | SSN | 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 |
| Phone | 510-865-7243 | Gender | Female |
| Occupation | Q&A Document Specialist | | |

| | |
|---|---|
| Diagnosis | Polymeuritis |
| ICD9 | 357.0 |
| Physician/Provider | Roxanne Firrelia, MD |
| Phone | 510-843-0692 |
| Address 1 | 2500 Milvia |
| Address 2 | |
| City | Berkeley |
| State | CA |
| ZIP | |
| Hospital | |

| | | | |
|---|---|---|---|
| Targeted wage | 863.10/wk | Transition Date | 6/30/2003 |
| Pre-Disability Yearly Wage | | Pre-Disability Weekly Wage | |
| $64,116.00 | | $1,233.00 | |
| Geographic Distance | 50 | Mile(s) | |

○ Own Occupation    ● ANY Occupation

Disability Plan/ Policy Information (Relevent to service requested)

**SERVICES REQUESTED (Please check from the following list):**

☐ Vocational Management/ Job Placement Services
☐ Employability Assessment (TSA)
☑ Standard IME    Specialty   Neurology
☐ Psych IME
   *IME ONLY: Use the addendum section at the end of this form to
   indicate issues not addressed in the "standard question" list below
☐ LMS
☐ Home Assessment
      ☐ Other (Please explain below):

| | | | |
|---|---|---|---|
| ☑ N/A | | | |
| Claimant Attny | - | | |
| Firm | - | | |
| Phone | 000-000-0000 | FAX | 000-000-0000 |
| Address 1 | - | | |
| Address 2 | - | | |
| City | - | State | |
| ZIP | - | | |

Contact Permitted?   ☐ Yes  ☐ No

**Standard IME referral questions (Please check any from the following list.** *Defaults selected based on service requested)*
☑ What physical functional impairments (if any) are validated though your exam and record review? Please specify the objective findings which corroborate an
☑ Based upon your physical exam and record review, what overall physical demand level can this claimant safely perform in a normal 8 hour work day?
☑ If your exam demonstrates functional impairments that impact work performance, please identify any restrictions and/or accommodations that would be applicable
   and their anticipated lengths, e.g. 30 day, 90 days, permanent.

**Standard Psych IME referral questions (Please check any from the following list.** *Defaults selected based on service requested)*
☐ Based on objective clinical observations, did the claimant demonstrate emotional dyscontrol? Reference the emotional presentation you directly observed.
   Specify the claimant's ability to demonstrate appropriate affect to content discussed and whether the claimant was able to compose himself/herself within a
   reasonable time frame (indicate average minutes to composure as well as effort noted, and frequency of dramatic emotional shifts/ability).If the claimant displayed
   emotional dyscontrol, did the validity testing. (i.e. SIRS), suggest symptom magnification and/or malingering?  Please explain.
☐ Based on objective testing did the claimant demonstrate cognitive impairment in attention, concentration and/or memory functions as compared to standardized
   norms? Support your answer with scale, index and/or subscale scores from performance based testing. e.g. WAIS-III, Folstein Mini Mental Status Exam.If the
   claimant displayed cognitive impairment, did the validity testing. (i.e. FIT, TOMM, intrasubtest scatter, behavioral observations), suggest suboptimal effort that
   suppressed performance?  Please explain.
☐ Based on clinical interview and behavioral observations, did the claimant demonstrate any reality testing impairments?  Describe any aspects of a formal thought
   disorder. (i.e. presence of delusion and/or hallucinations), and the impact these symptoms had upon your ability to interact with and test this claimant. If the
   claimant displayed reality testing impairments, did the validity testing. (i.e. SIRS, behavioral observations as compared to self-report), suggest symptom
   magnification or malingering?  Please explain.
☐ Based on examination, did the claimant demonstrate any clinically significant behavioral impairments?  Please address social behavior, (i.e. eye contact, hygiene,
   communication skills), psychomotor activity, and impulse control demonstrated within your clinical interview and psychological testing.If the claimant displayed
   behavioral impairments, did the validity testing. (i.e. SIRS, behavioral observations as compared to self-report), suggest symptom magnification and/or
   malingering?  Please explain.

**SPECIAL INSTRUCTIONS**

FCM Name
FCM Phone
DATE ASSIGNED

BA 0327

07\051843 kmarion

To:        FCM IDM Referrals
cc:
From:      Roy Gardell IDM Non Occupational Services/Plantation on: 06/30/2005 12:30 PM
Subject:   Neuro IME Referral - Rosalie Moos-Holling



Moos-Holling IME Referral.xls

Roy Gardell
Claim Examiner III
Broadspire
P. O. Box 15554
Plantation, FL 33318
954-693-2043
FAX 954-452-4024
Roy.Gardell@choosebroadspire.com

BA 0328

# BAYER

Claimant's Name: _Moos-Holling_

SS# _392 - 46 - 2189_

# Pages to scan _38_
(Cover page included)

Index to: RGARDELL

BA 0329



BROADSPIRE

**Physician Review Services**
**Peer Review**

| Referral Information | | | Dictated on: | | ☐ **ADDENDUM** | |
|---|---|---|---|---|---|---|
| Referral Date: | 9/22/2005 | | Requested by: | Roy Gardell | ☐ **HIGH PRIORITY** | |
| Phone: | | Ext. 2043 | Fax: | | | |
| Address: | | | | | | |
| City: | Plantation | | State: | Zip: | | |

| Claim Data | | | | | | |
|---|---|---|---|---|---|---|
| Claimant: | Rosalie Moos-Holling | | DOB: | 1/13/1949 | | |
| Claim #: | 2003 01 10 0233 | ☐ Work Comp ☐ Auto ☐ Liability: DOI: | | | | ☐ Appeal |
| Account: | Bayer | ☐ STD ☒ LTD: First Date of Absence: | | 9/2/2002 | LTD Date: 3/1/2003 | |
| Carrier: (LTD only) | Self Insured | Functional Impairment Related to: | | ☐ Own Occ. | ☒ Any Occ. | |
| Job Title: | Sales Rep | Physical Exertion Level: ☐ Sedentary ☐ Light ☒ Medium ☐ Heavy ☐ Very Heavy | | | | |
| Diagnosis(es): | Acute Infective Polyneuritis | Compensable Injury: | | | | |

---

☐ **PEER TO PEER REQUESTED (if documentation does not support request)**

☐ Check if Account required 3 attempts

**Treating Provider Data**

Treating Provider:    Roxanne Fiecella     Specialty:
Availability:                                  Phone Number:                     Time Zone:

**Reviewing Physician Data**

Peer Reviewer:    Gerald Goldberg     Specialty:     Neuro

Additional Peer Reviews requested from:

**INFORMATION REVIEWED/CONSIDERED (itemize documents for review):**

- 9/16/05 IME Report
- 11/17/04 Note from Dr. Mesem
- narrative from Dr. Fiscella, 3/15/05 and office notes, 10/2/02 – 9/17/04
- 9/23/04 Resource Questionnnaire

*Please click on one or more of the categories for the physician to address:*

☒  **FUNCTIONAL IMPAIRMENT STATUS ISSUES**

☒ 1. Based on the documentation, job description and peer to peer (when applicable), does the information support a functional impairment from 1/1/2005 through 10/31/2005?

☒ 2. What restrictions and limitations are reasonable and are they temporary or permanent?

☐ 3. What type of additional clinical documentation would be helpful for the evaluation of this claim?

☐ 4. Do the medications the claimant is taking impact his/her ability to work?

☐ 5. Other: _____

Universal Template 3/30/05

BA 0330

09\230390  Khiai Eip

Page 2
**Determination:**
- [ ] Supports impairment for entire time frame
- [ ] Fails to support impairment for entire time frame
- [ ] Split recommendation
  Supports from _____ to _____, Fails to support from _____ to _____
- [ ] Unable to render determination due to illegible records

**Response/Rationale:**

---

- [ ] **RTW ISSUES**
  - [ ] 1. What restrictions and limitations are reasonable and are they temporary or permanent?
  - [ ] 2. Other: _____

**Determination:**
- [ ] Agree with existing RTW status
- [ ] Disagree with existing RTW status (without peer to peer)
- [ ] Negotiated change in RTW status via peer to peer
- [ ] Unable to negotiate change in RTW status via peer to peer

**Response/Rationale:**

---

- [ ] **CAUSALITY/COMPENSATION ISSUES**
  - [ ] 1. Which of the diagnoses listed are related and compensable to the injury and why?
  - [ ] 2. Which of the diagnoses listed are not related and compensable and why?
  - [ ] 3. Is there evidence of any pre-existing or other medical condition impacted by the injury?
  - [ ] 4. Are claimant's current complaints related to an "ordinary disease of life", a non-compensable condition or the compensable injury?
  - [ ] 5. Other: _____

**Determination:**
- [ ] Causal relationship supported
- [ ] Causal relationship not supported
- [ ] Apportionment recommended
- [ ] N/A

**Response/Rationale:**

---

- [ ] **TREATMENT ISSUES**
  - [ ] 1. Has the treatment for the compensable injury to date been medically necessary?
  - [ ] 2. What future medical and/or surgical care for the compensable injury would be considered reasonable and necessary?
  - [ ] 3. Is the current use of DME medically necessary and if so what is the anticipated duration for use of that equipment?
  - [ ] 4. Other: _____

**Determination:**
- [ ] Treatment plan is optimal
- [ ] Treatment plan is not optimal
- [ ] N/A

**Response/Rationale:**

---

- [ ] **MEDICATION ISSUES**
  - [ ] 1. Are all the medications reasonable and necessary in relation to the injury and are dosages optimal?
  - [ ] 2. In view of narcotic analgesic usage, are there additional chronic pain management therapies recommended (e.g. interventional, spinal cord stimulators, alternate pharmacological regimens, etc.)?
  - [ ] 3. Other: _____

**Determination:**
- [ ] Medication regimen is optimal
- [ ] Medication regimen is not optimal
- [ ] N/A

Page 3

Response/Rationale:

☐ **MMI/IMPAIRMENT RATING ISSUES**
   ☐ 1. Based on objective clinical findings, has the compensable injury resolved?
   ☐ 2. Is the claimant at MMI and will there likely be some degree of permanent impairment from the injury?
   ☐ 3. Upon review of the documentation and the appropriate state mandated guide, do you agree with the IR of
      ____% assigned by the treating/IME physician? (Include clinical detail and page/table reference to the guide in
      your answer) If you disagree with the rating, suggest and explain the rating that seems appropriate.
   ☐ 4. Upon review of the clinical documentation and the appropriate state mandated guide, what IR do you think
      would be appropriate? (Include clinical detail and page/table reference to the guide in your answer)
   ☐ 5. Other: _____
   **Determination:**     ☐ **Agree with impairment rating**     ☐ **Disagree with impairment rating**
   **Response/Rationale:**

☐ **IME ISSUES**
   ☐ 1. Do you think an IME is needed to clarify clinical status at this time?
   ☐ 2. Are you in agreement with the findings/conclusions of the IME and why?
   ☐ 3. Other: _____
   **Determination:**     ☐ **Agree with need for IME/ findings**     ☐ **Disagree with need for IME/ findings**
   **Response/Rationale:**

☐ **DOT (Department of Transportation) Issues**
   ☐ 1. Do you agree with the medical examiner's (ME) determination? (Include clinical detail and reference to the
      Federal Motor Carrier Safety Administration's Medical Advisory Criteria for Evaluation and/or The DOT
      Medical Examination Guide to Commercial Drivers' Medical Certification)
   ☐ 2. Other: _____
   **Determination:**     ☐ **Agree with ME determination**     ☐ **Disagree with ME determination**
   **Response/Rationale:**

☐ **MEDICAL BILL REVIEW ISSUES**
   ☐ 1. Do you agree with the submitted coding/billing and why?
   ☐ 2. What is the appropriate coding/billing for these services?
   ☐ 3. Other: _____
   **Determination:**     ☐ **Accept submitted coding/billing**     ☐ **Modify submitted coding/billing**
   **Response/Rationale:**

BA 0332

Universal Template 3/30/05

\09\230358 kmarion

**Page 4**
The opinion above is based on the information provided for review, rendered in the context of evidence-based medicine guidelines applicable and/or relevant to the specific circumstances of this case, and held to a reasonable degree of clinical certainty.

I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant relationship with the treating provider(s) and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for this determination.

_____        _____
                                        Date
Signature

Consult Level (To be dictated by the physician reviewer)    ☐ 1    ☐ 2    ☐ 3

Universal Template 3/30/05

BA 0333

\09\230330  Kilal1011



**CALIFORNIA**

DRIVER LICENSE                    CLASS:C

C468S327

EXPIRES 01-13-18

ROSALIE A MOOS-HOLLING
2032 ALAMEDA AVE
ALAMEDA CA 94501

SEX:F          HAIR:BRN        EYES:BRN
HT:5-05        WT:125          DOB:01-13-49

DONOR

12/31/2004  Z35  RB  FD/18

BA 0334

# CHECK REQUEST FOR  CLAIM EXPENSES

### Client Accounting

From: _____ **ANDONIA** _____                    Ext. ____ **2005** ____

Group/Client: _____ **BAYER** _____

Location/Division: _____ **353** _____          Disability Date: ____ **4/1/1995** ____

Claimant Name: ____ **ROSALIE A. MOOS-HOLLING** ____     Insurance Carrier _____ **ASO**
                                                          (If Insured Product)

Luminx Claim Number: ____ **200301100233** ____

Shiva Case Number: _____          Examiner:  **NICOLE ALFRED**
(only use if no Luminx Claim Number - Non Check Cutting Clients only)

Social Security: ____ **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** ____

Payable To: ____ **RICHARD A. RUBENSTEIN, MD** ____

Federal Tax I.D. ____ **06-6361143** ____

Invoice Num: ____ **N/A** ____     Inv Date: **09/16/05**

Amount to Pay: ____ **$7,536.75** ____

Description for payment:          Check one          **X** ___ LTD          _____ STD

| Type of Expense: | LTD | STD | | LTD | STD |
|---|---|---|---|---|---|
| **X** Independent Medical Eval | 6150 | 6151 | ___ Legal Services | 6380 | 6381 |
| ___ Onsite Case Management | 6320 | 6321 | ___ Medical File Rvw | 6340 | 6341 |
| ___ Onsite Voc Rehab | 6310 | 6311 | ___ Spec File/Appeal | 6330 | 6331 |
| ___ Social Security Svc. | 6180 | 6181 | ___ Other Misc Exp | 6190 | 6191 |
| ___ Outside/Special Invest. | 6120 | 6121 | ___ Functional Cap | 6160 | 6161 |
| ___ Record Copying Fees | 6360 | 6361 | ___ Vocational Rehab | 6325 | 6326 |

Date: _____ **9/28/06** _____

Approved By: _____
                (Supervisor)

To be completed by TPA Accounting Technician

Paid Already?     Yes _____     No _____

Voucher No. _____

BA 0335

# RICHARD A. RUBENSTEIN, M.D.

110 Baltimore Avenue (at Magnolia)
Larkspur, California 94939-2016

| TAX ID: | #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 |
| TELEPHONE: | (415) 924-1340 |
| FAX: | (415) 924-5259 |
| E-MAIL: | rr@rrubenstein.com |

September 16, 2005

Laurie Fehrman
Broadspire
5832 Sutton Drive
Cicero, New York  13039

## RE: ROSALIE A. MOOS-HOLLING (LTD)
## CLAIM # 200301100233

| | | | |
|---|---|---|---|
| 08-19-05 | Analysis of records, chronologic organization | (2.2) | $1100 |
| 08-20-05 | Analysis of records, chronologic organization, research | (2.8) | $1400 |
| 08-22-05 | History and examination | (4.6) | $2300 |
| 08-22-05 | Review of radiologic studies | (0.6) | $ 300 |
| 09-14-05 | Dictation, formulation, editing | (4.1) | $2050 |

**SUBTOTAL**    **$7150.00**

Costs:                                            $ 320.00
Transcription (32pp@$10./p)                       $  32.00
Photocopying (128pp@.25/p)         *IME*          $  34.75
Fed Ex

**TOTAL BALANCE DUE**    **$7536.75**

*BATER*
*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*

*OK TO PAY*
*[signature]*

***Charges due and payable upon receipt***
Interest incurred on unpaid balance over 30 days @ 1.5% per month
Richard A. Rubenstein, M.D.
Tax ID# 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

BA 0336

## RICHARD A. RUBENSTEIN, M.D., INC.

FELLOW OF AMERICAN ACADEMY OF NEUROLOGY
DIPLOMATE OF AMERICAN ASSOCIATION OF NEUROMUSCULAR & ELECTRODIAGNOSTIC MEDICINE

110 BALTIMORE AVENUE (AT MAGNOLIA)

LARKSPUR, CALIFORNIA 94939

TELEPHONE (415) 924-1340
FAX NO. (415) 924-5259
EMAIL: RR@RRUBENSTEIN.COM

September 16, 2005

Laurie Fehrman
Broadspire
P.O. Box 1997
Cicero, NY 13039

Dear Ms. Fehrman:

Enclosed is my current invoice for services rendered in the case of Rosalie A. Moos-Holling.

Please expedite payment within 30 days of receipt of the enclosed billing statement to the following address:

    110 Baltimore Avenue (at Magnolia)
    Larkspur, CA 94939-2016

Thanking you in advance for your cooperation in this matter.

Sincerely,

Richard A. Rubenstein, MD

Richard A. Rubenstein, M.D.

RAR:jc
Enc.

BA 0337

# BAYER

DATE: ___16/2/05___

CLAIMANT'S NAME: ___Moos- Holling___

SS#: ___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___

BATCHED BY: _____

BATCH #:  2005 _____   _____ - _____

INDEX TO: _____

NUMBER OF PAGES TO SCAN: ___85___

NUMBER OF CORRESPONDENCE: _____

SCAN AS "30" NEW CLAIM    (circle if new claim)

SCANNER: _____

INDEXER: _____

BA 0338



**BROADSPIRE**

**COPY**

October 12, 2005

Rosalie Moos-Holling
2032 Alameda Ave.
Alameda, CA 94501

RE:   Claim #: 2003 01 10 0233
      Bayer Long Disability (LTD) Policy

Dear Ms. Moos-Holling;

Broadspire Services is the claim administrator for the Long Term Disability Plan under which you are currently receiving benefits.  As you know, medical documentation, which supports your disability status is required for the continuation of benefits. We continue our review of your claim to determine your continued eligibility for benefits under the following definition of disability:

Under the terms of the Plan, "totally disabled" means:

(A)   For the first 6 months after your Short Term Disability (STD) ends you are unable to perform the essential duties of your regular occupation.

(B)   Beginning 6 months after your LTD benefits begin, you must be unable to work at any job for which you are or could become qualified by education, training or experience.

On August 22, 2005 you attended an Independent Medical Examination (IME). The IME physician summarized your subjective symptoms are disproportionate to any objective findings. There is no evidence of weakness, sensory loss, reflex asymmetry, signs of nerve entrapment or other pathology to explain the abnormal posture in which you hold your right are or the self reported hypersensitivity of the right thumb and index finger. The reported disability cannot be physically explained on any structural nervous system basis. You are entirely capable of full-time employment in your own occupation or any occupation. You would be capable of returning to work on full unrestricted duty. The ill defined hypersensitivity of the thumb and index finger of the right hand would not preclude you form intensive computer use or writing. No independent impairment is noted in the left hand.

To afford you every consideration under the Policy we had your claim file reviewed by a Peer Review Physician specializing in Neurology.  Please note that the final claim determination is solely that of the claim administrator, and not that of the reviewing physician.

The review involves an Independent Medical Evaluation of you on August 22, 2005 and generated a

P.O. Box 189151    Plantation, FL  33318-9151    Phone (866)439-6584   Fax 954-452-4024   www.choosebroadspire.com

*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

BA 0339

10\130220 kmarion

Rosalie Moos-Holling
October 12, 2005
Page 2

32-page report that documented your various complaints and problems in great detail. You apparently were injured when you fell at home and had a syncopal episode. When you woke you had apparent paralysis of the right upper extremity. You saw multiple doctors after this and no clear-cut diagnosis had been made. In the IME physicians review he notes that your complaints are not in keeping with the objective physical findings on examination or with your various diagnostic tests. The examination did not reveal any focal abnormalities or any other abnormalities of an objective nature that would support an inability to work at any occupation.

In summary you continue to have symptoms that affect your right upper extremity that are not supported by objective data. Therefore there is no objective data to support a functional impairment that would preclude you from being able to work at any occupation.

We have determined that, based on our present information, the medical data reviewed does not support that you are disabled from any occupation. If you do not agree that you are capable of employment observing the restrictions and limitation outlined above, you will need to submit any additional medical documentation you may have which supports that you remain disabled from any gainful occupation as defined by the Plan. This could include, but would not be limited to documentation of current evaluations with specific medical findings together with an evaluation of your current physical abilities and/or limitations.

**This information must be forwarded to our office within 30 days from the date of this letter.** Please be advised that failure to supply acceptable "Proof of Continuing Disability" by this designated due-date may result in termination of your LTD benefits. Please ensure that any additional documentation you plan to submit is received in our office by **November 14, 2005.**

We have enclosed a self-addressed return envelope for your convenience. Please do not hesitate to contact our office at the number listed below should you have any questions regarding this or any other matter concerning your claim.

Sincerely,


Roy Gardell
Claims Specialist III
1-866-271-0744 extension 2043


BA 0340

P.O. Box 189151    Plantation, FL  33318-9151    Phone (866)439-6584    Fax 954-452-4024    www.choosebroadspire.com

*As required by California Insurance Code 1724.5, California claims are administered under the Broadspire Administrator Services, Inc. name.

\04\250246   KmarioHik



Center Rec'd
MW    1|8|03

Bayer Corporation Disability Claim Unit P.O. Box 15554 Plantation, Florida 33318-1555 Phone: 1-866-271-0744

Scan

## Employee Disability Benefit Application

Please complete and sign this application for Disability Benefits. If you need assistance you may contact Kemper.
Please return this application promptly with all of the other required claim forms as noted on the instruction sheet.

To avoid delays in processing your request for benefits, please answer all of the following questions as completely as possible. A fraudulent claim may
be subject to penalty, and it is fraudulent to knowingly omit facts or to provide information you know is false.

**EMPLOYEE INFORMATION:**

Full Name: __MOOS- HOLLING__ __ROSALIE__ __ANN__
(Last)      (First)      (Middle)

Residence: __2032 ALAMEDA AVE__      (Apt No.)
(Street Address)

__ALAMEDA__      __CA__      __94501__
(City)      (State)      (Zip Code)

Mailing Address (if different): ___

Home Phone No.: __(510) 865-8243__      Social Security No.: __392 - 46 - 2189__

Date of Birth: __01 / 10 / 79__      Height: __5'6"__      Weight: __125__

☒ Female ☐ Male      ☐ Left-Handed ☒ Right-Handed

Marital Status: ☐ Married ☐ Single ☒ Divorced ☐ Widowed

**CLAIM INFORMATION:**

What is your illness/injury? __5th & 6th CRANIAL NERVES HAVE DAMAGE -__
__RT. ARM IS NUMB & WEAK — LIMITED MOBILITY__

Date last worked: __7/11/02__      What is your occupation? ___

Why are you unable to work? __I CANNOT ADEQUATELY USE MY RT HAND &__
__I AM RT. HANDED.__

Is your condition related to your occupation? ☒ YES ☐ NO   If YES, explain: _____ 1/6/03 BECAUSE
__STRESS COULD HAVE CONTRIBUTED TO MY FAINTING, HAD HIGH BLOOD PRESSURE + INSOMNIA + DEPRESSION__

If YES, have you filed a claim for Workers' Compensation? ☒ YES ☐ NO   Date application filed: __7/?/02__

Have you returned to work? ☐ YES ☒ NO      P/T On: __ / __ / __      F/T On: __ / __ / __

If you have not returned to work, do you expect to return?      P/T On: __ / __ / __      F/T On: __ / __ / __

**MEDICAL TREATMENT INFORMATION:**

List the name, specialty, address and telephone number of physicians that have treated you for your current condition now and in the past.

| Name of Physician | Specialty | Full Address | Telephone No. | Treatment Dates (From/To) |
|---|---|---|---|---|
| Dr. FOGELLA | GP | 2500 MILVA AVE BERKELEY, CA | (570) 843-0693 | 1984 to PRESENT |
| Dr. JOHN FRIEDBERG | NEUROLOGY | 3000 COLBY BERKELEY, CA | (510) 644-2282 | SEPT. 2002 to PRESENT |

C:\TEMP\NEW Bayer App Package.doc  08/26/02

BA 0341

List the name and address of each of the hospitals where you have been confined for your current condition.

| Hospital Name | Full Address | Treatment Dates (From/To) |
|---|---|---|
| ALAMEDA HOSPITAL | 2070 CLINTON AVE ALAMEDA, CA 94501 | 9/1/02 to 6/2/02 |

**MEDICAL TREATMENT INFORMATION (CONTINUED):**

Have you been treated for this condition by any other agency. (Veterans Admin, Vocational Rehab, Agency, etc?)   ☐ YES ☑ NO

If YES, Agency Name and Address: _____

Name of Agency Representative: _____

Please provide any additional comments you feel may assist in the evaluation of your claim: _____

**ADDITIONAL INFORMATION:**

Are you receiving any of the following?

| | | Frequency of Payment | Dollar Amount | Date Beginning | Date Ending |
|---|---|---|---|---|---|
| ☐ YES ☑ NO | Retirement/Pension Plan | | | | |
| ☑ YES ☐ NO | Sick Pay/Salary Continuation STD | 1/2WKS | 60% of pay while STD then COND | 9/1/02 | |
| ☐ YES ☑ NO | No Fault Auto Insurance | | | | |
| ☑ YES ☐ NO | State or Provincial Disability (State CA ) | 1/2WKS | 980.00/2WKS | 7/19/02 | |
| ☐ YES ☑ NO | Federal Disability (Veterans Admin, Railroad Benefits, etc.) | | | | |
| ☐ YES ☑ NO | Social Security Disability | | | | |
| ☑ YES ☐ NO | Other (Name): NEW YORK LIFE DISABILITY | 1/MO | 1440.00/MO | 10/10/02 | |
| ☐ YES ☑ NO | Health or Welfare Plan | | | | |

* PRIVATE DISABILITY INSURANCE

Have you applied for Social Security Disability Retirement?   ☐ YES ☑ NO

If you have been denied or awarded, attach a copy of the award/denial notices.

List any skills you have as a result of training, education, military service, or prior employment _____

Please indicate your highest level of education completed (circle the appropriate number or letters):

1 2 3 4 5 6 7 8        9 10 11 12        1 2 3 4        ☑ Post-Graduate Degree: MS
Elementary            High School      College

List your previous occupations:

| Job Title | Employer | Dates Employed (From/To) |
|---|---|---|
| ~~Sr~~ RESEARCH SPEC | CHIRON CORP / CHORI | 94 to 98 |
| ACADEMIC COORD / LECTURER | U.C. - BERKELEY | 84 to 94 |

C:\TEMP\NEW Bayer App Package.doc 08/28/02

BA 0342

04\250246 KHALIUN
J\01\100233 LIZAGUIR

**YOUR SIGNATURE:**

Any person with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submit. an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

The undersigned certifies that the information disclosed above is a correct declaration of facts upon which claim is based for benefits and further hereby acknowledges the limitations and provisions of the plan.

Date: 1/6/05

Signature _____

Date: _____

Witness Signature

BA 0343

04\250248 KMARION
3\01\140651 LIZAGUIR

Bayer STD Program
Berkely, California
Status Report as of 12/03/02: OPEN AGREEMENT
(2-A-3)

* EMPLOYEE INFORMATION *

EMPLOYEE:      ROSALIE MOOS-HOLLING
SSN:           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
DOB:           01/13/49                    JOB PROFILE:  low  low  low  low
JOB TITLE:     QA PROD DOC & RELEASE ADMIN    SEX:  female
ADDRESS:       2032 ALAMEDA AVE
               ALAMEDA, CA 94501

TELEPHONE:     (510) 865-8243

* PROVIDER INFORMATION *        PHONE:   (510) 644-2282
                                         FAX:     (510) 644-1744
PROVIDER NAME:   John Friedberg
SPECIALITY:      Neurology
ADDRESS:         3000 Colby St. Suite 305
                 Berkely, CA 94705

* DISABILITY INFORMATION *

DATE CALLED IN:   11/26/02
CALLER:
TITLE:                                              Unknown
Is the disability work related?:                    Unknown
Has the EE been out on disability in the last 6 months?: Unknown
If yes, is the diagnosis the same?:                 Unknown

* CLINICAL INFORMATION *

DISABLING DX:        C5 Radiculitis/Paralysis Right Arm/Possible Viral Re
                                                    -ICD9:  723.4
HOSPITALIZATION:   No
ADMISSION DATE:    Unknown
HOSPITAL:          0                              DATE:  Unknown
PROCEDURE:                        ACTUAL DATE OF DELIVERY:  N/A
PREGNANCY:    EDC:   N/A

* STD PERIOD *
                                   1ST TX DATE:          09/01/02
MD REQUESTED START DATE:   11/26/02   NEXT APPT DATE:    12/12/02
CORE APPROVED THRU DATE:   12/12/02   CONFIRMED RTW:     Unknown
TOTAL DAYS APPROVED:       17         POTENTIAL LTD:     No
LDW: 07/11/02   BERTW DATE:  Unknown

* JOB MODIFICATIONS *

BA 0344

J4\250246 KMARTON
\01\140651 LIZAGUIR

THE WORKABILITY PROGRAM

Page: 1

Clinical Review of Request  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 2-A-3


EMPLOYEE: 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
ROSALIE MOOS-HOLLING
2032 ALAMEDA AVE
ALAMEDA, CA 94501

(510) 865-8243

DOB: 01/13/49
SEX: Female

COMPANY: Bayer
GROUP: Berkely, California
SUBGROUP:
JOB: QA PROD DOC & RELEASE ADMIN
PROFILES: Low  Low  Low  Low

CALL DATE: 11/26/02
CALLER:
TITLE:
PROVIDER: John Friedberg, MD (Neurology)
3000 Colby St. Suite 305
Berkely, CA 94705

(510) 644-2282

STATUS: OPEN AGREEMENT as of 12/03/02

PROVIDER'S DIAG: C5 Radiculitis/Paralysis Right Arm/Possible Viral Related
DIAGNOSIS CODE: 357.0
SYSTEM DIAGNOSIS:
Peripheral Nerve Disease (350) Hosp-Nerve Compression
WHY DISABLED: R Arm Paralyzed
EDC:
ACTUAL DELIVERY:
EPISODE BEG DATE: 09/02/02
REQ START DATE: 11/26/02
REQUESTED THRU: 01/01/03
REQUESTED:   37  DAYS
SYSTEM APPR THRU: 12/12/02
APPROVED:   17  DAYS


INJURY: ?
HOSPITAL:
SURGERY: N
DATE OF SURGERY:

RESTRICTIONS:


BA 0345

.04\250246 KMARION
3\01\140651 LIZAGUIR

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3


REQUEST PATH:

Major Medical Categories                    : Neurologic / Major Medical Categories
NEUROLOGIC-MEDICAL PROBLEM                   : Acute Infective Polyneuritis / NEUROLOGIC-MEDIC
PERIPHERAL NERVE DISEASE                     : Loss of Motor Function / PERIPHERAL NERVE DISEA
PERIPHERAL NERVE DISEASE-SXS                 : Arm/Hand / PERIPHERAL NERVE DISEASE-SXS
PERIPHERAL NERVE DISEASE-TESTS               : EMG / PERIPHERAL NERVE DISEASE-TESTS
PERIPHERAL NERVE DISEASE-TESTS               : >>> Other
PERIPHERAL NERVE DISEASE-RX                  : Other / PERIPHERAL NERVE DISEASE-RX / Zovirax
PERIPHERAL NERVE DISEASE-HX                  : Hospitalized for Nerve Compression / PERIPHERAL
Comorbid Section                             : ================= Comorbid Section =============
COMORBID DX WITH NEUROLOGIC                  : None / COMORBID DX WITH NEUROLOGIC / co99


QUESTIONS:                                                        ?
                                                                  ?
Is the disability work related?                                   Y    07/11/02
Is the disability due to an injury or accident?
What is the last day worked?
Has this ee been out on disability in the last six months?        ?
If yes, is diagnosis same?                                        ?


NOTES:
09/24/02*13:29*LSWART*CSR TCF EE to initiate claim for R arm paralized, EE
has been OOW on WC since Jul. LDW 7/11, FDA 7/12, Tx 9/1, informed of MR.
==============================================================================
09/25/02*11:23*SSMITH*CSR*   TCT MDO Fiscella to obtain clinical, spoke with
receptionist who stated we can fax APS to Dr. Fiscella at 540-843-3230.  APS
faxed.  On f/u will call EE to advise APS faxed to MDO on 9/25/02.
==============================================================================
09/25/02*11:34*SSMITH*CSR*   Per above:  Sent successfully to Dr. Fixcella @
9,+1 5108433230,,,,,,4124 on Wednesday, September 25, 2002 11:24:04 AM
Pages:3. Connect time: 00:48. Re-dials: 0. Remote CSI:. Billing: .
==============================================================================
09/26/02*12:40*SSMITH*CSR*   TCT EE to advise case is pending for APS, LVMM
advising and advised EE to c/b with qustions. F/u for 10/10/3/02 to pend NR
f APS is not rec'd by 10/2/02.
==============================================================================
09/27/02*09:39*SSMITH*CSR*   Rec'd APS via fax 9/26/02 from MDO Fiscella, not
dated:  Dx: Syncope cervical radiculopathy.  ICD-9:723.4.  Is Dx work
related: No.  Hospitalized: No.  S&S: Syncope into R arm paralysis.
Significan diagnostic exmas:  EEG, negative.  Curretn Tx: None.  1st Tx date:
BLANK.  Most recent appt: 8/26/02.  Next appt: 9/26/02.  Specialist
referral: John Friedburg, Neurology, (510)644-2282.  Date of referral:
9/13/02.  Could pt work with R's: No.  LOD: 7/12/02 through 11/15/02.  BERTW
FT/FD: 11/16/02.  Forwarding to RN for review.
==============================================================================
==============================================================================
==============================================================================

\04\250246 Kmarlon
03\01\140651 LIZAGUIR

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3

NOTES (CONTINUED):

09/30/02*15:34*KMCMANAM*TCT Dr Friedburg's office regarding obtainingclinical
info and adv fax request. APS faxed to  510-644-1744. APS faxed to neur.
TCT Dr Fiscella's  office also regarding disabling sx and diagnostic test
done- eeg and when.  Left cb #
==================================================================
10/01/02*13:36*KMCMANAM*TCT Dr Fiscella's office and s/w Estendar and states
disabling sx, syncope, rt arm numbness. In notes denotes incont urine, rt
arm was numb/cold/paralyzed and went to Almedia Hosp- u/k date and CT w/o
contrast and was neg (no date on this) and r/o dx were seizure, stoke, or
brain tumor. Meds- neurontin and asa. Date of EEG 9/13.. TCT to Dr
Friedberg (neuro) and s/w Petra and has APS but no med release. Adv will fax
med release and then CSR pls call EE regarding signing med release at Dr
Friedburgs. Dr Friedburg has APS form also. ****** MR faxed to MDO
Friedberg. Pend MR.
==================================================================
10/02/02*13:32*BMARKS*TCT EE to advise of MR. LVMM for c/b. Call #1
==================================================================
10/02/02*15:08*JBEMIS*CSR*TCF EE to return call.  Informed of MR. EE stated
will sign MR at Dr. Friedman's office & call to confirm MR signed.  I
mailed  MR to EE.
==================================================================
10/02/02*10:50*SSMITH*CSR*  Rec'd duplicate APS via fax 10/2/02, forwarding
to file.
==================================================================
10/03/02*13:06*SSMITH*CSR*  Per above, f/u for 10/9/02 to pend for NR if no
ea MR or NR from EE regarding signed MR at MDO is rec'd by 10/8/02.
==================================================================
10/09/02*13:19*SSMITH*
10/09/02*13:27*SSMITH*CSR*  TCT MDO Friedberg's office to see if EE signed
MR, s/w receptionist who stated she did and they have APS and will send back
to CORE, advised APS due to CORE by 10/16/02. On f/u will advise APS faxed
to MDO on 10/1/02 and confirmed MR signed in office, will await APS starting
today.
==================================================================
10/10/02*12:36*SSMITH*CSR*  TCT EE to advise APS faxed to MDO and we are
awaiting APS from MDO due by 9/16/02, EE stated she would f/y with her MDO.
==================================================================
10/11/02*11:28*SSMITH*CSR*  F/u for 10/17/02 to pend NR if APS is not rec'd
by 1016/02.
==================================================================
10/16/02*08:31*PHERZOG*e-mail response to Kathy Tesdall, OHD, confirming
Sept. claim has been started, but 7/11/02 will remain LDW.
==================================================================
10/16/02*10:50*SSMITH*CSR*  Rec'd signed MR via mail 10/15/02, forwarding to
file.
==================================================================
10/16/02*13:20*KGOBIEL* CSR TCF EE to state that she does not see Dr Freidbeg
until 10/18 and MDO will not fill out paper work until MD see's EE.
==================================================================

BA 0347

04\250246 KMAIIION
I\01\140651 LIZAGUIR

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3

NOTES (CONTINUED):

10/17/02*13:08*SSMITH*CSR*  Per above, RN advised me to give until 10/21/02,
if APS is not rec'd by 10/21/02 then put case into NR.  F/u for 10/21/02 to
pend for NR if no APS.
======================================================================
10/18/02*16:19*SSMITH*CSR*  Rec'd APS via fax 10/18/02 from MDO Friedberg not
dated:  Dx: Paralysis of R arm-C5 innervated muscles probably secondary to
virus.  ICD-9: 723.4, 34440.  Is Dx work related: No.  S&S: R biceps,
brachioradialis and rhomboideus muscles are paralyzed severly limiting use
of R arm.  Significant diagnostic exams: Postivie EMG for denervation and
re-innervation (some) suggestive MRI neck... Current Tx: Zovirax 200mg
5xday-also got two courses prednisone.  Medications: Above... 1st Tx date:
9/13/02.  Most recent appt: 10/17/02.  Could pt work with R's: No.  LOD:
7/11/02 through 1/1/03.  BERTW FT/FD: 1/1/02.  Forwarding APS to file, case
forwarded to RN for review.
======================================================================
10/21/02*11:58*KEM*Above clinical reviewed. Claim approved in review thru
eval date 10/18 w Dr. Friedberg. On f/u need next eval date w Dr. Fiscella.
======================================================================
10/22/02*14:57*KMCMANAM*TCT Dr Fiscella's office regarding obtaining last ov'r
and next apt. Last apt 8/26 and s/w Jan and has no next eval w/ Dr
Fiscella.  Provider changed from Fiscella 510-843-0692 to Friedberg-
Neurologist at    510-644-2282. TCT to Petra at Dr Friedburg's office and
states no f/u apt set yet and unsure when md wanted to see pt back- adv may
cb late this aft for that once she gets the chart.
======================================================================
10/22/02*15:07*KMCMANAM*TCT Petra at Dr Friedberg's office for next apt info-
adv-cb-late-in-day-chart not avail.  adv could not have chart not . all.
======================================================================
10/23/02*19:09*KMCMANAM*TCT Petra at MDO Friedberg and states EMG was 10/17
done- positive for denervation and innervation. C-spine 10/1 and will fax
finding as well as clinical note from 10/17- Med changed on 10/17 and adv
take med and f/u 10 days approx 10/27-28. May try back office next week
mid-week and if EE did not come in CSR to call EE to remind make apt w/ mdo
Friedberg. Confirmed fax# also. Md denotes also-prognosis is good.
======================================================================
10/24/02*10:17*SSMITH*CSR*  Rec'd clinical notes via fax 10/23/02 from MDO
Friedberg, forwarding to RN for review.
======================================================================
10/24/02*19:29*KMCMANAM*Rcv'd md note 10/17 from Dr Friedberg. Narrative on
file. EMG carried out - biceps show brachioradalis and rhomboideus on right
show diminished interface patterns,polyphasic motor units and
fibs/fascics....completely normal FDI,indicis proprkus extensor, and
trapezius ambiguous rt deltoid ...tricep normal. Impression- The patient had
tingling in July in the rhomoideus area on right then fell/passed out on
floor and awoke w/ paralysis of the right myotome of the C5-6 nerve roots,
neck MRI suggests mild-moderate foraminal stenosis at that level and now she
has what has to be Herpes Zoster on the left at a high thoracic
level...somehow I think these are all related. She got initial some relief
from prednisone but repeat course no and now we'll try Zovirax..she has made

4\250246 kmarion
.01\140651 Lizaguir

OSALIE MOOS-HOLLING
EQUEST 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 2-A-3

NOTES (CONTINUED):

no significant finctional improvement and the right arm remains useless for
now. I still think prognosis is good. denotes outbreak of vesicles red
macupapular rash T2-4 level on L side w/ illegible- like somebody scratched
-me. MRI-Cervical Spine results from 10/1 on file and faxed also to CORE-
Impression No evidence of disc protrusion or extrusion. No central canal
stenosis is appreciated. There is mult-level foraminal stenosis moderate at
C5-6 and moderately severe at C6-7. Will approve through 10/31 and then call
for clinical update- to see if EE may f/u apt for eval.
================================================================
10/31/02*19:50*KMCMANAM*Last clinical from 10/17 and EE was to return in 7-10
days for f/u. Call to see if she did return and if no pend for EE to make
apt for f/u w/ Friedberg.
11/01/02*16:11*KEM*Msg to CSR to call EE for most recent/next eval w Dr.
Friedberg.
================================================================
.11/04/02*12:22*KGOBIEL*CSR TCF EE to ask why she is only approved until ·10/31
if NOV is not unitl 11/25. Advised EE that Core will F/U with MDO. EE also
==stated that LOV was 10/18— ·· ··· ···· ····· · ···· ·· ···· ··· ·· ·····
================================================================
11/05/02*10:51*PHERZOG*Claim approved through 11/25 eval.
================================================================
11/15/02*16:53*MARRUDA*TCF EE to report that neurologist canceled eval of
11/25/02 and set the date to 12-12-02.
11/26/02*12:18*KEM*TCT Dr. Friedberg's ofc. Recording states ofc closed this
wk for holiday and will re-open on 12/02. On f/u need to confirm MD ofc
=cancelled EE's appt scheduled for 11/25 ·······
================================================================
12/02/02*15:03*KEM*TCT Dr. Friedberg's ofc. Left detailed VMM for cb. On cb
need to know who cancelled appt on 11/25 and what new eval date is.
================================================================
12/03/02*18:35*KMCMANAM*TCT MDO Friedberg and s/w Tracy and states yes- md
cancelled 11/25 apt and apt rescheduled to 12/12. Will approve to 12/12 and
f/u for clinical then.
================================================================
12/09/02*13:09*KMCMANAM*F/u dt changed to allow for 12/12 apt.
================================================================
12/13/02*18:39*KMCMANAM*TCT MDO Friedberg and s/w Tracy and adv dictation not
back yet-- adv cb 12/17 and s/w her. Ref offer for APS to be faxed d/t md
has filled out many forms on EE.
================================================================
12/13/02*18:41*KMCMANAM*TCT  MDO Friedberg and s/w Tracy- dictation not back
till 12/17- try then. Refuses APS at this time.

BA 0349

04\250246 Khalfoun
\\02\250871 Lizaguir

# Rosalie Moos-Holling OCT 1 7 2002

Noticed outbreaks of vesicular
red maculopapular rash
~ T2-T4 on the (L) c̄
patties —

"like somebody
scratched me"



Parah
c̄

EMG carried out - biceps, brachioradialis
and rhomboideus on right show diminished
interference patterns, polyphasic motor units
and fibs/fascics......completely normal
FDI, indicis proprkus extensor, and trapezius
ambiguous right deltoid....tricep normal.

IMPRESSION: The patient had tinglijng
in July in the rhomboideus area on right
then fell/passed out on floor and woke
with paralysis of the right myotome of the
C5/6 nerve rootes; neck MRI suggests
mild to moderate foraminal stenosis at
that level and now she has outbreak
of what has to be Herpes Zoster on the
LEFT at a high thoracic level....somehow I think these are all related. She got
initial some releif from PREDNISONE but repeat course no and now wi'll try
ZOVIRAX....she has made essentially no significant functional improvement and the
right arm remains useless for now. I still think prognosis is good.

cc Dr Fiscalla
FEB 04 '03 14:31

PAGE.04

BA 0350

04\250246 Kmarion
I\02\250871 LIZAGUIR

DEC 1 2 2002

Moos-Holling Rosalie
Pt ⚥ optimistic &
hopeful

Parsonage Turner
+ cervical.

Still c̄
∅ bicep
∅ BR
↓ ↓↓↓ supraacap
grip 5—

Hyper esthesia & painful
light touch Ⓡ forefinger &
thumb

Shingles resolved —
returned & responds to
Zovirax          current Rx only
here for forms    see cely   LOTENS IN
                            PTU, IM

104\250246 KMarion
03\02\250871 LIZAGUIR

12/17/02 discussed insurance

1/29/03 OV    EXTENSIVE

Moos Halling R
Pt being forced to
return g mo for

endless farms from various
insurers filled out    BP = 150/

BP↑ but strength finally
returning in her bicep  B Radius
& SC muscles  still sole

has allodynia of
dermatomes  L° L¹  imp  CS16

I Y  Sol

J4\250246  KMARION
\02\250871  LIZAGUIR

# Alta Imaging Medical Group
DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820   FAX 510 / 654-9867

Study Performed: MRI

NAME:      ROSALIE A MOOSHOLLING          MR#:            100487
DATE:      10/01/02                       BIRTH DATE:     01/13/45
EXAM#:     1342446

JOHN  FRIEDBERG MD
3000 COLBY STREET SUITE #308
BERKELEY, CA 94705-0000

EXAM: MRI C-SPINE     (072141)
INDICATION(S)/HISTORY: 723.0 STENOSIS, .
CERVICAL

EXAMINATION:  MRi Cervical Spine

COMPARISON:     No comparison studies available for review.

HISTORY:        Right arm paralysis.

TECHNIQUE:      a.  Sagittal T2
                b.  Sagittal T1
                c.  Axial gradient echo

FINDINGS:        The vertebral bodies are normal in height and alignment. Fatty degenerative changes are seen of the end plates at C5-6 and there are marginal vertebral body osteophytes at this level as well as C6-7. Imaged portions of the posterior fossa are unremarkable. The cervical spinal cord is normal in signal and appearance. The paravertebral soft tissues are normal

C2-3:  No central canal or neural foraminal stenosis.

C3-4:  There is minimal narrowing of the neural foramina bilaterally secondary to disc osteophyte changes. The central canal is patent.

C4-5:  There are prominent degenerative changes of the facet joint on the left. There is minimal bilateral foraminal stenosis due to disc osteophyte and facet degenerative changes. No significant central canal narrowing.

C5-6:  Disc osteophyte changes are present which cause moderate bilateral foraminal stenosis.

ADDITIONAL COPIES SENT TO.
ROXANNE FISCELLA MD

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown. This report contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please return it to the sender if you are not the intended recipient. Thank you for your compliance.

Page 1

FEB 04 '03 14:31

BA 0353

J4\250246  KMAFTUM
\02\250871  LIZAGUIR

# Alta Imaging Medical Group
### DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820   FAX 510 / 654-9867

Study Performed: MRI

NAME:  ROSALIE A MOOSHOLLING
DATE:  10/01/02
EXAM#:  1342446

MR#:  100467
BIRTH DATE:  01/13/4?

JOHN  FRIEDBERG MD
3000 COLBY STREET SUITE #305
BERKELEY, CA 94705-0000

EXAM: MRI C-SPINE  (072141)
INDICATION(S)/HISTORY: 723.0 STENOSIS,
CERVICAL

No significant central canal stenosis is present.

C6-7: There is moderately severe bilateral foraminal stenosis secondary to disc osteophyte and facet degenerative changes.  No significant central canal stenosis.

C7-T1: No significant central canal or neural foraminal stenosis.

**IMPRESSION:**     No evidence of disc protrusion or extrusion. No central canal stenosis is appreciated.  There is multilevel foraminal stenosis, moderate at C5-6 and moderately severe at C6-7.

DICTATED BY:  ERIC S BAIN MD
Electronically Signed By:  ERIC S BAIN MD
Transcribed by: JMCCULLOUGH 10/03/02 10:12

ADDITIONAL COPIES SENT TO:
ROXANNE FISCELLA MD

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown. This report contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is addressed event if addressed incorrectly. Please return it to the sender if you are not the intended recipient. Thank you for your compliance.

Page 2

PAGE.05

FEB 04 '03 14:31

\04\250246 KMATTSON
03\02\250871 LIZAGUIR

# Alta Imaging Medical Group
### DIVISION OF BAY IMAGING CONSULTANTS
5730 Telegraph Ave., Oakland CA 94609
510 / 204-1620  FAX 510 / 654-9867

Study Performed: MRI

NAME:    ROSALIE A MOOSHOLLING          MR#:        100467
DATE:    09/16/02                       BIRTH DATE:  01/13/49
EXAM#:   1336095

JOHN FRIEDBERG MD
3000 COLBY STREET SUITE #305
BERKELEY, CA 94705-0000

EXAM: MRI BRAIN   (070561)
INDICATION(S)/HISTORY: 780.2 SYNCOPE

HISTORY: Syncope. Right arm numbness.

TECHNIQUE:     1. Sagittal, T1-weighted images.
               2. Axial, FLAIR images.
               3. Axial, FSE T2-weighted images.
               4. Axial, FSE T1-weighted images.

FINDINGS: No intra-axial or extra-axial mass lesions or fluid collections are identified. The ventricles and CSF spaces are normal in size and architecture. On long-TR images no focal hyperintense lesions are noted in the white or gray matter. Normal signal void is seen in the major intracranial vessels. The orbits, pituitary gland, and paranasal sinuses are all within normal limits.

IMPRESSION: Unremarkable MRI scan of the brain.

DICTATED BY: ERIK GAENSLER MD
Electronically Signed By: ERIK GAENSLER MD
Transcribed by MAC 09/17/02 16:49

ADDITIONAL COPIES SENT TO:

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address sh 7wn. This report contains confidential information. This information is intended only for the use of the individual or entity to whom it is intended event it' a ddressed incorrectly. Please return it to the sender if you are not the intended recipient. Thank you for your compliance.

Page 1

PAGE.07

BA 0355

14\250246 KMARION
\02\250871 LIZAGUIR

# JOHN MARK FRIEDBERG, M.D.
### BOARD CERTIFIED NEUROLOGIST

3000 Colby Street, Suite 305
Berkeley, California 94705
510.644.2282

September 13, 2002

## EEG REPORT

RE:  MOOS-HOLLING, ROSALIE

INDICATIONS:  This EEG is obtained to look for epileptic activity.
The patient passed out and found herself injured on the floor with
a paralyzed right arm on September 1st.  Her right arm has
recovered minimally, if at all.

The record was carried out with the patient described as tense,
with considerable blinking, and alert throughout.

The EKG sample rhythm strip documents normal sinus rhythm at about
90 to 100.

The background activity is almost entirely normal beta, with
virtually no alpha over either side of the head.

There is a good deal of muscle artifact over the temporalis and
frontalis muscles, but at no point are any asymmetries noted, no
seizure activity, and no abnormal slowing.

## IMPRESSION:

This EEG is within normal limits.

## COMMENT:

The absence of alpha is consistent with a tense individual, and not
in itself abnormal.

The absence of seizure activity does not preclude it.

John Mark Friedberg, M.D.

JMF:sk

cc:  Roxanne Fiscella, M.D.
     2500 Milvia
     Berkeley, CA  94705

FEB 04 '03 14:32

RA 0356