# Form W-4 (2002)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2002 expires February 16, 2003. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** You cannot claim exemption from withholding if (a) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to

income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

Two earners/two jobs. If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2002. See Pub. 919, especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

---

## Personal Allowances Worksheet (Keep for your records.)

A Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . A ___

B Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or . . . . . . B ___
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

C Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . C ___

D Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . D ___

E Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . E ___

F Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . F ___
(**Note:** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G **Child Tax Credit** (including additional child tax credit):
- If your total income will be between $15,000 and $42,000 ($20,000 and $65,000 if married), enter "1" for each eligible child plus 1 additional if you have three to five eligible children or 2 additional if you have six or more eligible children.
- If your total income will be between $42,000 and $80,000 ($65,000 and $115,000 if married), enter "1" if you have one or two eligible children, G ___
"2" if you have three eligible children, "3" if you have four eligible children, or "4" if you have five or more eligible children on your tax return. ▶ H _1_

H Add lines A through G and enter total here. **Note:** This may be different from the number of exemptions you claim on your tax return.

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $35,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

OMB No. 1545-0010

Form **W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

**2002**

| 1 Type or print your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| ROSALIE A. | MOOS-HOWING | 392 : 46 : 2189 |

Home address (number and street or rural route)
2032 ALAMEDA AVE

City or town, state, and ZIP code
ALAMEDA, CA 94501

3 ☐ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

| 5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) | 5 | |
|---|---|---|
| 6 Additional amount, if any, you want withheld from each paycheck | 6 | $ |

7 I claim exemption from withholding for 2002, and I certify that I meet both of the following conditions for exemption:
- Last year I had a right to a refund of all Federal income tax withheld because I had no tax liability and
- This year I expect a refund of all Federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . ▶ | 7 |

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it.) ▶ _ROSALIE A. Moos-Howing_    Date ▶ 1/6/03

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)

BAYER GRP.

9 Office code (optional) | 10 Employer identification number

Cat. No. 10220Q

BA 0119



Kemper National Services
Disability Claim Unit
Bayer Corporation 15354
P.O. Box 15354
Plantation, FL 33318-1555

33318455354 93

Ricardo A. Moore-Rolling
2002 Alameda Ave.
Alameda, CA 94501-4209

BA 0120

** TX STATUS REPORT **

AS OF   JAN 10 '03 09:33   PAGE.01

KNS AAM TEAM

|    | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | CMD# | STATUS |
|----|-----------|---------|------|---------|-----|------|--------|
| 10 | 01/10 09:31 | 715106441744 | EC--S | 01'47" | 006 | 190 | OK |

# Kemper National Services, Inc.
## Integrated Disability Management
### 1601 SW 80th Terrace
### Plantation, Fl 33324-4036
### (954)452-4000

## FACSIMILIE TRANSMITTAL

DATE: January 9, 2003

TO: Dr. Friedberg

FROM: Mary Wells

RE: Rosalie Moos-Holling
    DOB 01/13/49

FAX: (510)644-1744



Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **January 23, 2002.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you **DO NOT** receive ALL pages, OR if the quality of the fax is poor, please call the number listed above.

NUMBER OF PAGES (INCLUDING COVER):_____

BA 0121

## Kemper National Services, Inc.
### Integrated Disability Management
### 1601 SW 80th Terrace
### Plantation, Fl 33324-4036
### (954)452-4000

---

## FACSIMILIE TRANSMITTAL



**DATE:** January 9, 2003

**TO:** Dr. Friedberg

**FROM:** Mary Wells

**RE:** Rosalie Moos-Holling
DOB 01/13/49

**FAX:** (510)644-1744

Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need **medical evidence.** Please be advised that pain, *without significant medical evidence,* is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the **period from your initial date of treatment through the present:**

### OFFICE TREATMENT NOTES
### CONSULTATIVE REPORTS
### DIAGNOSTIC TEST RESULTS
### SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **January 23, 2002.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you **DO NOT** receive **ALL** pages, OR if the quality of the fax is poor, please call the number listed above.

NUMBER OF PAGES (INCLUDING COVER):_____

BA 0122

**Kemper**
Insurance Companies

Bayer Corporation Disability Claim Unit  P.O. Box 15554  Plantation, Florida  33318-1555  Phone: 1-866-271-0744

## Authorization For Release Of Medical Information

To all physicians and other medical professionals, hospitals and other medical care institutions, governmental agencies, insurers, employers, prepaid health plans, group policyholders, contract holders/vendors, health and benefit plan administrators or their successors:

You are authorized to provide to the employer named below, its benefit plan and/or claim administrator, Kemper National Services, and its affiliated and associated companies (the "Kemper National Services Companies"), claims investigators, attorneys, and service consultants and other personnel involved in the administration, evaluation, analysis and management of the plan and/or claim (such individuals and entities are hereinafter collectively referred to as "Kemper National Services"), any information related to my medical condition. This includes, but is not limited to, any records, data, and information concerning medical care, history, diagnosis, prognosis, treatment, supplies, employment related information, income related information and information regarding other insurance coverage including benefits paid (hereinafter collectively referred to as "Information").

I understand that the Information will be used for the purpose of evaluating, analyzing, managing and/or administering a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act and/or local and state laws, state or workers' compensation and/or any other health benefit program offered by and through the employer (hereinafter collectively referred to as "Benefits Program") and for other business purposes in connection with the administration of the Benefits Program.

I further authorize Kemper National Services to re-disclose any Information obtained or developed in the course of managing and/or administering the Benefits Program to the employer named below and any of the employer's health and benefit plan and/or claim administrators, claims investigators, attorneys, service consultants and any other entities, including the claimant's treating physician(s), solely for the purpose of evaluating, analyzing, managing and/or administering the Benefits Program. Kemper National Services shall notify such individuals of the confidential nature of the Information.

I understand that the duration of this authorization is for the term of coverage of the Benefits Program under which my claim has been submitted or such shorter period as mandated by applicable law. I also understand that I have the right to upon request to receive a copy of this authorization and to inspect and copy any written information disclosed. I agree that a photocopy of this authorization shall be as valid and effective as the original.

This consent is subject to revocation at any time by me giving written notice that is signed, except to the extent that action has been taken in reliance thereon (which reliance includes re-disclosure as permitted above).

Claimant's Full Name: _Rosalie A. Moos-Holling_

Social Security #: _392 - 44 - 2189_

Claimant's Date of Birth: _01 / 13 / 49_

Employer: _Bayer Corporation_

_Rosalie A. Moos-Holling_                           _01 / 06 / 03_
Claimant's or Legal Representative's Signature        Date

_____
Legal Representative's Name and Relationship

C:\TEMP\NEW Bayer App Package.doc  08/26/02

BA 0123

**Kemper**
Insurance Companies

P.O. Box 15554   Plantation, Florida  33318-5554     Phone: 1-866-271-0744

## Attending Physician's Statement

### *(To be Completed by Physician)*

The purpose of this statement is to assist the claims administrator, Kemper National Services, in making a determination of disability for the below-named person.  Please provide sufficient details of history, physical and diagnostic findings, clinical course and therapy.  Please provide medical evidence such as standard nomenclature diagnosis, laboratory test results, consulting physician reports, other physician reports, physical therapy updates, etc.

### Patient Information:

Patient's Name: _____     CLAIM NUMBER: _____

Date of Birth: _____     ☐ Female     ☐ Male     Height: _____     Weight: _____ lbs.

### Diagnostic Information:

ICD-9 Code(s): _____     DSM IV Code(s): _____

Primary Diagnosis: _____     _____     _____

Complications: _____

Objective Findings: _____

Subjective Symptoms: _____

Are there any secondary conditions contributing to this condition?     ☐ YES     ☐ NO

If YES, what are they? _____

Has this patient ever had the same condition or a similar condition?     ☐ YES     ☐ NO

If YES, what year(s)/describe: _____

### Treatment:

Date symptoms first appeared (or date of accident): _____ / _____ / _____

Date first treated for this condition: _____ / _____ / _____     Most recent date treated for this condition: _____ / _____ / _____

Frequency with which you see this patient:     ☐ Weekly     ☐ Monthly     ☐ Other: _____

Has the patient undergone surgery? ☐ YES     ☐ NO     if YES, provide date: _____ / _____ / _____     Procedure: _____

CPT-4 Code(s): _____

Result: _____

If NO, do you expect surgery to be performed in the future:  ☐ YES   ☐ NO     If YES, date: _____ / _____ / _____

Procedure: _____

Please list the medications with dosage and frequency that the patient is currently taking: _____

Please list other types and frequency of treatment: _____

Has the patient been referred to a medical rehabilitation or therapy program?     ☐ YES   ☐ NO

If YES, please describe: _____

Is the patient a suitable candidate for vocational rehabilitation?     ☐ YES   ☐ NO     Please explain: _____

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

*Please list all treating or consulting physicians (include date of treatment as indicated):*

| Name Of Physician | Full Address | Telephone No. | Treatment Dates |
|---|---|---|---|
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |

*Please indicate any hospital confinement for ths patient, for this condition (include dates of confinement as indicated):*

| Hospital Name | Full Address | Treatment Dates |
|---|---|---|
| | | From: _____ To: _____ |
| | — | From: _____ To: _____ |

### Progress:

Patient Status:
☐ Recovered    ☐ Improved    ☐ Unchanged    ☐ Retrogressed
☐ Ambulatory    ☐ Home Bound    ☐ Bed Confined    ☐ Hospitalized

What is the prognosis? _____

Has the patient achieved Maximum Medical Improvement?    ☐ YES    ☐ NO

If NO, how soon do you expect fundamental changes in the patient's medical condition:
☐ 1-2 months    ☐ 5-6 months
☐ 3-4 months    ☐ More than 6 months

Please note any restrictions *(activities your patient should not do)*: _____

_____

Please note any limitations *(activities your patient cannot do)*: _____

_____

Please describe any physical and/or impairments: _____

_____

Date patient released from your care *(if applicable)*: _____ / _____ / _____

### Level of Impairment:

**Physical Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1. No limitation of functional capacity/capable of heavy work. | ☐ Class 4. Marked limitation of functional capacity/capable of sedentary work. |
| ☐ Class 2. Slight limitation of functional capacity/capable of medium manual work | ☐ Class 5. Severe limitation of functional capacity/incapable of sedentary work. |
| ☐ Class 3. Moderate limitation of functional capacity/capable of light work. | |

**Mental/Nervous Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1. No Limitation: able to function under stress and engage in interpersonal relationships. | ☐ Class 4. Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 2. Slight limitation: able to function in most stress situations and engage in most interpersonal relationships. | ☐ Class 5. Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |
| ☐ Class 3. Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. | |

**Cardiac Functional Capacity – American Heart Association:**

| | | | |
|---|---|---|---|
| | | ☐ Class 3. Marked limitation | ☐ Class 4. Complete limitation |
| ☐ Class 1. No Limitation | ☐ Class 2. Slight limitation | | |

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?    ☐ YES    ☐ NO

Additional Comments/Information: _____

_____

| | | YES / NO | | |
|---|---|---|---|---|
| | | Board Certified | Phone No. | Fax No. |
| *Name of Attending Physician* | Degree/Specialty | | | |
| | | | | |
| | Original Signature | Tax ID No. | | Date |
| *Complete Address* | | | | |

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

BA 0125

# ESTIMATED FUNCTIONAL CAPACITIES EVALUATION

## MEDICAL DATA

PATIENT:                          DOB:

Please complete the following items based on your estimated clinical evaluation.  Any item you do not believe you can answer should be marked N/A. **TO BE COMPLETED BY PHYSICIAN/ SURGEON**

**In an 8 hour working day, the patient <u>can</u>:** (Circle full capacity for each)

|        |   |   |   |   |   |   |   | Continuously/with Rest |
|--------|---|---|---|---|---|---|---|------------------------|
| SIT -  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.)  _____/_____ |
| STAND -| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.)  _____/_____ |
| WALK - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.)  _____/_____ |

**Break/rest periods needed? Y/N How often/How long?**

_____

## <u>PATIENT IS ABLE TO:</u>

|                    | <u>NEVER</u> (0%) | <u>OCCASIONALLY</u> (1-25%) | <u>PARTIALLY</u> (26-50%) | <u>FREQUENTLY</u> (51-75%) | <u>CONTINUOUSLY</u> (76-100%) |
|--------------------|-------|------|------|------|------|
| **LIFT:**          |       |      |      |      |      |
| Up to 10 lbs.      | _____ | _____ | _____ | _____ | _____ |
| 11-24 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 25-34 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 35-50 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 51-74 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 75-100 lbs.        | _____ | _____ | _____ | _____ | _____ |
| **CARRY:**         |       |      |      |      |      |
| Up to 10 lbs.      | _____ | _____ | _____ | _____ | _____ |
| 11-24 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 25-34 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 35-50 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 51-74 lbs.         | _____ | _____ | _____ | _____ | _____ |
| 75-100 lbs.        | _____ | _____ | _____ | _____ | _____ |
| Bend/stoop:        | _____ | _____ | _____ | _____ | _____ |
| Squat:             | _____ | _____ | _____ | _____ | _____ |
| Crawl:             | _____ | _____ | _____ | _____ | _____ |
| Climb:             | _____ | _____ | _____ | _____ | _____ |
| Reach above Shoulder level: | _____ | _____ | _____ | _____ | _____ |

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0126

ESTIMATED FUNCTIONAL CAPACITIES EVALUATION MEDIAL DATA
(Page 2)

|  | Never (0%) | Occasionally (1-25%) | Partially (26-50%) | Frequently (51-75%) | Continuously (76-100%) |
|---|---|---|---|---|---|
| Crouch: | ___ | ___ | ___ | ___ | ___ |
| Kneel: | ___ | ___ | ___ | ___ | ___ |
| Balance: | ___ | ___ | ___ | ___ | ___ |
| Push/Pull: | ___ | ___ | ___ | ___ | ___ |
| Drive auto- mobile | ___ | ___ | ___ | ___ | ___ |

**Patient can use hands for repetitive actions such as:**

|  | Simple Grasping | Pushing & Pulling | Fine Manipulating |
|---|---|---|---|
| RIGHT | ___Yes___No | ___Yes___No | ___Yes___No |
| LEFT | ___Yes___No | ___Yes___No | ___Yes___No |

**Patient can use feet for repetitive movements in operating foot controls:**

RIGHT ___Yes___No          LEFT ___Yes___No

**Patient can use hand and neck in:**

|  | Static Position | Frequent Flexing | Frequent Rotating |
|---|---|---|---|
| Right | ___Yes___No | ___Yes___No | ___Yes___No |
| Left | ___Yes___No | ___Yes___No | ___Yes___No |

COMMENT: (If appropriate, note frequency per hour or day.)

**Restrictions of Activities involving:**

|  | None | Mild | Moderate | Total |
|---|---|---|---|---|
| Unprotected heights: | ___ | ___ | ___ | ___ |
| Being around moving machinery: | ___ | ___ | ___ | ___ |
| Exposure to marked changes in: temperature & humidity: | ___ | ___ | ___ | ___ |
| Driving automotive equipment: | ___ | ___ | ___ | ___ |
| Exposure to dust, fumes, gases: | ___ | ___ | ___ | ___ |

Can patient now work? _____
Part-time: (hrs/day) _____
Full-time: (hrs/day) _____

Any additional comments: _____
_____
_____

Physician Signature: _____    Date:_____

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0127

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | CMD# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 11 | 01/10 | 09:33 | 715108433230 | EC--S | 01'50" | 006 | 191 | OK |

# Kemper National Services, Inc.
## Integrated Disability Management
### 1601 SW 80th Terrace
### Plantation, Fl 33324-4036
### (954)452-4000

## FACSIMILIE TRANSMITTAL

DATE: January 9, 2003

TO: Dr. Fiscilla

FROM: Mary Wells

RE: Rosalie Moos-Holling
      DOB 01/13/49

FAX: (510)843-3230



Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL  33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

### OFFICE TREATMENT NOTES
### CONSULTATIVE REPORTS
### DIAGNOSTIC TEST RESULTS
### SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **January 23, 2002.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you **DO NOT** receive ALL pages, OR if the quality of the fax is poor, please call the number listed above.

NUMBER OF PAGES (INCLUDING COVER): _____

BA 0128

**Kemper National Services, Inc.**
**Integrated Disability Management**
**1601 SW 80ᵗʰ Terrace**
**Plantation, Fl 33324-4036**
**(954)452-4000**

## FACSIMILIE TRANSMITTAL



DATE: January 9, 2003

TO: Dr. Fiscilla

FROM: Mary Wells

RE: Rosalie Moos-Holling
    DOB 01/13/49

FAX: (510)843-3230

Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need **medical evidence.** Please be advised that pain, *without significant medical evidence,* is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the **period from your initial date of treatment through the present:**

> **OFFICE TREATMENT NOTES**
> **CONSULTATIVE REPORTS**
> **DIAGNOSTIC TEST RESULTS**
> **SURGICAL REPORTS**

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **January 23, 2002.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you **DO NOT** receive **ALL** pages, OR if the quality of the fax is poor, please call the number listed above.

NUMBER OF PAGES (INCLUDING COVER):_____

BA 0129

**Kemper**
Insurance Companies

Bayer Corporation Disability Claim Unit  P.O. Box 15554  Plantation, Florida 33318-1555  Phone: 1-866-271-0744

## Authorization For Release Of Medical Information

To all physicians and other medical professionals, hospitals and other medical care institutions, governmental agencies, insurers, employers, prepaid health plans, group policyholders, contract holders/vendors, health and benefit plan administrators or their successors:

You are authorized to provide to the employer named below, its benefit plan and/or claim administrator, Kemper National Services, and its affiliated and associated companies (the "Kemper National Services Companies"), claims investigators, attorneys, and service consultants and other personnel involved in the administration, evaluation, analysis and management of the plan and/or claim (such individuals and entities are hereinafter collectively referred to as "Kemper National Services"), any information related to my medical condition. This includes, but is not limited to, any records, data, and information concerning medical care, history, diagnosis, prognosis, treatment, supplies, employment related information, income related information and information regarding other insurance coverage including benefits paid (hereinafter collectively referred to as "Information").

I understand that the Information will be used for the purpose of evaluating, analyzing, managing and/or administering a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act and/or local and state laws, state or workers' compensation and/or any other health benefit program offered by and through the employer (hereinafter collectively referred to as "Benefits Program") and for other business purposes in connection with the administration of the Benefits Program.

I further authorize Kemper National Services to re-disclose any Information obtained or developed in the course of managing and/or administering the Benefits Program to the employer named below and any of the employer's health and benefit plan and/or claim administrators, claims investigators, attorneys, service consultants and any other entities, including the claimant's treating physician(s), solely for the purpose of evaluating, analyzing, managing and/or administering the Benefits Program. Kemper National Services shall notify such individuals of the confidential nature of the Information.

I understand that the duration of this authorization is for the term of coverage of the Benefits Program under which my claim has been submitted or such shorter period as mandated by applicable law. I also understand that I have the right to upon request to receive a copy of this authorization and to inspect and copy any written information disclosed. I agree that a photocopy of this authorization shall be as valid and effective as the original.

This consent is subject to revocation at any time by me giving written notice that is signed, except to the extent that action has been taken in reliance thereon (which reliance includes re-disclosure as permitted above).

Claimant's Full Name: _ROSALIE   A.   MOOS - HOLLING_

Social Security #: _392_ - _46_ - _2189_

Claimant's Date of Birth: _01_ / _13_ / _49_

Employer _BAYER  CORPORATION_

_Rosalie A. Moos-Holly_                          _01_ / _06_ / _03_
Claimant's or Legal Representative's Signature        Date

_____
Legal Representative's Name and Relationship



**Kemper**
Insurance Companies

P.O. Box 15554   Plantation, Florida 33318-5554   Phone: 1-866-271-0744

## Attending Physician's Statement
### *(To be Completed by Physician)*

The purpose of this statement is to assist the claims administrator, Kemper National Services, in making a determination of disability for the below-named person. Please provide sufficient details of history, physical and diagnostic findings, clinical course and therapy. Please provide medical evidence such as standard nomenclature diagnosis, laboratory test results, consulting physician reports, other physician reports, physical therapy updates, etc.

### Patient Information:

Patient's Name: _____   CLAIM NUMBER: _____   Height: _____   Weight: _____ lbs.

Date of Birth: _____   ☐ Female      ☐ Male

### Diagnostic Information:

ICD-9 Code(s): _____   DSM IV Code(s): _____

Primary Diagnosis: _____   _____   _____

Complications: _____

Objective Findings: _____

Subjective Symptoms: _____

Are there any secondary conditions contributing to this condition?   ☐ YES   ☐ NO

If YES, what are they? _____

Has this patient ever had the same condition or a similar condition?   ☐ YES   ☐ NO

If YES, what year(s)/describe: _____

### Treatment:

Date symptoms first appeared (or date of accident): _____ / _____ / _____

Date first treated for this condition: _____ / _____ / _____      Most recent date treated for this condition: _____ / _____ / _____

Frequency with which you see this patient:      ☐ Weekly      ☐ Monthly      ☐ Other: _____

Has the patient undergone surgery? ☐ YES   ☐ NO   if YES, provide date: _____ / _____ / _____   Procedure: _____

CPT-4 Code(s): _____

Result: _____

If NO, do you expect surgery to be performed in the future:  ☐ YES   ☐ NO   If YES, date: _____ / _____ / _____

Procedure: _____

Please list the medications with dosage and frequency that the patient is currently taking: _____

_____

Please list other types and frequency of treatment: _____

Has the patient been referred to a medical rehabilitation or therapy program?   ☐ YES   ☐ NO

If YES, please describe: _____

Is the patient a suitable candidate for vocational rehabilitation?   ☐ YES   ☐ NO   Please explain: _____

_____

BA 0131

Please list all treating or consulting physicians (include date of treatment as indicated):

| Name Of Physician | Full Address | Telephone No. | Treatment Dates |
|---|---|---|---|
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |

Please indicate any hospital confinement for ths patient, for this condition (include dates of confinement as indicated):

| Hospital Name | Full Address | Treatment Dates |
|---|---|---|
| | | From: _____ To: _____ |
| | | From: _____ To: _____ |

**Progress:**

Patient Status:  ☐ Recovered  ☐ Ambulatory   ☐ Improved  ☐ Home Bound   ☐ Unchanged  ☐ Bed Confined   ☐ Retrogressed  ☐ Hospitalized

What is the prognosis? _____

Has the patient achieved Maximum Medical Improvement?   ☐ YES   ☐ NO

If NO, how soon do you expect fundamental changes in the patient's medical condition:   ☐ 1-2 months  ☐ 3-4 months   ☐ 5-6 months  ☐ More than 6 months

Please note any restrictions (activities your patient should not do): _____

_____

Please note any limitations (activities your patient cannot do): _____

_____

Please describe any physical and/or impairments: _____

Date patient released from your care (if applicable): _____ / _____ / _____

## Level of Impairment:

**Physical Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1.  No limitation of functional capacity/capable of heavy work. | ☐ Class 4.  Marked limitation of functional capacity/capable of sedentary work. |
| ☐ Class 2.  Slight limitation of functional capacity/capable of medium manual work | ☐ Class 5.  Severe limitation of functional capacity/incapable of sedentary work. |
| ☐ Class 3.  Moderate limitation of functional capacity/capable of light work. | |

**Mental/Nervous Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1.  No Limitation: able to function under stress and engage in interpersonal relationships. | ☐ Class 4.  Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 2.  Slight limitation: able to function in most stress situations and engage in most interpersonal relationships. | ☐ Class 5.  Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |
| ☐ Class 3.  Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. | |

**Cardiac Functional Capacity – American Heart Association:**

| ☐ Class 1.  No Limitation | ☐ Class 2.  Slight limitation | ☐ Class 3.  Marked limitation | ☐ Class 4.  Complete limitation |
|---|---|---|---|

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?   ☐ YES  ☐ NO

Additional Comments/Information: _____

| | | YES / NO | | |
|---|---|---|---|---|
| Name of Attending Physician | Degree/Specialty | Board Certified | Phone No. | Fax No. |

| | | | |
|---|---|---|---|
| Complete  Address | Original Signature | Tax ID No. | Date |

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

BA 0132

# ESTIMATED FUNCTIONAL CAPACITIES EVALUATION

## MEDICAL DATA

**PATIENT:**                          **DOB:**

Please complete the following items based on your estimated clinical evaluation.  Any item you do not believe you can answer should be marked N/A. **TO BE COMPLETED BY PHYSICIAN/ SURGEON**

**In an 8 hour working day, the patient <u>can</u>:** (Circle full capacity for each)

Continuously/with Rest

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SIT   - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.) _____ / _____ |
| STAND - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.) _____ / _____ |
| WALK - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.) _____ / _____ |

**Break/rest periods needed? Y/N How often/How long?**

_____

## PATIENT IS ABLE TO:

| | NEVER (0%) | OCCASIONALLY (1-25%) | PARTIALLY (26-50%) | FREQUENTLY (51-75%) | CONTINUOUSLY (76-100%) |
|---|---|---|---|---|---|
| **LIFT:** | | | | | |
| Up to 10 lbs. | _____ | _____ | _____ | _____ | _____ |
| 11-24 lbs. | _____ | _____ | _____ | _____ | _____ |
| 25-34 lbs. | _____ | _____ | _____ | _____ | _____ |
| 35-50 lbs. | _____ | _____ | _____ | _____ | _____ |
| 51-74 lbs. | _____ | _____ | _____ | _____ | _____ |
| 75-100 lbs. | _____ | _____ | _____ | _____ | _____ |
| **CARRY:** | | | | | |
| Up to 10 lbs. | _____ | _____ | _____ | _____ | _____ |
| 11-24 lbs. | _____ | _____ | _____ | _____ | _____ |
| 25-34 lbs. | _____ | _____ | _____ | _____ | _____ |
| 35-50 lbs. | _____ | _____ | _____ | _____ | _____ |
| 51-74 lbs. | _____ | _____ | _____ | _____ | _____ |
| 75-100 lbs. | _____ | _____ | _____ | _____ | _____ |
| Bend/stoop: | _____ | _____ | _____ | _____ | _____ |
| Squat: | _____ | _____ | _____ | _____ | _____ |
| Crawl: | _____ | _____ | _____ | _____ | _____ |
| Climb: | _____ | _____ | _____ | _____ | _____ |
| Reach above Shoulder level: | _____ | _____ | _____ | _____ | _____ |

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0133

ESTIMATED FUNCTIONAL CAPACITIES EVALUATION MEDIAL DATA
(Page 2)

| | Never (0%) | Occasionally (1-25%) | Partially (26-50%) | Frequently (51-75%) | Continuously (76-100%) |
|---|---|---|---|---|---|
| Crouch: | ____ | ____ | ____ | ____ | ____ |
| Kneel: | ____ | ____ | ____ | ____ | ____ |
| Balance: | ____ | ____ | ____ | ____ | ____ |
| Push/Pull: | ____ | ____ | ____ | ____ | ____ |
| Drive auto-mobile | ____ | | ____ | ____ | ____ |

**Patient can use hands for repetitive actions such as:**

| | Simple Grasping | Pushing & Pulling | Fine Manipulating |
|---|---|---|---|
| | ___Yes___No | ___Yes ___No | ___Yes ___No |
| RIGHT | | | |
| LEFT | ___Yes___No | ___Yes ___No | ___Yes ___No |

**Patient can use feet for repetitive movements in operating foot controls:**

RIGHT ___Yes ___No                    LEFT ___Yes ___No

**Patient can use hand and neck in:**

| | Static Position | Frequent Flexing | Frequent Rotating |
|---|---|---|---|
| | ___Yes ___No | ___Yes ___No | ___Yes ___No |
| Right | | | |
| Left | ___Yes ___No | ___Yes ___No - | ___Yes ___No |

**COMMENT: (If appropriate, note frequency per hour or day.)**

**Restrictions of Activities involving:**

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| Unprotected heights: | ___ | ___ | ___ | ___ |
| Being around moving machinery: | ___ | ___ | ___ | |
| Exposure to marked changes in temperature & humidity: | ___ | ___ | ___ | |
| Driving automotive equipment: | ___ | ___ | ___ | ___ |
| Exposure to dust, fumes, gases: | | | | ___ |

Can patient now work? _____
Part-time: (hrs/day) _____
Full-time: (hrs/day) _____

Any additional comments: _____
_____
_____

Physician Signature: _____  Date:_____

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0134

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
AS OF   JAN 28 '03 09:11   PAGE.[1

** TX STATUS REPORT **

KNS AAM TEAM

| | DATE | TIME | TO/FROM | MODE EC--S | MIN/SEC 01'49" | PGS 006 | CMDH 177 | STATUS OK |
|---|---|---|---|---|---|---|---|---|
| 03 | 01/28 | 09:09 | 715106441744 | | | | | |

# Kemper National Services, Inc.
## Integrated Disability Management
1601 SW 80th Terrace
Plantation, Fl 33324-4036
(954)452-4000

## FACSIMILIE TRANSMITTAL

DATE: January 9, 2003

TO: Dr. Friedberg

FROM: Mary Wells

RE: Rosalie Moos-Holling
    DOB 01/13/49

FAX: (510)644-1744



Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL  33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than February 4, 2003. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

**Failure to provide the requested information by February 4, 2003, may result in the denial of your patient's benefits.**

***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you DO NOT receive ALL pages, OR if the quality of the fax is poor, please call the

BA 0135

**Kemper National Services, Inc.**
**Integrated Disability Management**
**1601 SW 80th Terrace**
**Plantation, Fl 33324-4036**
**(954)452-4000**

## FACSIMILIE TRANSMITTAL



**DATE:** January 9, 2003

**TO:** Dr. Friedberg

**FROM:** Mary Wells

**RE:** Rosalie Moos-Holling
DOB 01/13/49

**FAX:** (510)644-1744

**Mailing address:**

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the **period from your initial date of treatment through the present:**

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **February 4, 2003.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

**Failure to provide the requested information by February 4, 2003, may result in the denial of your patient's benefits.**

**\*\*\*CONFIDENTIAL\*\*\***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you **DO NOT** receive **ALL** pages, OR if the quality of the fax is poor, please call the

BA 0136



**Kemper.**
Insurance Companies

Bayer Corporation Disability Claim Unit  P.O. Box 15554  Plantation, Florida  33318-1555  Phone: 1-866-271-0744

## Authorization For Release Of Medical Information

To all physicians and other medical professionals, hospitals and other medical care institutions, governmental agencies, insurers, employers, prepaid health plans, group policyholders, contract holders/vendors, health and benefit plan administrators or their successors:

You are authorized to provide to the employer named below, its benefit plan and/or claim administrator, Kemper National Services, and its affiliated and associated companies (the "Kemper National Services Companies"), claims investigators, attorneys, and service consultants and other personnel involved in the administration, evaluation, analysis and management of the plan and/or claim (such individuals and entities are hereinafter collectively referred to as "Kemper National Services"), any information related to my medical condition. This includes, but is not limited to, any records, data, and information concerning medical care, history, diagnosis, prognosis, treatment, supplies, employment related information, income related information and information regarding other insurance coverage including benefits paid (hereinafter collectively referred to as "Information").

I understand that the Information will be used for the purpose of evaluating, analyzing, managing and/or administering a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act and/or local and state laws, state or workers' compensation and/or any other health benefit program offered by and through the employer (hereinafter collectively referred to as "Benefits Program") and for other business purposes in connection with the administration of the Benefits Program.

I further authorize Kemper National Services to re-disclose any information obtained or developed in the course of managing and/or administering the Benefits Program to the employer named below and any of the employer's health and benefit plan and/or claim administrators, claims investigators, attorneys, service consultants and any other entities, including the claimant's treating physician(s), solely for the purpose of evaluating, analyzing, managing and/or administering the Benefits Program. Kemper National Services shall notify such individuals of the confidential nature of the Information.

I understand that the duration of this authorization is for the term of coverage of the Benefits Program under which my claim has been submitted or such shorter period as mandated by applicable law. I also understand that I have the right to upon request to receive a copy of this authorization and to inspect and copy any written information disclosed. I agree that a photocopy of this authorization shall be as valid and effective as the original.

This consent is subject to revocation at any time by me giving written notice that is signed, except to the extent that action has been taken in reliance thereon (which reliance includes re-disclosure as permitted above).

Claimant's Full Name: ROSALIE  A.  MOOS - HOLLING

Social Security #: 392 - 44 - 2189

Claimant's Date of Birth: 01 / 13 / 49

Employer: BAYER  CORPORATION

Claimant's or Legal Representative's Signature            Date: 01 / 16 / 03

Legal Representative's Name and Relationship

C:\TEMP\NEW Bayer App Package.doc  08/26/02

BA 0137

**Kemper.**
Insurance Companies

P.O. Box 15554   Plantation, Florida 33318-5554   Phone: 1-866-271-0744

## Attending Physician's Statement

### (To be Completed by Physician)

The purpose of this statement is to assist the claims administrator, Kemper National Services, in making a determination of disability for the below-named person. Please provide sufficient details of history, physical and diagnostic findings, clinical course and therapy. Please provide medical evidence such as standard nomenclature diagnosis, laboratory test results, consulting physician reports, other physician reports, physical therapy updates, etc.

### Patient Information:

Patient's Name: _____   CLAIM NUMBER: _____

Date of Birth: _____   ☐ Female   ☐ Male   Height: _____   Weight: _____ lbs.

### Diagnostic Information:

ICD-9 Code(s): _____   DSM IV Code(s): _____

Primary Diagnosis: _____   _____

Complications: _____

Objective Findings: _____

Subjective Symptoms: _____

Are there any secondary conditions contributing to this condition?   ☐ YES   ☐ NO

If YES, what are they? _____

Has this patient ever had the same condition or a similar condition?   ☐ YES   ☐ NO

If YES, what year(s)/describe: _____

### Treatment:

Date symptoms first appeared (or date of accident): ___ / ___ / ___   Most recent date treated for this condition: ___ / ___ / ___

Date first treated for this condition: ___ / ___ / ___

Frequency with which you see this patient:   ☐ Weekly   ☐ Monthly   ☐ Other: _____

Has the patient undergone surgery? ☐ YES   ☐ NO   If YES, provide date: ___ / ___ / ___   Procedure: _____

CPT-4 Code(s): _____

Result: _____

If NO, do you expect surgery to be performed in the future: ☐ YES ☐ NO   If YES, date: ___ / ___ / ___

Procedure: _____

Please list the medications with dosage and frequency that the patient is currently taking: _____

Please list other types and frequency of treatment: _____

Has the patient been referred to a medical rehabilitation or therapy program?   ☐ YES ☐ NO

If YES, please describe: _____

Is the patient a suitable candidate for vocational rehabilitation?   ☐ YES ☐ NO   Please explain: _____

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

BA 0138

Please list all treating or consulting physicians (include date of treatment as indicated):

| Name Of Physician | Full Address | Telephone No. | Treatment Dates |
|---|---|---|---|
| _____ _____ _____ | _____ _____ _____ _____ | _____ _____ _____ | From: _____ To: _____ From: _____ To: _____ From: _____ To: _____ |

Please indicate any hospital confinement for ths patient, for this condition (include dates of confinement as indicated):

| Hospital Name | Full Address | Treatment Dates |
|---|---|---|
| _____ _____ | _____ _____ — | From: _____ To: _____ From: _____ To: _____ |

## Progress:

Patient Status:  ☐ Recovered  ☐ Ambulatory  ☐ Improved  ☐ Home Bound  ☐ Unchanged  ☐ Bed Confined  ☐ Retrogressed  ☐ Hospitalized

What is the prognosis? _____

Has the patient achieved Maximum Medical Improvement?   ☐ YES   ☐ NO

If NO, how soon do you expect fundamental changes in the patient's medical condition:   ☐ 1-2 months  ☐ 3-4 months   ☐ 5-6 months  ☐ More than 6 months

Please note any restrictions (activities your patient should not do): _____

Please note any limitations (activities your patient cannot do): _____

Please describe any physical and/or impairments: _____

Date patient released from your care (if applicable): _____ / _____ / _____

## Level of Impairment:

### Physical Impairment (if applicable):

| | |
|---|---|
| ☐ Class 1.  No limitation of functional capacity/capable of heavy work. | ☐ Class 4.  Marked limitation of functional capacity/capable of sedentary work. |
| ☐ Class 2.  Slight limitation of functional capacity/capable of medium manual work | ☐ Class 5.  Severe limitation of functional capacity/incapable of sedentary work. |
| ☐ Class 3.  Moderate limitation of functional capacity/capable of light work. | |

### Mental/Nervous Impairment (if applicable):

| | |
|---|---|
| ☐ Class 1.  No Limitation: able to function under stress and engage in interpersonal relationships. | ☐ Class 4.  Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 2.  Slight limitation: able to function in most stress situations and engage in most interpersonal relationships. | ☐ Class 5.  Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |
| ☐ Class 3.  Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. | |

### Cardiac Functional Capacity – American Heart Association:

| | | | |
|---|---|---|---|
| ☐ Class 1.  No Limitation | ☐ Class 2.  Slight limitation | ☐ Class 3.  Marked limitation | ☐ Class 4.  Complete limitation |

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?   ☐ YES  ☐ NO

Additional Comments/Information: _____

| Name of Attending Physician | Degree/Specialty | YES / NO Board Certified | Phone No. | Fax No. |
|---|---|---|---|---|

| Complete  Address | Original Signature | Tax ID No. | Date |
|---|---|---|---|

H:\My Documents\Bayer\Forms\Attending Physicien's Statement.doc

# ESTIMATED FUNCTIONAL CAPACITIES EVALUATION

## MEDICAL DATA

PATIENT:                          DOB:

Please complete the following items based on your estimated clinical evaluation.  Any item you do not believe you can answer should be marked N/A. **TO BE COMPLETED BY PHYSICIAN/ SURGEON**

**In an 8 hour working day, the patient <u>can</u>:** (Circle full capacity for each)

|  |  |  |  |  |  |  |  | Continuously/with Rest |
|---|---|---|---|---|---|---|---|---|
| SIT - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.) _____/_____ |
| STAND - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.) _____/_____ |
| WALK - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.) _____/_____ |

**Break/rest periods needed? Y/N How often/How long?**

_____

## PATIENT IS ABLE TO:

| | NEVER (0%) | OCCASIONALLY (1-25%) | PARTIALLY (26-50%) | FREQUENTLY (51-75%) | CONTINUOUSLY (76-100%) |
|---|---|---|---|---|---|
| **LIFT:** | | | | | |
| Up to 10 lbs. | _____ | _____ | _____ | _____ | _____ |
| 11-24 lbs. | _____ | _____ | _____ | _____ | _____ |
| 25-34 lbs. | _____ | _____ | _____ | _____ | _____ |
| 35-50 lbs. | _____ | _____ | _____ | _____ | _____ |
| 51-74 lbs. | _____ | _____ | _____ | _____ | _____ |
| 75-100 lbs. | _____ | _____ | _____ | _____ | _____ |
| | | | | | |
| **CARRY:** | | | | | |
| Up to 10 lbs. | _____ | _____ | _____ | _____ | _____ |
| 11-24 lbs. | _____ | _____ | _____ | _____ | _____ |
| 25-34 lbs. | _____ | _____ | _____ | _____ | _____ |
| 35-50 lbs. | _____ | _____ | _____ | _____ | _____ |
| 51-74 lbs. | _____ | _____ | _____ | _____ | _____ |
| 75-100 lbs. | _____ | _____ | _____ | _____ | _____ |
| | | | | | |
| Bend/stoop: | _____ | _____ | _____ | _____ | _____ |
| Squat: | _____ | _____ | _____ | _____ | _____ |
| Crawl: | _____ | _____ | _____ | _____ | _____ |
| Climb: | _____ | _____ | _____ | _____ | _____ |
| Reach above Shoulder level: | _____ | _____ | _____ | _____ | _____ |

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0140

**ESTIMATED FUNCTIONAL CAPACITIES EVALUATION MEDIAL DATA**
**(Page 2)**

| | Never (0%) | Occasionally (1-25%) | Partially (26-50%) | Frequently (51-75%) | Continuously (76-100%) |
|---|---|---|---|---|---|
| Crouch: | ___ | ___ | ___ | ___ | ___ |
| Kneel: | ___ | ___ | ___ | ___ | ___ |
| Balance: | ___ | ___ | ___ | ___ | ___ |
| Push/Pull: | ___ | ___ | ___ | ___ | ___ |
| Drive auto-mobile | ___ | ___ | | | ___ |

**Patient can use hands for repetitive actions such as:**

| | Simple Grasping | Pushing & Pulling | Fine Manipulating |
|---|---|---|---|
| | | ___ Yes ___ No | ___ Yes ___ No |
| RIGHT | ___ Yes ___ No | ___ Yes ___ No | ___ Yes ___ No |
| LEFT | ___ Yes ___ No | | |

**Patient can use feet for repetitive movements in operating foot controls:**

RIGHT ___ Yes ___ No                    LEFT ___ Yes ___ No

**Patient can use hand and neck in:**

| | Static Position | Frequent Flexing | Frequent Rotating |
|---|---|---|---|
| | | ___ Yes ___ No | ___ Yes ___ No |
| Right | ___ Yes ___ No | ___ Yes ___ No | ___ Yes ___ No |
| Left | ___ Yes ___ No | | |

**COMMENT:** (If appropriate, note frequency per hour or day.)

**Restrictions of Activities involving:**

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| Unprotected heights: | ___ | ___ | ___ | ___ |
| Being around moving machinery: | ___ | ___ | ___ | ___ |
| Exposure to marked changes in: temperature & humidity: | ___ | ___ | ___ | ___ |
| Driving automotive equipment: | ___ | ___ | ___ | ___ |
| Exposure to dust, fumes, gases: | | | | |

Can patient now work? _____

Part-time: (hrs/day) _____

Full-time: (hrs/day) _____

Any additional comments: _____

_____

_____

Physician Signature: _____    Date: _____

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9985
1-866-271-0744

** TX STATUS REPORT **
AS OF JAN 28 '03 09:13  PAGE.01

KNS AAM TEAM

|    | DATE TIME    | TO/FROM       | MODE  | MIN/SEC | PGS | CMDH | STATUS |
|----|--------------|---------------|-------|---------|-----|------|--------|
| 04 | 01/28 09:11  | 715108433230  | EC--S | 01'52"  | 006 | 179  | OK     |

### Kemper National Services, Inc.
### Integrated Disability Management
### 1601 SW 80th Terrace
### Plantation, Fl 33324-4036
### (954)452-4000

## FACSIMILIE TRANSMITTAL
### 2nd Request



DATE: January 28, 2003

TO: Dr. Fiscilla

FROM: Mary Wells

RE: Rosalie Moos-Holling
    DOB 01/13/49

FAX: (510)843-3230

Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

> **OFFICE TREATMENT NOTES**
> **CONSULTATIVE REPORTS**
> **DIAGNOSTIC TEST RESULTS**
> **SURGICAL REPORTS**

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **February 4, 2003.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

**Failure to provide the requested information by February 4, 2003, may result in the denial of your patient's benefits.**

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you DO NOT receive ALL pages, OR if the quality of the fax is poor, please call the

BA 0142

**Kemper National Services, Inc.**
**Integrated Disability Management**
**1601 SW 80th Terrace**
**Plantation, Fl 33324-4036**
**(954)452-4000**

## FACSIMILIE TRANSMITTAL
### 2nd Request

DATE: January 28, 2003

TO: Dr. Fiscilla

FROM: Mary Wells

RE: Rosalie Moos-Holling
     DOB 01/13/49

FAX: (510)843-3230



Mailing address:

Kemper National Services, Inc.
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper National Services, Inc. has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of Ms. Moos-Holling to determine if she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the **period from your initial date of treatment through the present:**

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by Ms. Moos-Holling. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **February 4, 2003.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

**Failure to provide the requested information by February 4, 2003, may result in the denial of your patient's benefits.**

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

If you **DO NOT** receive **ALL** pages, OR if the quality of the fax is poor, please call the

BA 0143



Insurance Companies

Bayer Corporation Disability Claim Unit P.O. Box 15554 Plantation, Florida 33318-1555 Phone: 1-866-271-0744

## Authorization For Release Of Medical Information

To all physicians and other medical professionals, hospitals and other medical care institutions, governmental agencies, insurers, employers, prepaid health plans, group policyholders, contract holders/vendors, health and benefit plan administrators or their successors:

You are authorized to provide to the employer named below, its benefit plan and/or claim administrator, Kemper National Services, and its affiliated and associated companies (the "Kemper National Services Companies"), claims investigators, attorneys, and service consultants and other personnel involved in the administration, evaluation, analysis and management of the plan and/or claim (such individuals and entities are hereinafter collectively referred to as "Kemper National Services"), any information related to my medical condition. This includes, but is not limited to, any records, data, and information concerning medical care, history, diagnosis, prognosis, treatment, supplies, employment related information, income related information and information regarding other insurance coverage including benefits paid (hereinafter collectively referred to as "Information").

I understand that the Information will be used for the purpose of evaluating, analyzing, managing and/or administering a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act and/or local and state laws, state or workers' compensation and/or any other health benefit program offered by and through the employer (hereinafter collectively referred to as "Benefits Program") and for other business purposes in connection with the administration of the Benefits Program.

I further authorize Kemper National Services to re-disclose any Information obtained or developed in the course of managing and/or administering the Benefits Program to the employer named below and any of the employer's health and benefit plan and/or claim administrators, claims investigators, attorneys, service consultants and any other entities, including the claimant's treating physician(s), solely for the purpose of evaluating, analyzing, managing and/or administering the Benefits Program. Kemper National Services shall notify such individuals of the confidential nature of the Information.

I understand that the duration of this authorization is for the term of coverage of the Benefits Program under which my claim has been submitted or such shorter period as mandated by applicable law. I also understand that I have the right to upon request to receive a copy of this authorization and to inspect and copy any written information disclosed. I agree that a photocopy of this authorization shall be as valid and effective as the original.

This consent is subject to revocation at any time by me giving written notice that is signed, except to the extent that action has been taken in reliance thereon (which reliance includes re-disclosure as permitted above).

Claimant's Full Name: _Rosalie A. Moos - Holling_

Social Security #: _392 - 46 - 2189_

Claimant's Date of Birth: _01 / 13 / 49_

Employer: _Bayer Corporation_

_Rosalie A. Moos-Holling_                                    _01 / 16 / 03_
Claimant's or Legal Representative's Signature          Date

_____
Legal Representative's Name and Relationship

BA 0144

**Kemper**
Insurance Companies

P.O. Box 15554    Plantation, Florida  33318-5554    Phone: 1-866-271-0744

## Attending Physician's Statement
### (To be Completed by Physician)

The purpose of this statement is to assist the claims administrator, Kemper National Services, in making a determination of disability for the below-named person.  Please provide sufficient details of history, physical and diagnostic findings, clinical course and therapy.  Please provide medical evidence such as standard nomenclature diagnosis, laboratory test results, consulting physician reports, other physician reports, physical therapy updates, etc.

### Patient Information:

Patient's Name: _____     CLAIM NUMBER: _____

Date of Birth: _____     ☐ Female     ☐ Male     Height: _____     Weight: _____ lbs.

### Diagnostic Information:

Primary Diagnosis: _____     ICD-9 Code(s): _____     DSM IV Code(s): _____

_____     _____     _____

Complications: _____

_____

Objective Findings: _____

_____

Subjective Symptoms: _____

_____

Are there any secondary conditions contributing to this condition?     ☐ YES     ☐ NO

If YES, what are they? _____

_____

Has this patient ever had the same condition or a similar condition?     ☐ YES     ☐ NO

If YES, what year(s)/describe: _____

### Treatment:

Date symptoms first appeared (or date of accident): _____ / _____ / _____

Date first treated for this condition: _____ / _____ / _____     Most recent date treated for this condition: _____ / _____ / _____

Frequency with which you see this patient:     ☐ Weekly     ☐ Monthly     ☐ Other: _____

Has the patient undergone surgery? ☐ YES     ☐ NO     if YES, provide date: _____ / _____ / _____     Procedure: _____

CPT-4 Code(s): _____

Result: _____

If NO, do you expect surgery to be performed in the future:     ☐ YES     ☐ NO     If YES, date: _____ / _____ / _____

Procedure: _____

Please list the medications with dosage and frequency that the patient is currently taking: _____

_____

Please list other types and frequency of treatment: _____

Has the patient been referred to a medical rehabilitation or therapy program?     ☐ YES     ☐ NO

If YES, please describe: _____

Is the patient a suitable candidate for vocational rehabilitation?     ☐ YES     ☐ NO     Please explain: _____

_____

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

BA 0145

Please list all treating or consulting physicians (include date of treatment as indicated):

| Name Of Physician | Full Address | Telephone No. | Treatment Dates |
|---|---|---|---|
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |

Please indicate any hospital confinement for ths patient, for this condition (include dates of confinement as indicated):

| Hospital Name | Full Address | Treatment Dates |
|---|---|---|
| | | From: _____ To: _____ |
| | — | From: _____ To: _____ |

**Progress:**

Patient Status:  ☐ Recovered   ☐ Improved   ☐ Unchanged   ☐ Retrogressed
                 ☐ Ambulatory  ☐ Home Bound ☐ Bed Confined ☐ Hospitalized

What is the prognosis? _____

Has the patient achieved Maximum Medical Improvement?        ☐ YES      ☐ NO

If NO, how soon do you expect fundamental changes in the patient's medical condition:   ☐ 1-2 months   ☐ 5-6 months
                                                                                         ☐ 3-4 months   ☐ More than 6 months

Please note any restrictions (activities your patient should not do): _____
_____

Please note any limitations (activities your patient cannot do): _____
_____

Please describe any physical and/or impairments: _____
_____

Date patient released from your care (if applicable): _____ / _____ / _____

## Level of Impairment:

**Physical Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1.  No limitation of functional capacity/capable of heavy work. | ☐ Class 4.  Marked limitation of functional capacity/capable of sedentary work. |
| ☐ Class 2.  Slight limitation of functional capacity/capable of medium manual work | ☐ Class 5.  Severe limitation of functional capacity/incapable of sedentary work. |
| ☐ Class 3.  Moderate limitation of functional capacity/capable of light work. | |

**Mental/Nervous Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1.  No Limitation: able to function under stress and engage in interpersonal relationships. | ☐ Class 4.  Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 2.  Slight limitation: able to function in most stress situations and engage in most interpersonal relationships. | ☐ Class 5.  Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |
| ☐ Class 3.  Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. | |

**Cardiac Functional Capacity – American Heart Association:**

| | | | |
|---|---|---|---|
| | | ☐ Class 3.  Marked limitation | ☐ Class 4.  Complete limitation |
| ☐ Class 1.  No Limitation | ☐ Class 2.  Slight limitation | | |

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?   ☐ YES  ☐ NO

Additional Comments/Information: _____
_____

| Name of Attending Physician | Degree/Specialty | YES / NO _____ Board Certified | Phone No. | Fax No. |
|---|---|---|---|---|

| Complete Address | Original Signature | Tax ID No. | Date |
|---|---|---|---|

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

BA 0146

## ESTIMATED FUNCTIONAL CAPACITIES EVALUATION

## MEDICAL DATA

PATIENT:                                    DOB:

Please complete the following items based on your estimated clinical evaluation.  Any item you do not believe you can answer should be marked N/A. **TO BE COMPLETED BY PHYSICIAN/ SURGEON**

In an 8 hour working day, the patient <u>can:</u> (Circle full capacity for each)

|         |   |   |   |   |   |   |   | Continuously/with Rest |
|---------|---|---|---|---|---|---|---|------------------------|
| SIT -   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.)  _____/_____ |
| STAND - | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.)  _____/_____ |
| WALK -  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs.)  _____/_____ |

**Break/rest periods needed? Y/N How often/How long?**

_____

**PATIENT IS ABLE TO:**

|                     | NEVER (0%) | OCCASIONALLY (1-25%) | PARTIALLY (26-50%) | FREQUENTLY (51-75%) | CONTINUOUSLY (76-100%) |
|---------------------|------------|----------------------|--------------------|---------------------|------------------------|
| **LIFT:**           |            |                      |                    |                     |                        |
| Up to 10 lbs.       | _____      | _____                | _____              | _____               | _____                  |
| 11-24 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 25-34 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 35-50 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 51-74 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 75-100 lbs.         | _____      | _____                | _____              | _____               | _____                  |
| **CARRY:**          |            |                      |                    |                     |                        |
| Up to 10 lbs.       | _____      | _____                | _____              | _____               | _____                  |
| 11-24 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 25-34 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 35-50 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 51-74 lbs.          | _____      | _____                | _____              | _____               | _____                  |
| 75-100 lbs.         | _____      | _____                | _____              | _____               | _____                  |
| Bend/stoop:         | _____      | _____                | _____              | _____               | _____                  |
| Squat:              | _____      | _____                | _____              | _____               | _____                  |
| Crawl:              | _____      | _____                | _____              | _____               | _____                  |
| Climb:              | _____      | _____                | _____              | _____               | _____                  |
| Reach above         |            |                      |                    |                     |                        |
| Shoulder level:     | _____      | _____                | _____              | _____               | _____                  |

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0147

**ESTIMATED FUNCTIONAL CAPACITIES EVALUATION MEDIAL DATA**
**(Page 2)**

| | Never (0%) | Occasionally (1-25%) | Partially (26-50%) | Frequently (51-75%) | Continuously (76-100%) |
|---|---|---|---|---|---|
| Crouch: | ___ | ___ | ___ | ___ | ___ |
| Kneel: | ___ | ___ | ___ | ___ | ___ |
| Balance: | ___ | ___ | ___ | ___ | ___ |
| Push/Pull: | ___ | ___ | ___ | ___ | ___ |
| Drive auto-mobile | ___ | ___ | ___ | ___ | ___ |

**Patient can use hands for repetitive actions such as:**

| | Simple Grasping | Pushing & Pulling | Fine Manipulating |
|---|---|---|---|
| | | ___Yes ___No | ___Yes ___No |
| RIGHT | ___Yes ___No | | ___Yes ___No |
| LEFT | ___Yes___No | ___Yes___No | |

**Patient can use feet for repetitive movements in operating foot controls:**

RIGHT ___Yes ___No        LEFT ___Yes ___No

**Patient can use hand and neck in:**

| | Static Position | Frequent Flexing | Frequent Rotating |
|---|---|---|---|
| | | ___Yes ___No | ___Yes ___No |
| Right | ___Yes ___No | ___Yes ___No | ___Yes ___No |
| Left | ___Yes ___No | | |

**COMMENT:** (If appropriate, note frequency per hour or day.)

**Restrictions of Activities involving:**

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| Unprotected heights: | ___ | ___ | ___ | ___ |
| Being around moving machinery: | ___ | ___ | ___ | ___ |
| Exposure to marked changes in: temperature & humidity: | | | | ___ |
| Driving automotive equipment: | ___ | ___ | ___ | ___ |
| Exposure to dust, fumes, gases: | ___ | ___ | ___ | |

Can patient now work? _____

Part-time: (hrs/day) _____

Full-time: (hrs/day) _____

Any additional comments: _____

_____

_____

Physician Signature: _____     Date:_____

Kemper National Services, Inc.
P.O. Box 15554
Plantation, FL 33318-9965
1-866-271-0744

BA 0148





January 9, 2003

Rosalie Moos-Holling
2032 Almeda Avenue
Almeda, CA 94501

RE:    Acknowledgement of Receipt of Application
       Long Term Disability date:  March 1, 2003
       Bayer Corporation Long Term Disability Plan

Dear Ms. Moos-Holling:

We have recently received your application for Long Term Disability (LTD) Benefits. I tried to contact you by telephone at the number provided but was unsuccessful. <u>Please contact me immediately upon receipt of this letter.</u>

Your application is currently being reviewed and I will be obtaining all of the necessary information to properly evaluate your application. As a part of my investigation, I will be in contact with you and your treating physician to obtain information on your current medical condition and treatment plan. I will advise you of the status of your disability claim after we have received all of the information necessary to make a benefit determination.

Please note the LTD Plan contains an offset provision, meaning any LTD benefits for which you may be eligible would be reduced by workers' compensation, state disability, as well as, Social Security Disability Benefits, and any other retirement or disability benefits you are eligible to receive. Please advise me if you are eligible to receive any of these benefits.

As indicated above, please contact me at the below number immediately.

Sincerely,

Mary Wells
Disability Claims Examiner
Kemper National Services
1-866-271-0744  extension 2734

1-866-271-0744
954-452-4083 FAX
P.O. Box 15554
Plantation, FL 33318-9965

BA 0149



**URGENT**

January 28, 2003

Rosalie Moos-Holling
2032 Almeda Avenue
Almeda, CA 94501

RE:    Bayer Long Term Disability (LTD) Plan

Dear Ms. Moos-Holling:

As you are aware, Kemper National Services has assumed responsibility for the administration of the Bayer Corporation Long Term Disability Plan. Medical information is requested to determine your eligibility for benefits under your employer's Long Term Disability Policy. Objective medical documentation, which supports your total disability status, is required for the continuation of benefits.

On January 9, 2003, we faxed correspondence to Dr. Fiscilla and Dr. Friedberg and requested the completion of an Attending Physician's Statement form and an Estimated Functional Capacities Evaluation form. We also requested copies of their medical records. To date, we have not received a response.

It is ultimately your responsibility to provide ongoing proof of disability. Based on our present information, we do not have the objective medical data necessary to support that you are totally disabled from your own or any occupation. This letter will serve as our final request. If we do not receive requested within 10 days, your LTD benefits may be denied.

We have sent a final request to each provider for completion of the forms as well as for copies of their medical records.

**Failure to provide us with this necessary information by February 7, 2003, may result in the denial of your LTD benefits.**

Please feel free to contact our office at the telephone number provided below should you have any questions regarding this correspondence.

Sincerely,

Mary Wells
Disability Claims Examiner
Kemper National Services
(866) 271-0744 extension 2734

P. O. Box 15554
Plantation, FL 33318-5554
Telephone: 1-866-271-0744
Fax: (954) 452-4083

BA 0150

## RECOMMENDATION FOR CLAIM
## DISPOSITION  BAYER

APPROVAL   0                        DENIAL        (X)

EMPLOYEE: Rosalie Moss-Holling
                                    LTD DATE:  03/01/03
SSN: 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
                                    TRANS DATE: 08/31/03


DISCUSSED WITH SUPERVISOR        YES () NO (x)

LTD EMPLOYEE'S STATEMENT RECEIVED: 01/09/03

CIB REPORT REQUESTED:

CONTACTED EMPLOYEE (48 HRS): Yes

IDENTIFY MISSING INFORMATION:

SSDI APPLICATION STATUS:  Has not applied.

REFERRED FOR SSDI ASSISTANCE:

CONFIRM/CALCULATE BENEFITS:
                        W/C
                        OTHER:

CALCULATE RESERVES:

REHAB WORKSHEET ATTACHED:

CONTACT W/C ADJ (IF APPLICABLE)

NOTICE TO EMPLOYEE/HR:

OFFSETS NOTED ON SCREEN #1: No.

OHN NOTICE:

_____          February 20, 2003
Mary Wells                       DATE
Disability Examiner                   2/20/03

_____          _____
Disability Supervisor            DATE

BA 0151



# KNS General Peer Review

| | | | | |
|---|---|---|---|---|
| Referral Date: | 02/20/03 | Claimant: | Rosalie Moos-Holling | |
| Requester: | Mary Wells | Age: | 54 | |
| Requester Resource #: | 5575 | SS#/Claim#: | 2003-01-13-0135 | |
| Department: | IDM | Account: | Bayer | |
| Extension: | 2734 | Job Title: | QA Product Doc & Release Admin | |
| Peer Reviewer: | Dr. Blumberg | Physical Exertion level: | | |

Specialty: Orthopedic Surgery

Physical Exertion level:
[ ] Sedentary   [x] Light   [ ] Medium
[ ] Heavy   [ ] Very Heavy

| | | |
|---|---|---|
| | Diagnosis(es): | C5 Radiculitis/Paralysis R. Arm |
| Peer Resource #: | First Date of Absence: | 09/02/02 |
| | LTD date: | 03/01/03 |

Evaluate Functional Impairment related to:
[x] Own Occupation   [ ] Any Occupation   [ ] N/A

## Information Reviewed/Considered:

Please determine if Ms. Moos-Holling is disabled from her own occupation. Her position is sedentary in nature. However her position does require writing, typing, fine hand manipulation, simple grasping and pushing and pulling.

Occupational Demands Form
Office notes from Dr. Friedberg

## Functional Impairment Status Determination:

Specific Referral Question(s):

Determination:

___ Supports functional impairment(s) that precludes work
___ Fails to support functional impairment(s) that precludes work

Rationale:

## Appropriateness/Effectiveness of Treatment Plan:

Specific Referral Question(s):

Determination:

___ Treatment Plan is optimal
___ Treatment Plan is not optimal

BA 0152

KNS General Peer Review
Page: 2
    Rationale:


## Causality:

    Specific Referral Question(s):


    Determination:
    \_\_\_ Causal relationship is supported
    \_\_\_ Causal relationship is not supported
    \_\_\_ An apportionment is recommended


    Rationale:

## Need for an IME:  (If this is a Delaware case, change IME to Medical Exam)

    Specific Referral Question(s):

    Determination:

    \_\_\_ An IME is recommended
    \_\_\_ An IME is not recommended

    Rationale:

The opinions rendered above reflect reasonable clinical certainty based upon the available
information.


_____        _____

                                                                   Date
Signature

# FAX

| | |
|---|---|
| **Date** | FEB 0 4 2003 |

**Number of pages including cover sheet:** 13

**TO:** Mary Wells

**Phone:**
**Fax:** 954 - 452 - 4083

**CC:**

**FROM:** Laurel Gray
Office Manager

John Friedberg M.D.
Board Certified
Neurologist
3000 Colby Street,
Suite 305
Berkeley, CA 94705

**Phone** (510) 644-2282
**Fax Phone** (510) 644-1744

**REMARKS:** ☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please Comment

RE: Moos-Holling, Rosalie

As per your conversation with Diane, the Biller, reports are not necessary if copies of chart notes & reports are sent.

Thank you,

Laurel

**Confidential**

Information protected under federal and/or state law and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, nor the employer, nor agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the copy in your possession.

PLEASE CALL (510) 644-2282 IF YOU DID NOT RECEIVE ALL TRANSMITTAL PAGES.

PAGE.01

FEB 04 '03 14:30

BA 0154

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



**Kemper**
Insurance Companies

May 6, 2003

COPY

Rosalie Moos-Holling
2032 Almeda Avenue
Almeda, CA 94501

RE:   The Bayer Corporation Long Term Disability Plan

Dear Ms. Moos-Holling:

Kemper National Services, Inc., is the Administrator for the Bayer Corporation Long Term Disability Plan under which you are currently receiving benefits.

Periodically, we need to obtain updated information in order to certify your continued eligibility for benefits.   We are requesting that you complete the enclosed Resource Questionnaire, Physician Update Form and Authorization for Release of Medical Information and return in the stamped self addressed envelope, by **June 06, 2003.**

These forms will assist us in updating your disability file.  Failure to return the completed forms may compromise your Long Term Disability Benefits.

Once we receive the completed forms, we will be sending forms to your physician(s) for their completion.   We will also be requesting copies of your medical records for the last year of treatment.

Should you have any questions regarding this matter, please do not hesitate to contact me at the telephone number listed below.

Thank you for your anticipated prompt attention to this matter.

Sincerely,

Mary Wells
Disability Claims Examiner, II
Kemper National Services, Inc.
1-866-271-0744   ext. 2734

P. O. Box 15554
Plantation, FL 33318-5554
Telephone: 1-866-271-0744
Fax: (954) 452-4083

BA 0155

**Staci Young**

To:      Amber M. Lewis; Mary E. Wells
cc:
From:   Staci P. Young
         IDM APPEALS/Plantation 1
Date:    04/24/2003 10:55 AM
Subject: Rosalie Moos-Holling--Bayer

On appeal, LTD has been reinstated effective 03/01/03.  Please update payroll to reflect reinstatement.  In addition, claim needs to be re-opened and managed for continued benefits.

****note*** EE has a tentative RTW date for June***

All documentation has been sent to scanning.   If you need anything, please let me know.

Thanks
Staci

BA 0156

**Staci Young**

| | |
|---|---|
| To: | debra.rouleau.b |
| cc: | JennY.ABDULLA.B |
| From: | Staci P. Young |
| | IDM APPEALS/Plantation 1 |
| Date: | 04/24/2003 11:10 AM |
| Subject: | Rosalie Moos-Holling |

On final level appeal, LTD benefits have been reinstated, effective 03/01/03.   Ms. Moos-Hollings file has been re-opened and will be managed by the Claims Unit.

If you have any questions, please let me know.

Thank you
-------------------------------
Staci Young, LPN
Appeal Coordinator

Integrated Disability Management
Telephone:      (954) 693-2247
Facsimile:      (954) 452-4133
Email: spyoung@kemperinsurance.Com

**BA 0157**

# FAX

| | |
|---|---|
| **Date** | FEB 0 4 2003 |

**Number of pages including cover sheet:** 13

**TO:** Mary Wells

**Phone:**
**Fax:** 954 - 452 - 4083

**CC:**

**FROM:** Laurel Gray
Office Manager

John Friedberg M.D.
Board Certified
Neurologist
3000 Colby Street,
Suite 305
Berkeley, CA 94705

**Phone**       (510) 644-2282
**Fax Phone**   (510) 644-1744

**REMARKS:**  ☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please Comment

RE: Moos-Holling, Rosalie

As per your conversation with Diane, the Biller, reports are not necessary if copies of chart notes & reports are sent.

Thank you,

Laurel

**Confidential**
Information protected under federal and/or state law and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, nor the employer, nor agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the copy in your possession.

**PLEASE CALL (510) 644-2282 IF YOU DID NOT RECEIVE ALL TRANSMITTAL PAGES.**

PAGE.01

FEB 04 '03 14:30

BA 0158

To:       Kathy.Tesdall.B; Susan.rocci.b; brenda.perry.b
cc:
From:     John J. Delaney Jr.
          Non-Occ Disability Management/Plantation
Date:     12/20/2002 08:48 AM
Subject:  Rosalie Moos-Holling

We have received CORE notes for the above and are issuing a LTD application package.
According to our records, STD began as of 7/12/02. LTD would then begin as of 1/10/03.
Should there be any change or should this person return to work, please advise us immediately.
Thank you!

_____
Jon J. Delaney, Jr.
Phone: (866) 271-0744 x 2043
Fax: (954) 452-4083
E-Mail: jon.delaney@kemperinsurance.com

BA 0159

 **Kemper.**

# RESOURCE
# QUESTIONNAIRE

In order to assist us with the processing of your disability claim, and / or to assist in your potential to benefit from rehabilitation, please complete this questionnaire and return it in the envelope provided. If necessary, please use the reverse side of the form to complete any of the survey items.

| | |
|---|---|
| Name: | Address: |
| Social Security Number: | Telephone Number: |
| Date of Birth: | Spouse's Date of Birth: |

Dependent Children's Date of Birth:

Do they live with you?    Yes ☐    No ☐

1. Describe in your own words what prevents you from performing **YOUR** occupation.

2. Describe in your own words what prevents you from engaging in **ANY** gainful employment.

3. Show the name and address of the health care provider (s) you see regularly (include frequency). Please use the other side of this page to list additional providers, if necessary.

| Provider's Name / Specialty: | Provider's Name / Specialty: |
|---|---|
| Mailing Address: | Mailing Address: |
| Telephone: | Telephone: |
| Frequency of Visits: | Frequency of Visits: |
| Date of Last Visit: | Date of Last Visit: |

| | | |
|---|---|---|
| 4. Height: | 5. Weight: | 6. Right or Left Hand Dominant: |

7. Do you use any assistive devices?    Yes ☐    No ☐    If yes, please list devices.

8. Please list any medications you take. Please use the other side of this page to list additional information

| Medication | Dosage | Frequency |
|---|---|---|
| | | |
| | | |
| | | |



# RESOURCE QUESTIONNAIRE

**9. Identify the names and addresses of any facilities in which you were treated during the last 12 months. Please use the other side of this page to list additional information**

| Facility Name: | Facility Name: |
|---|---|
| Mailing Address: | Mailing Address: |
| Phone Number: | Phone Number: |
| Treatment Dates: | Treatment Dates: |

**10. Have you applied for and are you receiving Social Security benefits, please send us a copy of your award letter.**

Awarded ☐     Award Date: _____     Denied / No appeal has been filed ☐

Denied / Filed for Reconsideration ☐     Denied / At Administrative Law Judge Level ☐

**11. Are you able to take care of all of your personal needs (bathing, dressing, etc)?  Yes ☐  No ☐**
If no, indicate those activities in which you require assistance:

**12. If you require assistance, who assists you?**

**13. Please indicate those chores you perform on a regular basis:**

Cook ☐     Shopping ☐     Laundry ☐     Dusting ☐     Vacuum ☐

Dishes ☐     Child Care ☐     Gardening ☐     Mow Lawn ☐     Shovel Snow ☐

Car Maintenance ☐     Climb stairs ☐     Other:

**14. Do you go for walks? Yes ☐  No ☐   If yes, how often and how far do you walk?**

**15. What difficulties, if any, do you have sleeping?**

**16. Do you have a valid driver's license?   Yes ☐  No ☐**

**17. Do you still drive?   Yes ☐  No ☐**

**18. If you do drive, what is the average distance driven daily?**

**19. If you do NOT drive, how do you get to places that you need to go? (MD appointments, shopping, etc.)**

**20. Please list which activities you attend?  (School, therapy, Vocational Rehabilitation, etc.)**

**21. What do you do for hobbies? (TV, read, bingo, play cards, Internet, crafts, fishing, etc.)**

Kemper Resource Questionnaire 05/06/03

BA 0161

**Kemper.**

# RESOURCE QUESTIONNAIRE

---

**22.** If available, would you be interested in seeking training in some other line of work?  Yes ☐    No ☐
If yes, what type of training?

---

**23.** Do you anticipate returning to your previous occupation or any other occupation in the near future?

Yes ☐  If yes, when?                    No ☐  If no, why not?

---

**24.** Would you consider a lump sum settlement in lieu of any future benefit due you?  Yes ☐    No ☐

---

**25.** Please indicate the extent of your formal education by circling the appropriate year:

Primary School:  1  2  3  4  5  6  7  8  9  10  11  12  GED    Did you graduate? Yes ☐    No ☐

College:  1  2  3  4    Did you graduate? Yes ☐  No ☐    Major / Minor                    Degree:

Graduate Work:  1  2  3  4    Did you graduate?  Yes ☐  No ☐    Area of Study:          Degree:

Trade School:                  Skill / Trade:                              Years:

---

**26.** Licenses and Certifications:

---

**27.** Were you in the Military Service? Yes ☐    No ☐

| Years of Service | Branch | Training Received |
|---|---|---|
|  |  |  |
|  |  |  |

---

**28.** Do you perform volunteer services for any organization?   Such as: church, club, business, hospital, etc. on a regular basis?   Yes ☐    No ☐

| Name of Organization | Phone | How Often |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

**29.** Are you working now, (full or part-time) or have you worked for wage or profit since the onset of your LTD claim?
Yes ☐    No ☐    If yes, please describe:

---

**30.** Do you have a personal or family business that you are involved with on a regular basis?
Yes ☐    No ☐    If yes:

| Name of Business | Address | Phone |
|---|---|---|
|  |  |  |
|  |  |  |

**31.** In what capacity are you involved in this business?

**32.** How often are you involved in this business?

---



# RESOURCE
# QUESTIONNAIRE

**33.** Since the onset of your LTD have you received a lump sum settlement or retroactive payment for: Workers' Compensation, Social Security Disability/Retirement, malpractice suit, motor vehicle accident etc.?  Yes ☐  No ☐  If yes:

Type of settlement _____ Date Settled _____ Amount _____

**34.** Are you a stockholder and/or officer of a corporation in which you have a financial interest?
Yes ☐  No ☐  If Yes:

| Name of Corporation | Phone | Position |
|---|---|---|
|  |  |  |
|  |  |  |

**35.** Please list ALL sources of other income:

| Name of Source | Amount | Weekly/Bi-Weekly/Monthly |
|---|---|---|
|  |  |  |
|  |  |  |

**36.** Is an attorney representing you related to any other income benefits?  Yes ☐  No ☐
If yes, please provide details including attorney's name, address and telephone number.

**37.** Briefly describe your past work experiences for the last fifteen years.  Please use other side of this page to list additional job information, if necessary.

| Job Title: | Employed From: | Through: |
|---|---|---|
| Major Duties: |  |  |
| Minor Duties: |  |  |
| Tools/Equipment Used: |  |  |
| Machinery/Computers Used: |  |  |

| Job Title: | Employed From: | Through: |
|---|---|---|
| Major Duties: |  |  |
| Minor Duties: |  |  |
| Tools/Equipment Used: |  |  |
| Machinery/Computers Used: |  |  |

**NOTICE:**  Any person who knowingly and with intent to defraud or deceive any insurance company or other person files a statement of claim containing any materially false or misleading information, or conceals for the purpose of misleading, information concerning any fact material thereto **COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME** and in certain states, a felony.  Penalties may include imprisonment, fines, denial of insurance and civil damages. In New York, there are also civil penalties not to exceed $5,000 and the stated value of the claim for each such violation.

Under penalties of perjury, I certify that the above statements and answers are true and correct to the best of my knowledge and belief.

Date: _____

Claimant's Signature: _____

Telephone Number(s) where you can be reached during the day: _____

Page 4 of 4

Kemper Resource Questionnaire 05/06/03

BA 0163

**PHYSICIAN UPDATE FORM – BAYER**                    (Please print)

NAME: _____

DATE OF BIRTH: _____

HOME ADDRESS:_____
_____
HOME TELEPHONE NUMBER:(_____)_____

*PLEASE LIST THE NAMES, ADDRESSES, AREA OF SPECIALTY, TELEPHONE AND FAX NUMBERS OF THE <u>PHYSICIANS</u> WHO ARE <u>CURRENTLY TREATING YOU FOR YOUR</u> <u>DISABILITY</u>.*

PHYSICIAN'S NAME:_____

ADDRESS:_____

_____

AREA OF SPECIALTY:_____

PHONE NUMBER:(_____)_____   FAX #:_____

FIRST DATE SEEN: _____ LAST DATE SEEN: _____ NEXT APPOINTMENT: _____

*************************************************************

PHYSICIAN'S NAME:_____

ADDRESS:_____

_____

SPECIALTY:_____

PHONE NUMBER:(_____)_____   FAX #:_____

FIRST DATE SEEN: _____ LAST DATE SEEN: _____ NEXT APPOINTMENT: _____

*************************************************************

PHYSICIAN'S NAME:_____

ADDRESS:_____

_____

SPECIALTY:_____

PHONE NUMBER:(_____)_____   FAX #:_____

FIRST DATE SEEN: _____ LAST DATE SEEN: _____ NEXT APPOINTMENT: _____

*CONTINUE ON BACK IF MORE ROOM IS NEEDED.*

BA 0164

## AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, NATLSCO, Inc., their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Date: _____

Claimant's Name: _____

_____
Claimant's or Legal Representative's Signature

_____
Legal Representative's Name and Relationship

Employer's Name: _____

Rev. 3/26/03

BA 0165



# OFFCYCLE FORM
## REQUEST FOR FUNDING CORRECTION/ADDITION

GROUP: **BAY**

COVERAGE:

STD:_____    LTD: **X**

PARTICIPANT'S NAME: Rosalie Moos-Holling

DIVISION #: Berkley

CLAIM #: 2003-01-10-0233

SSN: 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

CHECK DATA:

FROM DATE: 03/01/2003 TO DATE: 04/30/03

DAYS= 60        GROSS AMT= $7,480.20    NET AMT=    $7,377.36

| OFFSET CODE= POGX | OFFSET DAYS= 60 | OFFSET AMT= $ | 44.66 |
| OFFSET CODE= NLIF | OFFSET DAYS= 60 | OFFSET AMT= $ | 44.66 |
| OFFSET CODE= NDEN | OFFSET DAYS= 60 | OFFSET AMT= $ | 9.84 |
| OFFSET CODE= NMED | OFFSET DAYS= 60 | OFFSET AMT= $ | 93.00 |

REASON FOR CHANGE: Claim reinstated.

EXAMINER: Mary Wells        SUPERVISOR:

DATE: May 6, 2003        DATE: 5/6/03

MANAGER'S SIGNATURE:_____

## *** ALL CHECKS WILL BE SENT REGULAR MAIL ON THE DATE OF THE CHECK UNLESS OTHERWISE SPECIFIED BY A CHECK PULL FAXED TO CLIENT ACCOUNTING. ***

***PAYROLL COORDINATOR/CLAIMS EXAMINER MUST ENSURE THE COMPLETE AND APPROVED FORM IS BROUGHT DOWN TO THE CENTRALIZED PAYROLL DEPARTMENT TO BE PROCESSED***

E:\TPA\Payroll-Client Accounting forms 2001\Offcycle RFF Correction/Addition 7/05/2001.doc

BA 0166

## AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, NATLSCO, Inc., their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name: _____  Date: _____

Claimant's or Legal Representative's Signature _____

Legal Representative's Name and Relationship

Employer's Name: _____

Rev. 3/26/03

BA 0167

392 - 46 - 2189


**Kemper.**
Insurance Companies

May 29, 2003

ROSALIE MOOS-HOLLING
2032 ALAMEDA AVE
ALAMEDA CA 94501

Dear Ms. Moos-Holling:

Since our files indicate you may be eligible for Social Security disability benefits, we believe a Social Security application on your behalf is warranted.

We are making available to you professional representatives to pursue your claim. Experience has shown that proper third-party representation throughout the entire Social Security application process greatly increases the chances of obtaining a Social Security disability award.

Allsup Inc. is a specialized claims administration company that provides a full range of Social Security assistance services to disability applicants throughout the United States and Puerto Rico. Allsup's representational services are available at absolutely no cost to you as long as you continue to receive Long Term Disability benefits from Bayer Corporation.

Their knowledge of the Social Security disability program and claims process allows them to act on your behalf from one of their field offices with minimal, if any, direct contact between you and the Social Security Administration. Many of Allsup's management personnel are former Social Security professionals, therefore, they know how frustrating the disability claims process is and their services have been specifically designed to relieve you of this burden.

Although your Long Term Disability benefit would be reduced by any Social Security disability benefits you may receive, you and your family still stand to gain some very significant financial advantages by obtaining a Social Security award (see attached page). Please review these advantages in detail-they are extremely important to you and your family, both now and in the future.

So that Allsup Inc. can begin to pursue your Social Security claim, please complete and sign Section I of the enclosed "Appointment of Representative" form, as well as the two authorizations, and return them in the enclosed stamped envelope. Please sign your name as it appears on your Social Security card. An Allsup representative will telephone you soon after they receive your authorization.

If you have any questions, contact the Allsup Benefits Information Center at (888) 320-6890, or write to them at 300 Allsup Place, Belleville, Illinois 62223.

Sincerely,

**Mary Wells**
Examiner

Enclosures

**KEMPER NATIONAL SERVICES, INC.**
*INTEGRATED DISABILITY MANAGEMENT*

866-271-0744
(Fax) 954-693-2577
PO Box 15554
Plantation FL 33318-555

BAY

BA 0168

ACCOUNT NAME: **BAYER**

SSN: _____392.46.2189_____

NUMBER OF PAGES: _____2_____

INDEX TO: **MARY WELLS**

BA 0169



September 17, 2003

Rosalie Moos-Holling
2032 Alameda Avenue
Alameda, CA 94501

RE:    Transition Investigation
       Date of Disability:  September 2, 2002
       Date of Long Term Disability:  March 1, 2003



Dear Ms. Moos-Holling:

As you know, you have been receiving Long Term Disability (LTD) benefits under the Bayer Corporation Long Term Disability (LTD) Plan.  We would like to take this opportunity to provide you with some information relative to your LTD claim.  The LTD Plan under which you are currently receiving benefits contains the following definition of total disability, which states:

Under the terms of the Plan, "totally disabled" means:

(A)   for the first six months after your Short Term Disability (STD) benefits end you are unable to perform the essential duties of your regular occupation.

(B)   beginning six months after your LTD benefits begin, you must be unable to work at any job for which you are or could become qualified by education, training or experience.

A review of our records indicates that the initial period of benefits as defined in Part A above ended on August 31, 2003, so as of that date you have received six months of LTD benefits. After this date you must be totally disabled as defined in Part B above. We are continuing our review of your claim. At this time we have not yet concluded our review of your eligibility for continued LTD benefits. We will be conducting a thorough evaluation of your claim to determine your eligibility for benefits beyond this six-month date. In connection with this, a Disability Case Manager in your local area from Kemper may be working with us in gathering the updated medical information, and may be contacting you to discuss your current medical condition and treatment. In addition, a vocational consultant from Kemper may be contacting you to discuss your work experience and educational background. Please provide them with your cooperation so that a decision on your claim can be made as quickly as possible. Once the information has been reviewed and a final decision has been made we will notify you of the decision in writing.

Should you have any questions with regard to this matter, please do not hesitate to contact me.

Sincerely,

Mary Wells
Disability Claims Examiner II

P. O. Box 15554,
Plantation, FL 33318-5554
Telephone: 1-866-271-0744  Extension 2734
Fax: (954) 452-4083

BA 0170

# ACCOUNT NAME: **<u>BAYER</u>**

SSN: _____392·46·2189_____

NUMBER OF PAGES: _____2_____

INDEX TO: **<u>MARY WELLS</u>**

BA 0171



September 17, 2003

COPY

Rosalie Moos-Holling
2032 Alameda Avenue
Alameda, CA 94501

Re:    Bayer Corporation Long Term Disability (LTD) Plan
       Claim Number: 2003-01-10-0233
       California State Disalbility Overpayment

Dear Ms. Moss-Holling:

Please allow this letter to confirm our conversation on September 9, 2003, wherein we discussed the overpayment of benefits that has occurred in relation to your Long Term Disability claim.  As we discussed, the Bayer Corporation Long Term Disability Plan contains an offset provision, which means that your disability benefits will be reduced by any other sources of income, including California State Disability benefits. For the period of March 1, 2003 through May 31, 2003 you received your full 70% of your long-term disability benefits in addition to your California State Disability benefits.  This has resulted in an overpayment of $6,369.99. The overpayment was calculated based on the below calculations.

|  | Daily Benefit | Monthly Benefit |
|---|---|---|
| LTD | $ 124.6700 | $3,740.10 |
| California State Disability | $ 70.7777 | $2,123.33 |
| Correct LTD Rate | $ 53.8923 | $1,616.77 |

In our September 9, 2003 conversation, you agreed to offset the remaining balance of your long-term disability benefits for the month of September in an effort to repay the overpayment.  We have recovered $2,993.43 of the overpayment, which leaves a remaining balance of $3,376.56.  Please forward your check in the amount of $3,376.56 made payable to Kemper Services.

Should you have any questions or concerns regarding this letter or your claim, please do not hesitate to contact me at (866) 271-0744 extension 2734.

Sincerely,

Mary Wells

Mary Wells
Disability Claims Examiner

P. O. Box 15554
Plantation, FL 33318-5554
Telephone: 1-866-271-0744
Fax: (954) 452-4083

BA 0172

# ACCOUNT NAME: **BAYER**

## SSN: _392-46.2189_

## NUMBER OF PAGES: _6_

## INDEX TO: **MARY WELLS**

BA 0173

** TX STATUS REPORT **

AS OF    SEP 17 '03 10:51    PAGE.01

KNS AAM TEAM

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | CMD# | STATUS |
|---|---|---|---|---|---|---|---|---|
| 20 | 09/17 | 10:49 | 715106441744 | EC--S | 01'46" | 005 | 056 | OK |

**Kemper Services**
**Integrated Disability Management**
**1601 SW 80th Terrace**
**Plantation, Fl 33324-4036**
**(954)452-4000**

## FACSIMILIE TRANSMITTAL



**DATE:** September 17, 2003

**TO:** Dr. Friedberg

**FROM:** Mary Wells

**RE:** Rosalie Moos-Holling
DOB 01/13/49

**FAX:** (510)644-1744

Mailing address:

Kemper Services
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper Services has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above referenced patient to determine if he/she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

> **OFFICE TREATMENT NOTES**
> **CONSULTATIVE REPORTS**
> **DIAGNOSTIC TEST RESULTS**
> **SURGICAL REPORTS**

Attached is an Authorization for Release of Medical Information, signed by the above patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than October 1, 2003. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

Failure to provide the requested information by October 1, 2003 may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.

***CONFIDENTIAL***
The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

BA 0174

**Kemper Services**
**Integrated Disability Management**
**1601 SW 80th Terrace**
**Plantation, Fl 33324-4036**
**(954)452-4000**

## FACSIMILIE TRANSMITTAL

DATE: September 17, 2003

TO: Dr. Friedberg

FROM: Mary Wells

RE: Rosalie Moos-Holling
    DOB 01/13/49

FAX: (510)644-1744



Mailing address:

Kemper Services
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper Services has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above referenced patient to determine if he/she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence,* is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the **period from your initial date of treatment through the present:**

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

Attached is an Authorization for Release of Medical Information, signed by the above patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than **October 1, 2003.** You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

**Failure to provide the requested information by October 1, 2003 may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.**

### ***CONFIDENTIAL***

The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

BA 0175

## AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, NATLSCO, Inc., their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefits Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name: _Richard A. Morgan Hollis_        Date: _1/2/0_ _____

Claimant's or Legal Representative's Signature _____

_____
Legal Representative's Name and Relationship

Employer's Name: _Boyce_ _____

Rev. 3/26/03

BA 0176

**« Kemper**
**Services.**    P.O. Box 15554   Plantation, Florida  33318-5554    Phone: 1-866-271-0744

## Attending Physician's Statement
### (To be Completed by Physician)

The purpose of this statement is to assist the claims administrator, Kemper National Services, in making a determination of disability for the below-named person.  Please provide sufficient details of history, physical and diagnostic findings, clinical course and therapy.  Please provide medical evidence such as standard nomenclature diagnosis, laboratory test results, consulting physician reports, other physician reports, physical therapy updates, etc.

### Patient Information:

Patient's Name: _____    CLAIM NUMBER: _____

Date of Birth: _____    ☐ Female    ☐ Male    Height: _____    Weight: _____ lbs.

### Diagnostic Information:

ICD-9 Code(s): _____    DSM IV Code(s): _____

Primary Diagnosis: _____    _____    _____

Complications: _____

Objective Findings: _____

Subjective Symptoms: _____

Are there any secondary conditions contributing to this condition?    ☐ YES    ☐ NO

If YES, what are they? _____

Has this patient ever had the same condition or a similar condition?    ☐ YES    ☐ NO

If YES, what year(s)/describe: _____

### Treatment:

Date symptoms first appeared (or date of accident): _____ / _____ / _____

Date first treated for this condition: _____ / _____ / _____    Most recent date treated for this condition: _____ / _____ / _____

Frequency with which you see this patient:    ☐ Weekly    ☐ Monthly    ☐ Other: _____

Has the patient undergone surgery? ☐ YES    ☐ NO    if YES, provide date: _____ / _____ / _____    Procedure: _____

CPT-4 Code(s): _____

Result: _____

If NO, do you expect surgery to be performed in the future:  ☐ YES    ☐ NO    If YES, date: _____ / _____ / _____

Procedure: _____

Please list the medications with dosage and frequency that the patient is currently taking: _____

_____

Please list other types and frequency of treatment: _____

Has the patient been referred to a medical rehabilitation or therapy program?    ☐ YES    ☐ NO

If YES, please describe: _____

Is the patient a suitable candidate for vocational rehabilitation?    ☐ YES    ☐ NO    Please explain: _____

_____

Please list all treating or consulting physicians (include date of treatment as indicated):

| Name Of Physician | Full Address | Telephone No. | Treatment Dates |
|---|---|---|---|
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |
| | | | From: _____ To: _____ |

Please indicate any hospital confinement for ths patient, for this condition (include dates of confinement as indicated):

| Hospital Name | Full Address | Treatment Dates |
|---|---|---|
| | | From: _____ To: _____ |
| | | From: _____ To: _____ |

**Progress:**

Patient Status:  ☐ Recovered  ☐ Ambulatory   ☐ Improved  ☐ Home Bound   ☐ Unchanged  ☐ Bed Confined   ☐ Retrogressed  ☐ Hospitalized

What is the prognosis? _____

Has the patient achieved Maximum Medical Improvement?   ☐ YES    ☐ NO

If NO, how soon do you expect fundamental changes in the patient's medical condition:   ☐ 1-2 months  ☐ 3-4 months   ☐ 5-6 months  ☐ More than 6 months

Please note any restrictions (activities your patient should not do): _____
_____

Please note any limitations (activities your patient cannot do): _____
_____

Please describe any physical and/or impairments: _____

Date patient released from your care (if applicable): _____ / _____ / _____

## Level of Impairment:

**Physical Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1.  No limitation of functional capacity/capable of heavy work. | ☐ Class 4.  Marked limitation of functional capacity/capable of sedentary work. |
| ☐ Class 2.  Slight limitation of functional capacity/capable of medium manual work | ☐ Class 5.  Severe limitation of functional capacity/incapable of sedentary work. |
| ☐ Class 3.  Moderate limitation of functional capacity/capable of light work. | |

**Mental/Nervous Impairment (if applicable):**

| | |
|---|---|
| ☐ Class 1.  No Limitation: able to function under stress and engage in interpersonal relationships. | ☐ Class 4.  Marked limitation: unable to engage in stress or interpersonal relationships. |
| ☐ Class 2.  Slight limitation: able to function in most stress situations and engage in most interpersonal relationships. | ☐ Class 5.  Severe limitation: has significant loss of psychological, physiological, personal and social adjustment. |
| ☐ Class 3.  Moderate limitation: able to engage in only limited stress and limited interpersonal relationships. | |

**Cardiac Functional Capacity – American Heart Association:**

| ☐ Class 1.  No Limitation | ☐ Class 2.  Slight limitation | ☐ Class 3.  Marked limitation | ☐ Class 4.  Complete limitation |
|---|---|---|---|

Do you believe your patient is competent to endorse checks and direct the use of the proceeds thereof?    ☐ YES  ☐ NO

Additional Comments/Information: _____
_____

| Name of Attending Physician | Degree/Specialty | YES / NO Board Certified | Phone No. | Fax No. |
|---|---|---|---|---|

| Complete Address | Original Signature | Tax ID No. | Date |
|---|---|---|---|

H:\My Documents\Bayer\Forms\Attending Physician's Statement.doc

BA 0178

**Kemper Services**

## EVALUATION OF PHYSICAL ABILITIES (IDM)

Claim Number: _____     Evaluation Date: _____

Claimant Name: _____     Phone: (    )_____     Fax (   )_____

Case manager: _____

### Section 1: Activities Rated by Strength Level (Mark each item with an "X" in the appropriate box)

| Physical Demand Level | OCCASIONAL 0.33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
|---|---|---|---|
| Sedentary | 1 - 10 lbs. | Negligible | Negligible |
| Light | 11 - 20 lbs. | 1 - 10 lbs. | Negligible |
| Medium | 21 - 50 lbs. | 11 - 25 lbs. | 1 - 10 lbs. |
| Heavy | 51 - 100 lbs. | 26 - 50 lbs. | 11 - 20 lbs. |
| Very Heavy | Over 100 lbs. | Over 50 lbs. | Over 20 lbs. |

| Functional Activity | Sedentary | Light | Medium | Heavy | Very Heavy |
|---|---|---|---|---|---|
| 1.  Lifting - Low (Floor to Knuckle) | | | | | |
| 2.  Lifting - Mid (Knuckle to Shoulder) | | | | | |
| 3.  Lifting - High (Shoulder to Overhead) | | | | | |
| 4.  Lifting - Full (Floor to Shoulder) | | | | | |
| 5.  Carrying | | | | | |
| 6.  Pushing | | | | | |
| 7.  Pulling | | | | | |
| Overall Strength Capacity | | | | | |

### Section 2: Activities Rated by Frequency and Duration (Mark each item with an "X" in the appropriate box)

| Functional Activity | N/A | Never | Occasionally 1/3 of the time | Frequently (1/3 -2/3 of the time) | Constantly (2/3 or more of the time) |
|---|---|---|---|---|---|
| 8.  Reaching to front: Right | | | | | |
| 9.  Reaching to front: Left | | | | | |
| 10. Reaching overhead: Right | | | | | |
| 11. Reaching overhead: Left | | | | | |
| 12. Walking | | | | | |
| 13. Standing | | | | | |
| 14. Sitting | | | | | |
| 15. Stooping | | | | | |
| 16. Crouching / Squatting | | | | | |
| 17. Kneeling | | | | | |
| 18. Crawling | | | | | |
| 19. Climbing Stairs | | | | | |
| 20. Balance | | | | | |
| 21. Handling: Right | | | | | |
| 22. Handling: Left | | | | | |
| 23. Fingering: Right | | | | | |
| 24. Fingering: Left | | | | | |
| 25. Eye/Hand/Foot (Repetitive Foot Movement) | | | | | |

| Additional Tasks (data from FCE only) | Dom. Hand | Strength | Normal | Low | |
|---|---|---|---|---|---|
| 26. Grasping Strength: Right | | | | | |
| 27. Grasping Strength: Left | | | | | |

| Submaximal aerobic testing (data from FCE only) | Sedentary | Light | Medium | Heavy | Very Heavy |
|---|---|---|---|---|---|
| 28. Sustainable (8-hour) energy expenditure | | | | | |

**Return to Work Plans:**

1. This patient is released back to his/her own occupation. YES ☐ NO ☐    If yes, specify date of release. ____/____/____.

2. In addition to the work capabilities listed above, are there any necessary restrictions/accommodations?

_____

I hereby release this patient to the functional activities and any work restrictions/accommodations specified above.

Physician's Signature:_____    Date:____/____/____

Physician's Name (PRINT):_____

BA 0179

# ACCOUNT NAME: **BAYER**

# SSN: 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

# NUMBER OF PAGES: 72

# INDEX TO: **MARY WELLS**

BA 0180



# KNS General Peer Review

| | |
|---|---|
| **Referral Date:** 10/15/03 | **Claimant:** Rosalie Moos-Holling |
| **Requester:** Mary Wells | **Age:** 54 |
| **Requester Resource #:** 5575 | **SS#/Claim#:** 2003-01-10-0233 |
| **Department:** IDM | **Account:** Bayer |
| **Extension:** 2734 | **Job Title:** QA Product Document & Release Administrator |

| | |
|---|---|
| **Peer Reviewer:** Dr. Cohan | **Physical Exertion level:** |
| **Specialty:** Neurology | ☐ Sedentary  ☒ Light  ☐ Medium<br>☐ Heavy  ☒ Very Heavy |
| **Peer Resource #:** | **Diagnosis(es):** C5 Radiculitis/Paralysis R. Arm |
| | **First Date of Absence:** 09/02/02 |
| | **LTD date:** 03/01/03 |

**Evaluate Functional Impairment related to:**  ☐ Own Occupation  ☒ Any Occupation  ☐ N/A

Claimant is a 54-year-old QA Product Document & Release Administrator for the Bayer Corporation. She has been out of work since September 2, 2002 and on LTD since March 1, 2003. Please review the attached documentation and determine if Ms. Moss-Holling is totally disabled from any occupation. If the medical documentation does not support that Ms. Moss-Holling is totally disabled from any occupation, please determine if the medical documentation supports that Ms. Moss-Holling is totally disabled from her own occupation.

### Information Reviewed/Considered:

Updated meds from Dr. Freidberg
Resource Questionnaire
Appeals peer review with attachments
Original peer review

### Functional Impairment Status Determination:

Specific Referral Question(s):

Does the medical information provided support continued disability from **any occupation/own occupation**?

Determination:

Supports functional impairment(s) that precludes work

BA 0181

KNS General Peer Review
Page: 2
___ Fails to support functional impairment(s) that precludes work

Rationale:

## Appropriateness/Effectiveness of Treatment Plan:

Specific Referral Question(s):

Determination:
___ Treatment Plan is optimal
___ Treatment Plan is not optimal

Rationale:

## Causality:

Specific Referral Question(s):

Determination:
___ Causal relationship is supported
___ Causal relationship is not supported
___ An apportionment is recommended

Rationale:

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____        _____
Signature                                                                          Date

# FAX

SEP 2 4 2003

**Date**

Number of pages including
cover sheet: 12

TO: Kemper Services

Mary Wells

**FROM:**   Laurel Gray
Office Manager

John Friedberg M.D.
Board Certified
Neurologist
3000 Colby Street,
Suite 305
Berkeley, CA 94705

**Phone:**
**Fax:** 954-452 4083

**Phone**     (510) 644-2282
**Fax Phone**   (510) 644-1744

**CC:**

☐ Reply ASAP    ☐ Please Comment

**REMARKS:**    ☐ Urgent    ☐ For your review

Protected Health Information

The medical information in this FAX message is confidential and protected by both State and Federal law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately at (510) 644-2282 and either destroy these documents or return the originals to us by mail.

Do not write any patient information or Protected Health Information on this cover sheet.

## Kemper Services
### Integrated Disability Management
1601 SW 80th Terrace
Plantation, Fl 33324-4036
(954)452-4000

### FACSIMILIE TRANSMITTAL



**DATE:** September 17, 2003

**TO:** Dr. Friedberg

**FROM:** Mary Wells

**RE:** Rosalie Moos-Holling
DOB 01/13/49

**FAX:** (510)644-1744

Mailing address:

Kemper Services
Integrated Disability Case
P.O. Box 15554-Subgroup 219
Plantation, FL 33318-5554

Fax # (954) 452-4083

**Comments:** Kemper Services has assumed responsibility for the administration of The Bayer Corporation Long Term Disability (LTD) Plan. We are currently reviewing the LTD claim of the above referenced patient to determine if he/she continues to be eligible for LTD Benefits. In order to make this determination we need medical evidence. Please be advised that pain, *without significant medical evidence*, is not proof of disability.

Please complete the attached *Attending Physician Statement* and *Estimated Functional Capacities Evaluation* and forward them with copies of the following medical information for all treatment covering the period from your initial date of treatment through the present:

OFFICE TREATMENT NOTES
CONSULTATIVE REPORTS
DIAGNOSTIC TEST RESULTS
SURGICAL REPORTS

*SEP 1 7 2003*
*per marry*
*April → present*
*don't need forms*

Attached is an Authorization for Release of Medical Information, signed by the above patient. It is imperative that the enclosed form and above requested medical documentation be received in our office no later than October 1, 2003. You may return the requested documentation, to my attention, via facsimile to fax number 954-452-4083. Your attention to this matter is greatly appreciated. Should you have any questions regarding this matter, please do not hesitate to contact me at 1-(866) 271-0744, Ext. 2734.

Failure to provide the requested information by October 1, 2003 may result in the denial of your patient's benefits. In addition, please be advised that the patient's Long Term Disability Plan does not have a provision for copy fees or fees for the completion of forms. Please contact the patient directly for payment of these fees.

### ***CONFIDENTIAL***
The information contained in the facsimile message and/or the documents transmitted are confidential medical records and intended only for the use of the individual or the entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited.

## AUTHORIZATION TO SHARE AND USE MEDICAL INFORMATION

I allow all doctors, hospitals, other health care providers, government agencies, insurers, employers, schools, training facilities, health plans, policyholders, contract holders, vendors, health and benefit plan administrators or their successors ("Records Holders") to give out my medical information as explained on this form.

This information includes, but is not limited to, any records or facts about my medical condition, treatment, supplies, employment, vocation, education training, income, and other insurance coverage including benefits paid ("Information").

I allow the Records Holders to give my Information to the following individuals or entities ("Benefit Managers"): the employer named below, NATLSCO, Inc., their benefit plan or claims administrator(s), their related companies, contractors, investigators, attorneys, and service consultants, authorized union representatives, health care providers treating or evaluating me or my claim, and other individuals or entities involved in administering, evaluating, analyzing and managing the plan or my claim.

I allow the Benefit Managers to use and give out the Information only to evaluate, analyze, manage and/or administer a claim for short term disability benefits, long term disability benefits, salary continuation, leave under the federal Family and Medical Leave Act, local and state leave laws, workers' compensation and/or any other health benefit program or leave benefit offered by and through my employer ("Benefits Program"). I also allow the Benefit Managers to give my Information to any other person or entity if needed to find out whether I am eligible for benefits, to manage my claim, or to run the Benefits Program. The Benefits Managers will tell those receiving the Information that the Information is confidential.

I understand that once my Information is given out as allowed in this form, federal privacy laws may not protect it.

I understand that this permission lasts twelve (12) months after my claim is processed or twelve (12) months after the end of my coverage under the Benefits Program, whichever is longer, unless law requires a shorter period. If I change my mind before that time, I can tell my Records Holders in writing that I do not want them to share any more Information. If I tell them in writing to stop sharing information, it will not change any actions they took before I told them.

If I do not sign this form, it will not affect how my health care providers treat me. However, if I do not sign, the Benefits Managers may not be able to review my claim and cannot find out whether I am eligible for benefits. This may result in denial of my request for benefits.

The Information released under this authorization can be submitted to the Records Holders electronically, by phone or fax, or by mail. I know I can see or copy the records given to the Benefits Managers. I agree that a copy of this form may be treated as a signed original.

Claimant's Name: _Rebecca L. McG. Hulin_      Date: _6/2/11_

Claimant's or Legal Representative's Signature          Legal Representative's Name and Relationship

Employer's Name: _Bayer_

Rev. 3/23/03



Staci Young  APR 22 2003  **KNS General Peer Review
Appeals**

| Referral Date: | April 17, 2003 (Dictated on 4/18/03) | Claimant: | Rosalie Moos-Holling |
|---|---|---|---|
| | | Age: 54 | |
| Requester: Staci Young | | SS#/Claim#: | 200301100233 |
| Requester Resource #: 3730 | | Account: | Bayer |
| Department: IDM/APPEALS | | Job Title: | QA Product Document Release Administrator |
| Extension: 2247 | | | |

| Peer Reviewer: Vaughn Coban, MD | Physical Exertion level: |
|---|---|
| Specialty: Neurologist | ☐ Sedentary  ☒ Light  ☐ Medium  ☐ Heavy  ☐ Very Heavy |
| Peer Resource #: 4939 | Diagnosis(es): C5 radiculitis, paralysis right arm |
| | First Date of Absence: 09/02/02 |
| | LTD date: 03/01/03 |

**Evaluate Functional Impairment related to:**  ☐ Own Occupation  ☐ Any Occupation  ☐ N/A

**Information Reviewed/Considered:**
No LTD benefits authorized
Employee Disability Benefit Application
Core notes dated 9/24/02 through 12/13/02
Office notes from Dr. John Friedberg, Neurologist dated 10/17/02, 12/12/02, 12/17/02 and 1/28/03
MRI of the cervical spine report dated 10/01/02
MRI of the brain report dated 09/16/02
EEG report dated 09/13/02
Office notes from Dr. Friedberg, dated 09/19/02
Letter to Roxanne Fiscella, MD. From Dr. Friedberg, dated 09/13/02
Previous peer review performed by Dr. Lawrence Burstein, Psychologist, dated 02/20/03
EE's appeal letter, dated 03/17/03
Letter to Bayer corporation from Dr. Friedberg, dated 03/10/03
EE's job description

BA 0186

04\250246 MWELLS

KNS General Peer Review
Page: 2
Re: Rosalie Moos-Holling

**Functional Impairment Status Determination:**
Specific Referral Question(s):       Does the aforementioned data contain sufficient abnormal findings which supports a functional impairment and the intensity and severity of an illness, which would have prevented EE from performing her job duties from 09/02/02 to present????

Please provide specific rationale as to why or why not and what would be needed to support his claim?

Determination:
X   Supports functional impairment(s) that precludes work
___  Fails to support functional impairment(s) that precludes work

RATIONALE:

The claimant is a 54 year old female employed by Bayer Laboratories as a QA Product Document Release Administrator, which is a sedentary occupation. She went out of work 9/2/02 after an incident in which she apparently fainted while working at her computer. Upon regaining consciousness she noticed paralysis and numbness of her right upper extremity. There was no evidence of oral trauma and there was no evidence of incontinence of bowel or bladder function. She drove herself to a local emergency room where she was examined. A CT scan was performed and was within normal limits. Subsequently an EEG was also performed which was within normal limits. Due to the concern that the claimant may have experienced a seizure, she was placed on low dose Neurontin therapy. There is no evidence of any subsequent syncope or seizures since this incident which took place 9/1/02.

She was seen in neurologic consultation by Dr. John Friedberg, MD 9/13/02. He elicited a history of hypertension and alcohol excess. He also recorded that there had been episodes over the several months prior of lightheadedness and near syncope.

On exam, the claimant was awake and alert, in no acute distress. Speech and mental status were within normal limits. Cranial nerves were also within normal limits. The claimant had full cervical range of motion with no tenderness to palpation, muscle spasms or fasiculation. The blood pressure was 128/90 in the supine position and 115/80 erect. Muscle testing of the upper extremity revealed absent strength in the proximal shoulder girdle muscles including the biceps, brachioradialis, triceps, and deltoid muscles. There was also marked weakness of suprascapular muscles. She was able to extend and spread the fingers and had weakness of distal musculature measured at grade 4/5 strength. Although she was able to write her handwriting was described as "shaky". There was no weakness of the left upper extremity or of the lower extremities. The deep tendon reflexes were 2+ bilaterally in the upper extremities and 1+ bilaterally in the lower extremities. Gait and station were normal. Sensory exam revealed appreciation of primary modalities in the right upper extremity in the C5-C6 dermotome distributions.

A cervical MRI was performed on 10/1/02. It revealed no evidence of disc herniation or central spinal canal stenosis, however there was multi-level foraminal stenosis, moderate at C5-6 and

BA 0187

moderately severe at C6-7. These findings are described bilaterally. An electromyelogram was performed which revealed evidence of denervation in the right C5-C6 innervated musculature, specifically the biceps, the brachioradialis and rhomboids.

Etiology of the claimant's signs and symptoms was never definitely established. However, she was started on corticosteroids and Zovirax as she developed an (incidental?) outbreak of shingles in the left upper thoracic dermatome distribution.

A handwritten and poorly legible report dated 1/28/03 states the claimant's strength is "finally returning in her biceps, brachioradialis and sternomastoid muscles." It is stated she still has allodynia in the right C5-C6 distributions. Although it is stated the claimant's proximal muscle strength is improving, it is not quantified. Correspondence from Dr. Friedberg, dated 3/10/03 states the claimant's proximal muscle strength is still significantly weak and she continues to experience allodynia in the right C5 and C6 distributions. He states the claimant is incapable of writing, typing or performing manual work with her right upper extremity. He states the claimant is not capable of returning to work at that time, but anticipates a return to work June 1.

The claimant's job description indicates that although she does a sedentary job, she is required to be able to lift and work above shoulder level and reach and she must be capable of using the hands for grasping and fine manipulation. Therefore, it is my opinion that the documentation does demonstrate objective evidence of a functional impairment which would preclude the claimant from performing the essential elements of her own occupation at this time. The medical information in my opinion does support disability from 9/2/02 to the present. Although the diagnosis remains in question, nevertheless the claimant has sustained a significant insult to the neuromuscular function of her right upper extremity. If the claimant is not returned to full duty by 6/1/03, then a re-review of this claim should be performed at that time. I will be happy to review updated, detailed, legible reports from treating physicians as of that date and issue an addendum to this report if requested to do so. That documentation should include detailed examination findings including examination of range of motion, muscle strength, sensation, and deep tendon reflexes. Also at that time if the claimant has not been returned to work, a formal Functional Capacity Evaluation would be useful in further evaluation of this claim.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____                    4-21-05
Vaughn Cohan, MD                            Date
Neurologist

VC/psk/sw

\04\250246 MWELLSUIR

Rec'd 11/8/03

MW


**Kemper**
Insurance Companies

Bayer Corporation Disability Claim Unit P.O. Box 15554, Plantation, Florida 33318-1555  Phone: 1-866-271-0744

## Employee Disability Benefit Application

Scan ✓

Please complete and sign this application for Disability Benefits. If you need assistance you may contact Kemper. Please return this application promptly with all of the other required claim forms as noted on the instruction sheet. A fraudulent claim may

To avoid delays in processing your request for benefits, please answer all of the following questions as completely as possible. A fraudulent claim may be subject to penalty, and it is fraudulent to knowingly omit facts or to provide information you know is false.

**EMPLOYEE INFORMATION:**

Full Name: (Last) MOOS- HOLLING  (First) ROSALIE  (Middle) ANN

Residence: 2032 ALAMEDA AVE  (Apt No.) 94501 (Zip Code)

(City) ALAMEDA  (State) CA

Mailing Address (if different): 

Home Phone No.: (510) 865-8243   Social Security No. 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

Date of Birth: 01/13/79   Height: 5'6"   Weight: 125

☒Female ☐Male   ☐Left-Handed ☒Right-Handed

Marital Status: ☐Married ☐Single ☒Divorced ☐Widowed

**CLAIM INFORMATION:**

What is your illness/injury? 5 & 6 CRANIAL NERVES HAVE DAMAGE - LIMITED MOBILITY. RT. ARM IS NUMB & WEAK - 

What is your occupation?

Date last worked: 7/11/02

Why are you unable to work? I CANNOT ADEQUATELY USE MY RT HAND & I AM RT. HANDED   Rtn 11/03 BECAUSE HAD HIGH BLOOD PRESSURE, FAINTING, + INSOMNIA + DEPRESSION

Is your condition related to your occupation? ☒YES ☐NO  If YES, explain: STRESS COULD HAVE CONTRIBUTED TO MY   Date application filed: 7/?/02

If YES, have you filed a claim for Workers' Compensation? ☒YES ☐NO   F/T On: ___   P/T On: ___

Have you returned to work? ☐YES ☒NO   F/T On: ___   P/T On: ___

If you have not returned to work, do you expect to return?

**MEDICAL TREATMENT INFORMATION:**

List the name, specialty, address and telephone number of physicians that have treated you for your current condition now and in the past.

| Name of Physician | Specialty | Full Address | Telephone No. | Treatment Dates (From/To) |
|---|---|---|---|---|
| Dr. FISELLA | GP | 2500 MILVA AVE BERKELEY, CA | (570) 843-0693 | 1984 to PRESENT |
| Dr. JOHN FRIEDBERG | Neurology | 3000 COLBY BERKELEY, CA | (510)644-2282 | SEPT. 2002 to PRESENT |

C:\TEMP\NEW Bayer App Package.doc 08/26/02

BA 0189

List the name and address of each of the hospitals where you have been confined for your current condition.

| Hospital Name | Full Address | Treatment Dates (From/To) |
|---|---|---|
| ALAMEDA HOSPITAL | 2070 CLINTON AVE ALAMEDA, CA 94501 | 9/1/02 to 6/2/02 |

## MEDICAL TREATMENT INFORMATION (CONTINUED):

Have you been treated for this condition by any other agency, (Veterans Admin, Vocational Rehab, Agency, etc?)   ☐ YES  ☒ NO

If YES, Agency Name and Address: _____

Name of Agency Representative: _____

Please provide any additional comments you feel may assist in the evaluation of your claim: _____

## ADDITIONAL INFORMATION:

Are you receiving any of the following?

| | | Frequency of Payment | Dollar Amount | Date Beginning | Date Ending |
|---|---|---|---|---|---|
| ☐ YES ☒ NO | Retirement/Pension Plan | | | | |
| ☒ YES ☐ NO | Sick Pay/Salary Continuation STD | 1/2WKS | 60% of pay thru 4/1/02 short term cont. | 4/1/02 | |
| ☐ YES ☒ NO | No Fault Auto Insurance | | | | |
| ☒ YES ☐ NO | State or Provincial Disability (State CA) | 1/2WKS | 980.00/2WKs | 7/9/02 | |
| ☐ YES ☒ NO | Federal Disability (Veterans Admin, Railroad Benefits, etc.) | | | | |
| ☐ YES ☒ NO | Social Security Disability | | | | |
| ☒ YES ☐ NO | Other (Name): NEW YORK LIFE DISABILITY | 1/MO | 1440.00/MO | 10/10/02 | |
| ☐ YES ☒ NO | Health or Welfare Plan | | | | |

* PRIVATE DISABILITY INSURANCE

Have you applied for Social Security Disability Retirement?   ☐ YES  ☒ NO

If you have been denied or awarded, attach a copy of the award/denial notices.

List any skills you have as a result of training, education, military service, or prior employment _____

Please indicate your highest level of education completed (circle the appropriate number or letters):   ☒ Post-Graduate Degree: MS

1 2 3 4 5 6 7 8       9 10 11 12       1 2 3 4
Elementary            High School      College

List your previous occupations:

| Job Title | Employer | Dates Employed (From/To) |
|---|---|---|
| Senior RESEARCH SPEC | CHIRON CORP/CHORI | 94 to 98 |
| Academic Coord./LECTURER | U.C. - BERKELEY | 84 to 94 |

C:\TEMP\NEW Bayer App Package.doc 08/28/02

BA 0190

04\250246 MWELLS
\01\100233 LIZAGUIR

**YOUR SIGNATURE:**

Any person with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

The undersigned certifies that the information disclosed above is a correct declaration of facts upon which claim is based for benefits and further hereby acknowledges the limitations and provisions of the plan.

Date: 1/6/03

Signature

Date:

Witness Signature

BA 0191

J3\04\250246 MW
:003\01\140651 LIZAGUIR

Bayer STD Program
Berkely, California
Status Report as of 12/03/02: OPEN AGREEMENT
(2-A-3)

## * EMPLOYEE INFORMATION *

EMPLOYEE:       ROSALIE MOOS-HOLLING
SSN:            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                JOB PROFILE:  low  low  low  low
DOB:            01/13/49                   SEX:  female
JOB TITLE:      QA PROD DOC & RELEASE ADMIN
ADDRESS:        2032 ALAMEDA AVE
                ALAMEDA, CA 94501

TELEPHONE:      (510) 865-8243

## * PROVIDER INFORMATION *

                                           PHONE:  (510) 644-2282
PROVIDER NAME:  John Friedberg             FAX:    (510) 644-1744
SPECIALITY:     Neurology
ADDRESS:        3000 Colby St. Suite 305
                Berkely, CA 94705

## * DISABILITY INFORMATION *

DATE CALLED IN:  11/26/02
CALLER:                                                          Unknown
TITLE:                                                           Unknown
Is the disability work related?:                                Unknown
Has the EE been out on disability in the last 6 months?: Unknown
If yes, is the diagnosis the same?:

## * CLINICAL INFORMATION *

DISABLING DX:       C5 Radiculitis/Paralysis Right Arm/Possible Viral Re
                                                      ~ICD9:  723.4
HOSPITALIZATION:    No
ADMISSION DATE:     Unknown
                                                      DATE:  Unknown
HOSPITAL:                                ACTUAL DATE OF DELIVERY:  N/A
PROCEDURE:          0
PREGNANCY:    EDC:  N/A

## * STD PERIOD *

                                    11/26/02    1ST TX DATE:       09/01/02
MD REQUESTED START DATE:            12/12/02    NEXT APPT DATE:    12/12/02
CORE APPROVED THRU DATE:            17          CONFIRMED RTW:     Unknown
TOTAL DAYS APPROVED:                            POTENTIAL LTD:     No
LDW: 07/11/02   BERTW DATE:  Unknown

## * JOB MODIFICATIONS *

BA 0192

04\250246 MWELLS
\01\140651 LIZAGUIR

Page:

THE WORKABILITY PROGRAM

Clinical Review of Request   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 2-A-3


EMPLOYEE: 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
ROSALIE MOOS-HOLLING
2032 ALAMEDA AVE
ALAMEDA, CA 94501

(510) 865-8243

DOB: 01/13/49
SEX: Female

COMPANY: Bayer
GROUP: Berkely, California
SUBGROUP:
JOB: QA PROD DOC & RELEASE ADMIN
PROFILES: Low  Low  Low  Low

CALL DATE: 11/26/02
CALLER:
TITLE:
PROVIDER: John Friedberg, MD  (Neurology)
3000 Colby St. Suite 305
Berkely, CA 94705

(510) 644-2282

STATUS: OPEN AGREEMENT as of 12/03/02

PROVIDER'S DIAG: C5 Radiculitis/Paralysis Right Arm/Possible Viral Related
DIAGNOSIS CODE: 357.0
SYSTEM DIAGNOSIS:
Peripheral Nerve Disease (350) Hosp-Nerve Compression
WHY DISABLED: R Arm Paralized
EDC:

ACTUAL DELIVERY:
EPISODE BEG DATE: 09/02/02
REQ START DATE: 11/26/02
REQUESTED THRU: 01/01/03
REQUESTED:  37  DAYS
SYSTEM APPR THRU: 12/12/02
APPROVED:  17  DAYS

INJURY: ?
HOSPITAL:
SURGERY: N
DATE OF SURGERY:

RESTRICTIONS:

BA 0193

\04\250246 MWELLS
\31\01\140651 LIZAGUIR

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3

REQUEST PATH:

Major Medical Categories                    : Neurologic / Major Medical Categories / NEUROLOGIC-MEDIC
NEUROLOGIC-MEDICAL PROBLEM                   : Acute Infective Polyneuritis / PERIPHERAL NERVE DISEA
PERIPHERAL NERVE DISEASE                     : Loss of Motor Function / PERIPHERAL NERVE DISEASE-SXS
PERIPHERAL NERVE DISEASE-SXS                 : Arm/Hand / PERIPHERAL NERVE DISEASE-TESTS
PERIPHERAL NERVE DISEASE-TESTS               : EMG / PERIPHERAL NERVE DISEASE-TESTS
PERIPHERAL NERVE DISEASE-TESTS               : >>> Other
PERIPHERAL NERVE DISEASE-RX                  : Other / PERIPHERAL NERVE DISEASE-RX / Zovirax
PERIPHERAL NERVE DISEASE-HX                  : Hospitalized for Nerve Compression / PERIPHERAL
Comorbid Section                             : ================ Comorbid Section ============
COMORBID DX WITH NEUROLOGIC                  : None / COMORBID DX WITH NEUROLOGIC / co99

                                                                    ?
                                                                    ?
                                                                    Y        07/11/02
QUESTIONS:                                                          ?isaDi···
Is the disability work related?                                    ?r?
Is the disability due to an injury or accident?                    ?
What is the last day worked?
Has this ee been out on disability in the last six months?
If yes, is diagnosis same?

NOTES:
09/24/02*13:29*LSWART*CSR TCF EE to initiate claim for R arm paralyzed, EE
has been OOW on WC since Jul. LDW 7/11, FDA 7/12, Tx 9/1, informed of MR.
ra:=?===== ===
09/25/02*11:23*SSMITH*CSR*  TCT MDO Fiscella to obtain clinical, spoke with
receptionist who stated we can fax APS to Dr. Fiscella at 540-843-3230.  APS
faxed.   On f/u will call EE to advise APS faxed to MDO on 9/25/02.
==========================================
09/25/02*11:34*SSMITH*CSR*  Per above:  Sent successfully to Dr. Fixcella @
9,+1 5108433230,,,,,4124 on Wednesday, September 25, 2002 11:24:02 AM
Pages:3. Connect time: 00:48. Re-dials: 0. Remote CSI:. Billing: .
==========================================
09/26/02*12:40*SSMITH*CSR*  TCT EE to advise case is pending for APS, LVMM
advising and advised EE to c/b with qustions. F/u for 10/10/3/02 to pend NR
f APS is not rec'd by 10/2/02.
==========================================
09/27/02*09:39*SSMITH*CSR*  Rec'd APS via fax 9/26/02 from MDO Fiscella, not
dated:  Dx: Syncope cervical radiculopathy.  ICD-9:723.4.  Is Dx work
related:  No.  Hospitalized: No.  S&S: Syncope into R arm paralysis.
Significan diagnostic exmas: EEG, negative.  Curretn Tx: None.  1st Tx date:
BLANK.  Most recent appt: 8/26/02.  Next appt: 9/26/02.  Date of referral:
referral: John Friedburg, Neurology, (510)644-2282.  Specialist
9/13/02.  Could pt work with R's: No.  LOD: 7/12/02 through 11/15/02.  BERTW
FT/FD: 11/16/02.  Forwarding to RN for review.
==========================================
==========================================

BA 0194

04\250246 MWELLS
3\01\140651 LIZAGUIR

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3

NOTES (CONTINUED) :

09/30/02*15:34*KMCMANAM*TCT Dr Friedburg's office regarding obtainingclinical
info and adv fax request. APS faxed to   510-644-1744. APS faxed to neur.
TCT Dr Fiscella's   office also regarding disabling sx and diagnostic test
done- eeg and when.   Left cb #
==============================================================================
10/01/02*13:36*KMCMANAM*TCT Dr Fiscella's office and s/w Estendar and states
disabling sx, ayncope, rt arm numbness. In notes denotes incont urine, rt
arm was numb/cold/paralyzed and went to Almedia Hosp- u/k date and CT w/o
contrast and was neg (no date on this) and r/o dx were seizure, stoke, or
brain tumor. Meds- neurontin and asa. Date of EEG 9/13.. TCT to Dr
Friedberg (neuro) and s/w Petra and has APS but no med release. Adv will fax
med release and then CSR pls call EE regarding signing med release at Dr
Friedburgs. Dr Friedburg has APS form also. ****** MR faxed to MDO
Friedberg. Pend MR.
==============================================================================
10/02/02*13:32*BMARKS*TCT EE to advise of MR. LVMM for c/b.  Call #1
==============================================================================
10/02/02*15:08*JBEMIS*CSR*TCF EE to return call.  Informed of MR signed.  I
will sign MR at Dr. Friedman's office & call to confirm MR signed.
==============================================================================
10/03/02*10:50*SSMITH*CSR*  Rec'd duplicate APS via fax 10/2/02, forwarding
mailed  MR to EE.
==============================================================================
10/03/02*10:50*SSMITH*CSR*  Rec'd duplicate APS via fax 10/2/02, forwarding
to file.
==============================================================================
10/03/02*13:06*SSMITH*CSR*  Per above, f/u for 10/9/02 to pend for NR ifnno
rec MR of NR from EE regarding signed MR at MDO is rec'd by 10/8/02.     DO
==============================================================================
10/09/02*13:19*SSMITH*
10/09/02*13:27*SSMITH*CSR*  TCT MDO Friedberg's office to see if EE signed
MR, s/w receptionist who stated she did and they have APS and will send back
to CORE, advised APS due to CORE by 10/16/02. On f/u will advise APS faxed
to MDO on 10/1/02 and confirmed MR signed in office, will await APS starting
today.
==============================================================================
10/10/02*12:36*SSMITH*CSR*  TCT EE to advise APS faxed to MDO and we are
awaiting APS from MDO due by 9/16/02, EE stated she would f/y with her MDO.
==============================================================================
10/11/02*11:28*SSMITH*CSR*  F/u for 10/17/02 to pend NR if APS is not rec'd
by 1016/02.
==============================================================================
10/16/02*08:31*PHERZOG*e-mail response to Kathy Tesdall, OHD, confirming
Sept. claim has been started, but 7/11/02 will remain LDW.
==============================================================================
10/16/02*10:50*SSMITH*CSR*  Rec'd signed MR via mail 10/15/02, forwarding to
file.
==============================================================================
10/16/02*13:20*KGOBIEL* CSR TCF EE to state that she does not see Dr Freidbeg
until 10/18 and MDO will not fill out paper work until MD see's EE.
==============================================================================

BA 0195

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3

NOTES (CONTINUED):

10/17/02*13:08*SSMITH*CSR* Per above, RN advised me to give until 10/21/02,
if APS is not rec'd by 10/21/02 then put case into NR. F/u for 10/21/02 to
pend for NR if no APS.
================================================================
10/18/02*16:19*SSMITH*CSR* Rec'd APS via fax 10/18/02 from MDO Friedberg not
dated: Dx: Paralysis of R arm-C5 innervated muscles probably secondary to
virus. ICD-9: 723.4, 34440. Is Dx work related: No. S&S: R biceps,
brachioradialis and rhomboideus muscles are paralyzed severly limiting use
of R arm. Significant diagnostic exams: Postivie EMG for denervation and
re-innervation (some) suggestive MRI neck... Current Tx: Zovirax 200mg
5xday-also got two courses prednisone. Medications: Above... 1st Tx date:
9/13/02. Most recent appt: 10/17/02. Could pt work with R's: No. LOD:
7/11/02 through 1/1/03. BERTW FT/FD: 1/1/02. Forwarding APS to file, case
forwarded to RN for review.
================================================================
10/21/02*11:58*KEM*Above clinical reviewed. Claim approved in review thru
eval date 10/18 w Dr. Friedberg. On f/u need next eval date w Dr. Fiscella.
================================================================
10/22/02*14:57*KMCMANAM*TCT Dr Fiscella's office regarding obtaining last ev
and next apt. Last apt 8/26 and s/w Jan and has no next eval w/ Dr
Fiscella. Provider changed from Fiscella 510-843-0692 to Friedberg-
Neurologist at  510-644-2282. TCT to Petra at Dr Friedburg's office and
states no f/u apt set yet and unsure when md wanted to see pt back- adv may
cb late this aft for that once she gets the chart.
================================================================
10/22/02*15:07*KMCMANAM*TCT Petra at Dr Friedberg's office for next apt info-
adv cb date in day-chart not avail. Adv cb date in day-chart not avail
================================================================
10/23/02*19:09*KMCMANAM*TCT Petra at MDO Friedberg and states EMG was 10/17
done- positive for denervation and innervation. C-spine 10/1 and will fax
finding as well as clinical note from 10/17- Med changed on 10/17 and adv
take med and f/u 10 days approx 10/27-28. May try back office next week
mid-week and if EE did not come in CSR to call EE to remind make apt w/ mdo
Friedberg. Confirmed fax# also. Md denotes also-prognosis is good.
================================================================
10/24/02*10:17*SSMITH*CSR* Rec'd clinical notes via fax 10/23/02 from MDO
Friedberg, forwarding to RN for review.
================================================================
10/24/02*19:29*KMCMANAM*Rcv'd md note 10/17 from Dr Friedberg. Narrative on
file. EMG carried out - biceps show brachioradalis and rhomboideus on right
show diminished interface patterns,polyphasic motor units and
fibs/fascics....completely normal FDI,indicis proprkus extensor, and
trapezius ambiguous rt deltoid ...tricep normal. Impression- The patient had
tingling in July in the rhomoideus area on right then fell/passed out on
floor and awoke w/ paralysis of the right myotome of the C5-6 nerve roots,
neck MRI suggests mild-moderate foraminal stenosis at that level and now she
has what has to be Herpes Zoster on the left at a high thoracic
level...somehow I think these are all related. She got initial some relief
from prednisone but repeat course no and now we'll try Zovirax..she has made

BA 0196

04\250246 MWELLS
\01\140651 LIZAGUIR

ROSALIE MOOS-HOLLING
REQUEST 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 2-A-3

NOTES (CONTINUED):

no significant finctional improvement and the right arm remains useless for
now. I still think prognosis is good. denotes outbreak of vesicles red
macupapular rash T2-4 level on L side w/ illegible- like somebody scratched
--me. MRI-Cervical Spine results from 10/1 on file and faxed also to CORE-
Impression No evidence of disc protrusion or extrusion. No central canal
stenosis is appreciated. There is mult-level foraminal stenosis moderate at
C5-6 and moderately severe at C6-7. Will approve through 10/31 and then call
for clinical update- to see if EE may f/u apt for eval.
============================================================================
10/31/02*19:50*KMCMANAM*Last clinical from 10/17 and EE was to return in 7-10
days for f/u. Call to see if she did return and if no pend for EE to make
apt for f/u w/ Friedberg.
============================================================================
11/01/02*16:11*KEM*Msg to CSR to call EE for most recent/next eval w Dr.
Friedberg.
============================================================================
11/04/02*12:22*KGOBIEL*CSR TCF EE to ask why she is only approved until 10/31
if NOV is not unitl 11/25. Advised EE that Core will F/U with MDO. EE also
stated that LOV was 10/18.
============================================================================
11/05/02*10:51*PHERZOG*Claim approved through 11/25 eval.
============================================================================
11/15/02*16:53*MARRUDA*TCF EE to report that neurologist canceled eval of
11/25/02 and set the date to 12-12-02.
============================================================================
11/26/02*12:18*KEM*TCT Dr. Friedberg's ofc. Recording states ofc closed this
wk for holiday and will re-open on 12/02. On f/u need to confirm MD ofc
cancelled-EE's appt scheduled for 11/25
============================================================================
12/02/02*15:03*KEM*TCT Dr. Friedberg's ofc. Left detailed VMM for cb. On cb
need to know who cancelled appt on 11/25 and what new eval date is.
============================================================================
12/03/02*18:35*KMCMANAM*TCT MDO Friedberg and s/w Tracy and states yes- md
cancelled 11/25 apt and apt rescheduled to 12/12. Will approve to 12/12 and
f/u for clinical then.
============================================================================
12/09/02*13:09*KMCMANAM*F/u dt changed to allow for 12/12 apt.
============================================================================
12/13/02*18:39*KMCMANAM*TCT MDO Friedberg and s/w Tracy and adv dictation not
back yet-- adv cb 12/17 and s/w her. Ref offer for APS to be faxed d/t md
has filled out many forms on EE.
============================================================================
12/13/02*18:41*KMCMANAM*TCT  MDO Friedberg and s/w Tracy- dictation not back
till 12/17- try then. Refuses APS at this time.

BA 0197

04\250246 MWELLS
\01\140651 DIZAGUIR

To:       Kathy.Tesdall.B; Susan.rocci.b; brenda.perry.b
cc:
From:     John J. Delaney Jr.
          Non-Occ Disability Management/Plantation
Date:     12/20/2002 08:48 AM
Subject:  Rosalie Moos-Holling

We have received CORE notes for the above and are issuing a LTD application package.
According to our records, STD began as of 7/12/02. LTD would then begin as of 1/10/03.
Should there be any change or should this person return to work, please advise us immediately.
Thank you!


Jon J. Delaney, Jr.
Phone: (866) 271-0744 x 2043
Fax: (954) 452-4083
E-Mail: jon.delaney@kemperinsurance.com

BA 0198

04\250246 MWELLS
3\02\250871 LIZAGUIR

# FAX

| Date | FEB 0 4 2003 |

Number of pages including
cover sheet: 13

TO: Mary Wells

FROM:     Laurel Gray
          Office Manager

          John Friedberg M.D.
          Board Certified
          Neurologist
          3000 Colby Street,
          Suite 305
          Berkeley, CA 94705

Phone:
Fax: 954-452-4083

CC:

Phone      (510) 644-2282
Fax Phone  (510) 644-1744

REMARKS:   ☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please Comment

RE: Moos-Holling, Rosalie

As per your conversation with Diane, the Biller,
reports are not necessary if copies of chart notes:
reports are sent.

                    Thank you,
                    Laurel

Confidential
Information protected under federal and/or state law and intended only for the use of the individual or entity named above.
If the reader of this message is not the intended recipient, nor the employer, nor agent responsible for delivering it to the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the copy
in your possession.

PLEASE CALL (510) 644-2282 IF YOU DID NOT RECEIVE ALL TRANSMITTAL PAGES.

                                                                              PAGE.01

FEB 04 '03 14:30

BA 0199

04\250246 MWELLS
\02\250871 LIZAGUIR

12/12/02
discount insurance

1/28/03     OV     Moos Halling R
EXTENSIVE          Pt being forced to
                   return g mo for

endless  pains  from  various
endless  pains  filled pain     BP=150/
insurers  Issuers
BP↑  but strength  finally
returning in her  huge  B
& SC muscles        still  still
has  allodynia of            C5/6
dermatomes

FEB 04 '03 14:30

BA 0200

04\250246 MWELLS
03\02\250871 LIZAGUIR

DEC 1 2 2002

Moos. Holling Rosaire
Pt ō optimistic &
hopeful

Still c̄

ō biceps

c̄ ō BR

c̄ supra cap

grip 5—

Hyper uthena & painful
light tunch ® forefinger &
thumb

Shingles us almull —
resolved & right cis5 to
Zovirax
Here to forms   see cct   current Rx only
                         LOTENSIN
                         FLU/ IM

PAGE.03

FEB 04 '03 14:32

BA 0201

04\250246 MWELLS
3\02\250871 LIZAGUIR

Rosalie Moos- Holling    OCT 1 7 2002

Noticed outbreaks of vescular
red maculopapular rash
~ T₂-T₄ on the (L) c̄
patches —
"like somebody
scratched me"

paralu

EMG carried out - biceps, brachioradialis
and rhomboideus on right show diminished
interference patterns, polyphasic motor units
and fibs/fascics......completely normal
FDI, indicis proprkus extensor, and trapezius
ambiguous right deltoid....tricep normal.

IMPRESSION: The patient had tinglijng
in July in the rhomboideus area on right
then fell/passed out on floor and woke
with paralysis of the right myotome of the
C5/6 nerve rootes; neck MRI suggests
mild to moderate foraminal stenosis at
that level and now she has outbreak
of what has to be Herpes Zoster on the
LEFT at a high thoracic level....somehow I think these are all related. She got
initial some releif from PREDNISONE but repeat course no and now w:'ll try
ZOVIRAX....she has made essentially no significant functional improvement and the
right arm remains useless for now. I still think prognosis is good.

cc Dr Fisella
FEB 04 '03 14:31

PAGE.04

BA 0202

O4\250246 MWELLS
3\02\250871 LIZAGUIR

# Alta Imaging Medical Group
### DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820  FAX 510 / 654-9867

Study Performed: MRI

NAME:      ROSALIE A MOOSHOLLING
DATE:      10/01/02
EXAM#:     1342446

MR#:        100487
BIRTH DATE:  01/13/45

JOHN FRIEDBERG MD
3000 COLBY STREET SUITE #308
BERKELEY, CA 94705-0000

EXAM: MRI C-SPINE    (072141)
INDICATION(S)/HISTORY: 723.0 STENOSIS, .
CERVICAL

EXAMINATION: MRI Cervical Spine

COMPARISON:    No comparison studies available for review.

HISTORY:       Right arm paralysis.

TECHNIQUE:
    a. Sagittal T2
    b. Sagittal T1
    c. Axial gradient echo

FINDINGS:      The vertebral bodies are normal in height and alignment. Fnlty degenerative changes are seen of the end plates at C5-6 and there are marginal vertebral body osteophytes at this level as well as C6-7. Imaged portions of the posterior fossa are unremarkable. The cervical spinal cord is normal in signal and appearance. The paravertebral soft tissues are normal

C2-3: No central canal or neural foraminal stenosis.

C3-4: There is minimal narrowing of the neural foramina bilaterally secondary to disc osteophyte changes. The central canal is patent.

C4-5: There are prominent degenerative changes of the facet joint on the left. There is minimal bilateral foraminal stenosis due to disc osteophyte and facet degenerative changes. No significant central canal narrowing.

C5-6: Disc osteophyte changes are present which cause moderate bilateral foraminal stenosis.

ADDITIONAL COPIES SENT TO.
ROXANNE FISCELLA MD

Page 1

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown. This report contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please return it to the sender if you are not the intended recipient. Thank you for your compliance.

PAGE.06

FEB 04 '03 14:31

BA 0203

\04\250246 MWELLS
J3\02\250871 LIZAGUIR

# Alta Imaging Medical Group
DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820   FAX 510 / 654-9867

Study Performed: MRI

NAME:    ROSALIE A MOOSHOLLING
DATE:    10/01/02
EXAM#:   1342446

MR#:        100487
BIRTH DATE:  01/13/4?

JOHN FRIEDBERG MD
3000 COLBY STREET SUITE #306
BERKELEY, CA 94705-0000

EXAM: MRI C-SPINE   (072141)
INDICATION(S)/HISTORY: 723.0 STENOSIS,
CERVICAL

No significant central canal stenosis is present.

C6-7: There is moderately severe bilateral foraminal stenosis secondary to disc osteophyte and
facet degenerative changes. No significant central canal stenosis.

C7-T1: No significant central canal or neural foraminal stenosis.

IMPRESSION:        No evidence of disc protrusion or extrusion. No central canal stenosis is
appreciated. There is multilevel foraminal stenosis, moderate at C5-6 and moderately severe at
C6-7.

DICTATED BY:  ERIC S BAIN MD
Electronically Signed By:  ERIC S BAIN MD
Transcribed by: JMCCULLOUGH 10/03/02 10:42

ADDITIONAL COPIES SENT TO
ROXANNE FISCELLA MD

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown. This report contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is addressed even if addressed incorrectly. Please return it to the sender if you are not the intended recipient. Thank you for your compliance.

Page 2

PAGE.05

FEB 04 '03 14:31

BA 0204

\4\250246 MWELLS
\02\250871 LIZAGUIR

# Alta Imaging Medical Group
DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1620  FAX 510 . 654-9867

Study Performed: MRI

NAME:    ROSALIE A MOOSHOLLING
DATE:    09/16/02
EXAM#:   1336096

MR#:        100467
BIRTH DATE:  01/13/49

JOHN  FRIEDBERG MD
3000 COLBY STREET SUITE #305
BERKELEY, CA 94705-0000

EXAM: MRI BRAIN   (07D651)
INDICATION(S)/HISTORY: 780.2 SYNCOPE

HISTORY: Syncope. Right arm numbness.

TECHNIQUE:     1. Sagittal, T1-weighted images.
               2. Axial, FLAIR images.
               3. Axial, FSE T2-weighted images.
               4. Axial, FSE T1-weighted images.

FINDINGS: No intra-axial or extra-axial mass lesions or fluid collections are identified. The ventricles and CSF spaces are normal in size and architecture. On long-TR images no focal hyperintense lesions are noted in the white or gray matter. Normal signal void is seen in the major intracranial vessels. The orbits, pituitary gland, and paranasal sinuses are all within normal limits.

IMPRESSION: Unremarkable MRI scan of the brain.

DICTATED BY:  ERIK GAENSLER  MD
Electronically Signed By.  ERIK GAENSLER MD
Transcribed by MAC 09/17/02 16:49

ADDITIONAL COPIES SENT TO

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown. This report contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please return it to the sender if you are not the intended recipient. Thank you for your compliance

Page 1

PAGE.07

FEB 04 '03 14:31

BA 0205

04\250246 MWELLS
\02\250871 LIZAGUIR

# JOHN MARK FRIEDBERG, M.D.
### BOARD CERTIFIED NEUROLOGIST

3000 Colby Street, Suite 305
Berkeley, California 94705
510.644.2282

September 13, 2002                    EEG REPORT

RE: MOOS-HOLLING, ROSALIE

INDICATIONS: This EEG is obtained to look for epileptic activity.
The patient passed out and found herself injured on the floor with
a paralyzed right arm on September 1st. Her right arm has
recovered minimally, if at all.

The record was carried out with the patient described as tense,
with considerable blinking, and alert throughout.

The EKG sample rhythm strip documents normal sinus rhythm at about
90 to 100.

The background activity is almost entirely normal beta, with
virtually no alpha over either side of the head.

There is a good deal of muscle artifact over the temporalis and
frontalis muscles, but at no point are any asymmetries noted, no
seizure activity, and no abnormal slowing.

IMPRESSION:

This EEG is within normal limits.

COMMENT:

The absence of alpha is consistent with a tense individual, and not
in itself abnormal.

The absence of seizure activity does not preclude it.

John Mark Friedberg, M.D.

JMF:sk

cc: Roxanne Fiscella, M.D.
2500 Milvia
Berkeley, CA 94705

PAGE.03

FEB 04 '03 14:32

BA 0206

Rosalie Moos- Holling

SEP 1 9 2002

Good news - MRI brain normal, no stroke and no tumor - patient
quite releived.

She still has paralysis primarily in C5/6 myotomes and numbness
which bothers her most of all in C5/6 dermatomes....PREDNISONE HELPED
QUITE A BIT AT HIGHER DOSES. Patient well aware of benefits and risks of
Prednisone and we will resume..

I'm no w thinking that whatever the reasons for her loss c.f consicousness
(alcohol??) she has a PRESSURE PALSY and prognsosi is good.

PLAN: Prednisone 42 mg and decrease by 2 mg qd until off in three weeks
and followup then. MRI neck in the menatime....I now wondir about big disc
not hurting because nerves temporarily (I hope) dead....wi'll see....

J. Friedberg, M.D.

3\04\250246 MWEC
03\02\250671 LIZAGUIR

# JOHN MARK FRIEDBERG, M.D.
### BOARD CERTIFIED NEUROLOGIST

3000 Colby Street, Suite 305
Berkeley, California 94705
510.644.2282

September 13, 2002

Roxanne Fiscella, M.D.
2500 Milvia
Berkeley, CA 94705

RE: MOOS-HOLLING, ROSALIE

Dear Roxanne:

I saw your patient this morning, and I am quite concerned that she has a potentially ominous cause for the right arm paralysis and numbness. Specifically we need to rule out a brain tumor, primary or secondary, but also a stroke. I do not think this is going to be a lesion in the neck or brachial plexus, but those possibilities will be kept in mind.

"Rosie" is a 53-year-old right-handed generally healthy microbiologist who works for Bayer Corporation, and lives on her own with her pet dog.

She may be inclined to drink a bit more wine than she should, and she had had two margaritas when, on September 1st in the afternoon, she was sitting at her computer and she lost consciousness. She found herself coming to on the floor, with bruises over the left side of her body, and her right arm paralyzed and numb and cold. She had not bitten herself, was not incontinent of urine, and was able to drive herself to the emergency room at Alameda, where a CT scan head scan was negative, presumably without contrast, and where they thought she might have had a stroke. Evidently they worried about a seizure as well, because they put her on Neurontin ? 200 mg b.i.d., as well as aspirin, and they also must have been impressed with the alcohol, because they recommended thiamine.

Her other medication is Lotensin 40 mg, which she has been on for the past two years because she developed surprisingly high blood pressure out of the blue, and the dose was progressed slightly from 30 to 40 mg about two months ago.

About a month before this happened, she had seen another doctor because of the same, but milder, complaint of weakness in her right arm, associated with some aching in the scapular area, and that

PAGE.13

FEB 04 '03 14:33

BA 0208

RE: MOOS-HOLLING, ROSALIE
September 13, 2002
Page 2

doctor thought that perhaps she had a spinal problem, but did not
order any tests.

As a child she may have suffered a concussion, but did not require
medical attention, and in her teens she passed out on a single
occasion in context, and again did not require evaluation.

When she came to on the floor on September 1st, she found that her
head was jammed against a desk and that her neck was somewhat bent,
but her neck is not especially painful now, nor is there
significant pain in the right shoulder area. She has never been
aware of irregular heartbeats. She denies seizure auras such as
olfactory or deja vu, but she has noticed that the forefinger of
her right hand sometimes seems to go into involuntary extension
spontaneously.

Her primary problem with the arm is proximal; she cannot elevate it
overhead without holding her hair with her fingers. The grip and
finger strength is relatively preserved, but the shoulder girdle
muscles are almost totally out, as is the biceps and triceps.

She denies headaches, amaurosis, scotomata, night fevers, or joint
pains of significance.

In the past several months, however, she has had fleeting
experiences of light-headedness such that on one occasion she
stopped a perfect stranger in the street to lean on his arm because
she felt like she might go out.

On EXAMINATION she comes across as a serious, bright, fully awake
and alert woman, in no acute distress at all. However, as noted,
she has great difficulty with large movements of the right arm,
especially those involving the upper arm and shoulder.

Her speech and mental status are normal. Cranial nerves were
carefully evaluated, and are normal. Neck range of motion is
normal, and she has no tenderness on palpation of the neck or in
the supraclavicular fossa. I do not see any muscle fasciculations,
and I do not think I see any atrophy, but that would be harder to
be sure of.

Her supine blood pressure today is 128/90, and on jumping up it
drops to 115/80. Her heart rate is fast, around 100, but on taking
it repeatedly there are no irregularities to suggest atrial
fibrillation, and I do not hear any heart murmurs or carotid
bruits.

Motor testing of the upper extremity, as noted, is rather
disturbing: She has zero strength in the biceps, brachioradialis,

PAGE.12

BA 0209

4\250246 MWELLS
.02\250871 LIZAGUIR

RE: MOOS-HOLLING, ROSALIE
September 13, 2002
Page 3

and triceps, and probably zero strength in the deltoid, with preserved trapezius and levator scapula muscles. The infrascapularis seems spared, but the suprascapularis is partially or completely paralyzed, while the grip strength is impaired, but not nearly to the degree that the proximal muscle are. She can extend and spread her fingers, but they are weak, in the 4/5 range. only on the right hand, and she has weakness in the 4/5 range of extension of the thumb as well, so that she can still write, but her handwriting is shaky. I could detect no similar weakness in the right or left leg, no alteration of tone, and no asymmetry of reflexes, with readily elicited and symmetrical 2+ brachioradialis, biceps, and triceps in both arms, and 1+ knee and ankle reflexes, with no clonus. Gait and station are normal.

Sensory examination revealed impairment of pinwheel especially, but other modalities as well, limited to the right hand and forearm in approximately the C5 and 6 distributions, but in fact it does not conform closely to a dermatome or a peripheral nerve distribution, and it does not go proximal to the shoulder. I tested several times whether there is any asymmetry of sensation over her torso, and there does not appear to be.

In summary, Roxanne, two weeks ago this woman passed out without good reason. An EEG today does not show any seizure activity, but my suspicion is that she had a seizure followed by a Todd's paralysis which has persisted, and may well be due to a brain tumor such as a glioma. My differential would include embolic stroke from episodic atrial fibrillation, possibly related to alcohol or, for that matter, a subdural could do this, but should have shown up on the CAT scan. A glioma can be missed on a CAT scan.

The first step by far is an MRI of the brain, which will show a stroke or a tumor, and to proceed from there. If it is entirely negative, I will get a scan of her neck and, if need be, the brachial plexus, but there has to be an explanation for this very significant disability. She has been unable to work with this.

The EEG does not show epileptic activity, and she is on what appears to be a placebo dose of Neurontin 100 mg b.i.d., but I will not change it. I also wonder about orthostasis, but could not prove it, so I will not change her Lotensin. I am sufficiently suspicious of a tumor that a brief course of prednisone is justified, even without a firm diagnosis, to observe its effect. She has a strong stomach and no contraindications, and was interested in doing something, and this was prescribed, starting with 60 mg today and tapering by 10 q.d. until done.

FEB 04 '03 14:32

BA 0210

04\250246 MWELLS
3\02\250871 LIZAGUIR

RE: MOOS-HOLLING, ROSALIE
September 13, 2002
Page 4

In the meanwhile we will find out what is behind this.

Her review of systems did not suggest any source of metastatic
disease, e.g., no abnormal uterine bleeding, no breast masses, and
no history of cigarette smoking.

Something has to be causing this, and we will let you know.

Very truly,

John Mark Friedberg, M.D.

JMF:sk

FEB 04 '03 14:32

BA 0211



# KNS General Peer Review

| | |
|---|---|
| | **Claimant:**  Rosalie Moos-Holling |
| **Referral Date:**  02/20/03 (Dictated 02/20/03) | **Age:**  54 |
| **Requester:**  Mary Wells | **SS#/Claim#:**  2003-01-13-0135 |
| **Requester Resource #:**  5575 | **Account:**  Bayer |
| **Department:**  IDM | **Job Title:**  QA Product Doc & Release Admin |
| **Extension:**  2734 | |
| | **Physical Exertion level:** |
| **Peer Reviewer:**  Lawrence Blumberg, MD | ☐ Sedentary   ☒ Light   ☐ Medium |
| **Specialty:**  Orthopedic Surgery | ☐ Heavy   ☐ Very Heavy |
| | **Diagnosis(es):**  C5 Radiculitis/Paralysis R. Arm |
| **Peer Resource #:**  4781 | **First Date of Absence:**  09/02/02 |
| | **LTD date:**  03/01/03 |

**Evaluate Functional Impairment related to:**   ☐ Any Occupation   ☐ N/A   ☒ Own Occupation

## Information Reviewed/Considered:

Please determine if Ms. Moos-Holling is disabled from her own occupation. Her position is sedentary in nature. However her position does require writing, typing, fine hand manipulation, simple grasping and pushing and pulling.

Occupational Demands Form
Office notes from Dr. Friedberg

## Functional Impairment Status Determination:

Specific Referral Question(s):

Determination:
   ___  Supports functional impairment(s) that precludes work
   _x_  Fails to support functional impairment(s) that precludes work

BA 0212

250246 MWELLS
2\250888 LIZAGUIR

KNS General Peer Review
Page: 2
Moos-Holling, Rosalie

**Rationale:**

The claimant suffered a fall after drinking. On 9/13/02, she had very little function of her upper extremity and had 0 strength in her biceps, brachioradialis, and triceps. She had 4/5 strength in the right hand and 4/5 strength in the thumb as well. She was able to write. The examination on 1/28/03 consists of a handwritten note. It states that the strength was finally returning to her biceps, brachioradialis, and supraspinatus muscles. There is no complete physical examination provided. Specifically, no range of motion testing, complete motor strength testing or neurologic examination.

Based on the objective documentation provided, there is nothing to preclude the claimant from performing the activities of a Bayer QA product DOC and release administrator, which is light duty work.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____          2/w/03
                                          _____
                                          Date

Lawrence Blumberg, MD
Orthopedic Surgeon

LB:lg

BA 0213

**Bayer**

100 Bayer Road
Pittsburgh, PA 15205
Phone: 412-777-2486
Fax: 412-777-2034

# Fax

| | | From: | Danielle Boni - Central Benefits |
|---|---|---|---|
| To: | Kim East | Date: | 3-24-03 |
| Fax: | 954-452-4133 | Pages: | 5 |
| Phone: | 954-693-2550 | CC: | |
| Re: | ERISA | | ☐ Please Reply ☐ Please Recycle |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•Comments:

Tara Jones    MAR 0 5 2003

BA 0214

04\250246 MWELLS

**Bayer**

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205-9741
Phone: 412 777-2000

March 24, 2003

Ms. Kim East
Kemper Insurance
P.O. Box 189088
Plantation, FL 33324-4036

Re:   Rosalie Moos-Holling
SSN: 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

Dear Kim:

Enclosed is an ERISA Review request. Please review this request and send Kemper's brief by April 11, 2003.

In your brief, please address the determination of terminating this employee's long-term disability benefit.

The next ERISA Review meeting is scheduled for April 2, 2003.

Thank you.

Debbie Rouleau

BA 0215

3\04\250246 MWELLS

**Bayer** BENEFITS DEPT

Bayer Benefits Center
Employee Benefits Claim Review
Request

MAR 20 2003

BAYER CORP.
PITTSBURGH

To: Rosalie Moos-Holling

**Procedure**

According to the Employee Retirement Income Security Act of 1974 (ERISA), Bayer employees covered by employee benefit plans governed by ERISA have the right to appeal the denial of any properly submitted claim. This means that if you submit a claim either directly to an insurance company or third party administrator providing or administering benefits under the covered plans and that claim is either totally denied or you do not agree with the amount of benefit paid under the claim, you may appeal the settlement of the claim. The formal review procedure is explained in the "If a Claim is Denied" section of each Summary Plan Description.

You have 180 days from the date of receiving the decision from the insurance company or third party administrator to file an appeal. In order to do so, complete and forward this form along with supporting documents to the Bayer Benefits Administration/ERISA Review Committee.

You should receive notice from the Bayer Benefits Administration/ERISA Review Committee on the decision of the appeal within 45 days after requesting the appeal. In certain circumstances, you may be notified that the 45-day period has been extended to 90 days.

**Appeal**

This request must be filed within the time periods noted above by mailing a copy of this request, signed by you, together with all relevant, supporting documentation, to:

Bayer Corporation Benefits Administration/ERISA Review Committee
100 Bayer Road, Building 16
Pittsburgh, PA 15205-9741

I do not agree with the decision for the following reason: (Attach a separate page and, in your explanation, cite the specific section of the Summary Plan Description which was violated.) I have attached all supporting documentation which is relevant to the appeal, including materials submitted with the original claim. I agree to the release of any medical information relevant to this claim to the Bayer Corporation Benefits Administration/ERISA Review Committee.

I hereby request the Benefits Administration/ERISA Review Committee review my claim.

Signature: *Rosalie A. Moos-Holling*

Name: *ROSALIE A. MOOS-HOLLING*

Address: *2032 ALAMEDA AVE.*
*ALAMEDA, CA 94501*

SSN: *392 - 46 - 2189*

Revision 7/1/02

BA 0216

4\250246 MWELLS

**ROSALIE A. MOOS-HOLLING**
2032 Alameda Avenue
Alameda, California 94501

March 17, 2003

Bayer Corporation Benefits Administrator/
ERISA Review Committee
100 Bayer Road, Building 16
Pittsburgh, PA 15205-9741

To Whom It May Concern:

This is in response to a letter from Mary Wells, a disability claims examiner with the Kemper Insurance Company. The letter dated February 20, 2003 denied me LTD benefits. I disagree with this decision for a number of reasons. I will enumerate the key points that I disagree with.

On March 10, 2003 I had an appointment with Dr. John Friedberg, my neurologist. I showed him the letter from Mary Wells. Dr. Friedberg said that the denial was based on some erroneous conclusions.

First, the letter states that I can write. I can but with great difficulty. In a letter to Hilarie DeGroot of Bayer Corporation dated March 3, 2003, Dr. Friedberg states "Her (Rosalie's) right arm - specifically the bicep, brachioradialisand supracapularis remains significantly weak and theC5/6 dermatomes exhibit allodynia, altered and unpleasant sensations provoked by light touch." My thumb and index finger on my right arm are still swollen and are not usable which makes writing difficult at best.

Secondly, Mary Wells states that I have 4/5 strength in my arm. According to Dr. Friedberg this represents a significant weakness and that the terminology he used was commonly used in neurology and might not be given the correct assessment by a doctor whose specialty is not neurology. My claim was reviewed by a physician whose specialty is Orthopedic Surgery.

Third, my medical records were released and available for your review. Dr. John Friedberg stated that he keeps extensive notes on my condition and my progress. I have seen Dr. Friedberg on a regular basis since I loss use of my right arm.

Fourth, Mary Well's letter states that my job as QA Product Document and Release Administrator is a "light duty work" however, my job does require my ability to write which at this time I can not do easily and certainly not for a prolonged period of time.

BA 0217

04\250246 MWELLS)

would appreciate your review of my claim. Dr. Friedberg's assessment of my current condition is a matter of record and available to you. In summary, I can not at present perform the duties of my current position at Bayer Corporation and I therefore need LTD benefits.

Thank you for your time consideration.

Sincerely,

Rosalie A. Moos-Holling

Tara Morris    MAR 2 4 2003

++ TOTAL PAGE.05 ++

04\250246 MWELLS

**JOHN MARK FRIEDBERG, M.D.**
BOARD CERTIFIED NEUROLOGIST

3000 Colby Street, Suite 305
Berkeley. California 94705
510.644.2282

March 10, 2003

Hilarie DeGroot
Sr. Human Resources Consultant
Bayer Corp
800 Dwight Way
PO Box 1986
Berkeley CA 94701
Fax 705 5217

Re: ROSALIE MOOS-HOLLING

Dear Ms. De Groot,

Ms. Moos Holling was here for followup today and showed me your letter of February 26, 2003.

Ms. Moos Holling's job in quality assurance involves written reports. Her right arm – specifically the bicep, brachioradialis and suprascapularis muscles remains significantly weak and the C5/6 dermatomes exhibit allodynia, altered and unpleasant sensations provoked by light touch.

In my prior reports and paperwork I estimated a return to work date of June 1 and see no reason to change that estimate. She is incapable of doing any writing, typing or manual work with her right arm at this point in time so it is a bit unclear on exactly what you base your plan to put her back to work with a "smooth transition." We would not want to put her at risk for RSD or other complication of premature exertion.

Hoping for your continued cooperation.

Very truly,

John Friedberg, M.D.

**Staci Young**

To:        debra.rouleau.b
cc:        JennY.ABDULLA.B
From:      Staci P. Young
           IDM APPEALS/Plantation 1
Date:      04/24/2003 11:10 AM
Subject:   Rosalie Moos-Holling

On final level appeal, LTD benefits have been reinstated, effective 03/01/03.   Ms. Moos-Hollings file has been re-opened and will be managed by the Claims Unit.

If you have any questions, please let me know.

Thank you
-----------------------------
Staci Young, LPN
Appeal Coordinator

Integrated Disability Management
Telephone:     (954) 693-2247
Facsimile:     (954) 452-4133
Email: spyoung@kemperinsurance.Com

BA 0220

\O4\250246 MWELLS

**Staci Young**

To:       Amber M. Lewis; Mary E. Wells
cc:
From:     Staci P. Young
          IDM APPEALS/Plantation 1
Date:     04/24/2003 10:55 AM
Subject:  Rosalie Moos-Holling-Bayer

On appeal, LTD has been reinstated effective 03/01/03.  Please update payroll to reflect reinstatement.  In addition, claim needs to be re-opened and managed for continued benefits.

****note*** EE has a tentative RTW date for June***

All documentation has been sent to scanning.  If you need anything, please let me know.

Thanks
Staci

BA 0221



# KNS General Peer Review

| | |
|---|---|
| **Referral Date:** 02/20/03 (Dictated 02/20/03) | **Claimant:** Rosalie Moos-Holling |
| **Requester:** Mary Wells | **Age:** 54 |
| **Requester Resource #:** 5575 | **SS#/Claim#:** 2003-01-13-0135 |
| **Department:** IDM | **Account:** Bayer |
| **Extension:** 2734 | **Job Title:** QA Product Doc & Release Admin |
| **Peer Reviewer:** Lawrence Blumberg, MD | **Physical Exertion level:** |

Sedentary  [x] Light  [ ] Medium
[ ] Heavy  [ ] Very Heavy

**Specialty:** Orthopedic Surgery

**Diagnosis(es):** C5 Radiculitis/Paralysis R. Arm

**Peer Resource #:** 4781

**First Date of Absence:** 09/02/02

**LTD date:** 03/01/03

**Evaluate Functional Impairment related to:** [x] Own Occupation  [ ] Any Occupation  [ ] N/A

## Information Reviewed/Considered:

Please determine if Ms. Moos-Holling is disabled from her own occupation. Her position is sedentary in nature. However her position does require writing, typing, fine hand manipulation, simple grasping and pushing and pulling.

Occupational Demands Form
Office notes from Dr. Friedberg

## Functional Impairment Status Determination:

Specific Referral Question(s):

Determination:
___ Supports functional impairment(s) that precludes work
_x_ Fails to support functional impairment(s) that precludes work

BA 0222

\02\250888 MWELLS

.KNS General Peer Review
Page: 2
Moos-Holling, Rosalie

**Rationale:**

The claimant suffered a fall after drinking.  On 9/13/02, she had very little function of her upper extremity and had 0 strength in her biceps, brachioradialis, and triceps.  She had 4/5 strength in the right hand and 4/5 strength in the thumb as well.  She was able to write..  The examination on 1/28/03 consists of a handwritten note.  It states that the strength was finally returning to her biceps, brachioradialis, and supraspinatus muscles.  There is no complete physical examination provided. Specifically, no range of motion testing, complete motor strength testing or neurologic examination.

Based on the objective documentation provided, there is nothing to preclude the claimant from performing the activities of a Bayer QA product DOC and release administrator, which is light duty work.

The opinions rendered above reflect reasonable clinical certainty based upon the available information.

_____                _____
                                              Date

Lawrence Blumberg, MD
Orthopedic Surgeon

LB:lg

BA 0223

# FAX

**Date** FEB 0 4 2003

**Number of pages including cover sheet:** 13

**TO:** Mary Wells

**FROM:** Laurel Gray
Office Manager

John Friedberg M.D.
Board Certified
Neurologist
3000 Colby Street,
Suite 305
Berkeley, CA 94705

**Phone:**
**Fax:** 954 - 452 - 4083

**Phone** (510) 644-2282
**Fax Phone** (510) 644-1744

**CC:**

☐ Reply ASAP   ☐ Please Comment

**REMARKS:**   ☐ Urgent   ☐ For your review

RE: Moos-Holling, Rosalie

As per your conversation with Diane, the Biller, reports are not necessary if copies of chart notes reports are sent.

Thank you,

Laurel

**Confidential**
Information protected under federal and/or state law and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, nor the employer, nor agent responsible for delivering it to the intended recipeint, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the c in your possession.

PLEASE CALL (510) 644-2282 IF YOU DID NOT RECEIVE ALL TRANSMITTAL PAGES.

PAGE.01

FEB 04 '03 14:30

BA 0224

12/12/02 discussed ā insurance

EXTENSIVE

1/28/03  OV   Moos Hallmy, R
PT being forced to return q mo for

endless forms from various insurers filled out
BP↑ but strength finally returning in her bicep
& ↑ SC muscles — still has allodynia & ↑ mm ⊗ C5/6 dermatomes

PAGE.02

FEB 04 '03 14:30

BA 0225

DEC 12 2002

Moos-Holling Rosalie

Pt Ō optimistic &

hopeful

Still c̄

ō biceps

ō BR

↓ supraecap

grip 5—

Hyper ulthena & painful

light touch Ⓡ forefinger &

~~thumb~~ —

Parsonage Turner
+ carried.

Shingles resolved —

resolved ⊼ upon d ×

Zovirax

Herr for farms

current Rʒ only

see cely LOTENSIN(2)

F/U Ī M

02\250871 MWELLS

Rosalie Moos- Holling    OCT 1 7 2002

Noticed outbreak of vesicular
red maculopapular rash
~ T₂-T₄ on the (L) c̄
patches —
"like somebody
scratched me"



EMG carried out - biceps, brachioradialis
and rhomboideus on right show diminished
interference patterns, polyphasic motor units
and fibs/fascics......completely normal
FDI, indicis proprkus extensor, and trapezius
ambiguous right deltoid....tricep normal.

IMPRESSION: The patient had tinglijng
in July in the rhomboideus area on right
then fell/passed out on floor and woke
with paralysis of the right myotome of the
C5/6 nerve rootes; neck MRI suggests
mild to moderate foraminal stenosis at
that level and now she has outbreak
of what has to be Herpes Zoster on the
LEFT at a high thoracic level....somehow I think these are all related. She got
initial some releif from PREDNISONE but repeat course no and now w::ll try
ZOVIRAX....she has made essentially no significant functional improvement and the
right arm remains useless for now. I still think prognosis is good.

PAGE.04

cc Dr Fiscella
FEB 04 '03 14:31

BA 0227

02\250871 MWELLS

# Alta Imaging Medical Group
### DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820  FAX 510 / 654-9867

Study Performed:  MRI

NAME:    ROSALIE A MOOSHOLLING
DATE:    10/01/02
EXAM#:   1342446

MR#:        100487
BIRTH DATE:  01/13/49

JOHN FRIEDBERG MD
3000 COLBY STREET SUITE #305
BERKELEY, CA 94705-0000

EXAM: MRI C-SPINE    (072141)
INDICATION(S)/HISTORY: 723.0 STENOSIS,
CERVICAL

No significant central canal stenosis is present.

C6-7:  There is moderately severe bilateral foraminal stenosis secondary to disc osteophyte and
facet degenerative changes.  No significant central canal stenosis.

C7-T1:  No significant central canal or neural foraminal stenosis.

IMPRESSION:      No evidence of disc protrusion or extrusion. No central canal stenosis is
appreciated.  There is multilevel foraminal stenosis, moderate at C5-6 and moderately severe at
C6-7.

DICTATED BY:  ERIC S BAIN  MD
Electronically Signed By:  ERIC S BAIN MD
Transcribed by: JMCCULLOUGH 10/03/02 10:12

ADDITIONAL COPIES SENT TO:
ROXANNE FISCELLA MD

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown.  This report
contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is licensed even if addressed
incorrectly.  Please return it to the sender if you are not the intended recipient. Thank you for your compliance.

Page 2

FEB 04  '03 14:31

PAGE.05

BA 0228

:\250871 MWELLS

# Alta Imaging Medical Group
### DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820   FAX 510 / 654-9867

Study Performed: MRI

NAME:    ROSALIE A MOOSHOLLING
DATE:    10/01/02
EXAM#:   1342446

MR#:        100467
BIRTH DATE:  01/13/4*

JOHN FRIEDBERG MD
3000 COLBY STREET SUITE #308
BERKELEY, CA 94705-0000

EXAM: MRI C-SPINE   (072141)
INDICATION(S)/HISTORY: 723.0 STENOSIS, .
CERVICAL

EXAMINATION: MRI Cervical Spine

COMPARISON:    No comparison studies available for review.

HISTORY:    Right arm paralysis.

TECHNIQUE:
a. Sagittal T2
b. Sagittal T1
c. Axial gradient echo

FINDINGS:    The vertebral bodies are normal in height and alignment. Fulty degenerative changes are seen of the end plates at C5-6 and there are marginal vertebral body osteophytes at this level as well as C6-7. Imaged portions of the posterior fossa are unremarkable. The cervical spinal cord is normal in signal and appearance. The paravertebral soft tissues are normal

C2-3:  No central canal or neural foraminal stenosis.

C3-4:  There is minimal narrowing of the neural foramina bilaterally secondary to disc osteophyte changes. The central canal is patent.

C4-5:  There are prominent degenerative changes of the facet joint on the left. There is minimal bilateral foraminal stenosis due to disc osteophyte and facet degenerative changes. No significant central canal narrowing.

C5-6:  Disc osteophyte changes are present which cause moderate bilateral foraminal stenosis.

ADDITIONAL COPIES SENT TO.
ROXANNE FISCELLA MD

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender of the address shown. This report contains confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please return to the sender if you are not the intended recipient. Thank you for your compliance.

Page 1

PAGE.06

FEB 04 '03 14:31

BA 0229

\02\250871 MWELLS

# Alta Imaging Medical Group
### DIVISION OF BAY IMAGING CONSULTANTS

5730 Telegraph Ave., Oakland CA 94609
510 / 204-1820  FAX 510 / 654-9867

Study Performed: MRI

NAME:     ROSALIE A MOOSHOLLING
DATE:      09/16/02
EXAM#:    1336095

MR#:          100467
BIRTH DATE:  01/13/49

JOHN FRIEDBERG MD
3000 COLBY STREET SUITE #305
BERKELEY, CA 94705-0000

EXAM: MRI BRAIN   (070651)
INDICATION(S)/HISTORY: 780.2 SYNCOPE

**HISTORY:** Syncope.  Right arm numbness.

**TECHNIQUE:**
1. Sagittal, T1-weighted images.
2. Axial, FLAIR images.
3. Axial, FSE T2-weighted images.
4. Axial, FSE T1-weighted images.

**FINDINGS:** No intra-axial or extra-axial mass lesions or fluid collections are identified.  The ventricles and CSF spaces are normal in size and architecture. On long-TR images no focal hyperintense lesions are noted in the white or gray matter.  Normal signal void is seen in the major intracranial vessels.  The orbits, pituitary gland, and paranasal sinuses are all within normal limits.

**IMPRESSION:**  Unremarkable MRI scan of the brain.

DICTATED BY:  ERIK GAENSLER  MD
Electronically Signed By.  ERIK GAENSLER MD
Transcribed by MAC 09/17/02 16:49

ADDITIONAL COPIES SENT TO

CONFIDENTIALITY NOTICE: If you have received this report in error, please immediately notify the sender at the address shown. This report contains confidential information. This information is intended only for the use of the individual or entity to whom it is intended even if addressed incorrectly.  Please return it to the sender if you are not the intended recipient.  Thank you for your compliance.

Page 1

PAGE.07

FEB 04 '03 14:31

BA 0230

J2\250871 MWELLS

JOHN MARK FRIEDBERG, M.D.
BOARD CERTIFIED NEUROLOGIST

3000 Colby Street, Suite 305
Berkeley, California 94705
510.644.2282

September 13, 2002                EEG REPORT

RE:  MOOS-HOLLING, ROSALIE

INDICATIONS:  This EEG is obtained to look for epileptic activity.
The patient passed out and found herself injured on the floor with
a paralyzed right arm on September 1st.  Her right arm has
recovered minimally, if at all.

The record was carried out with the patient described as tense,
with considerable blinking, and alert throughout.

The EKG sample rhythm strip documents normal sinus rhythm at about
90 to 100.

The background activity is almost entirely normal beta, with
virtually no alpha over either side of the head.

There is a good deal of muscle artifact over the temporalis and
frontalis muscles, but at no point are any asymmetries noted, no
seizure activity, and no abnormal slowing.

IMPRESSION:

This EEG is within normal limits.

COMMENT:

The absence of alpha is consistent with a tense individual, and not
in itself abnormal.

The absence of seizure activity does not preclude it.

John Mark Friedberg, M.D.

JMF:sk

cc:  Roxanne Fiscella, M.D.
     2500 Milvia
     Berkeley, CA  94705

PAGE.08

FEB 04 '03 14:32

BA 0231

O2\250871 MWELLS

Rosalee Moos - Holling

SEP 1 9 2002

Good news - MRI brain normal, no stroke and no tumor - patient quite relieved.

She still has paralysis primarily in C5/6 myotomes and numbness which bothers her most of all in C5/6 dermatomes....PREDNISONE HELPED QUITE A BIT AT HIGHER DOSES. Patient well aware of benefits and risks of Prednisone and we will resume..

I'm now thinking that whatever the reasons for her loss of consicousness (alcohol??) she has a PRESSURE PALSY and prognsosi is good.

PLAN: Prednisone 42 mg and decrease by 2 mg qd until off in three weeks and followup then. MRI neck in the menatime....I now wonder about big disc not hurting because nerves temporarily (I hope) dead....we'll see....

Friedberg, M.D.

BA 0232

PAGE.09

FEB 04 '03 14:32

**JOHN MARK FRIEDBERG, M.D.**
BOARD CERTIFIED NEUROLOGIST

3000 Colby Street, Suite 305
Berkeley, California 94705
510.644.2282

September 13, 2002

Roxanne Fiscella, M.D.
2500 Milvia
Berkeley, CA 94705

RE: MOOS-HOLLING, ROSALIE

Dear Roxanne:

I saw your patient this morning, and I am quite concerned that she has a potentially ominous cause for the right arm paralysis and numbness. Specifically we need to rule out a brain tumor, primary or secondary, but also a stroke. I do not think this is going to be a lesion in the neck or brachial plexus, but those possibilities will be kept in mind.

"Rosie" is a 53-year-old right-handed generally healthy microbiologist who works for Bayer Corporation, and lives on her own with her pet dog.

She may be inclined to drink a bit more wine than she should, and she had had two margaritas when, on September 1st in the afternoon, she was sitting at her computer and she lost consciousness. She found herself coming to on the floor, with bruises over the left side of her body, and her right arm paralyzed and numb and cold. She had not bitten herself, was not incontinent of urine, and was able to drive herself to the emergency room at Alameda, where a CT scan head scan was negative, presumably without contrast, and where they thought she might have had a stroke. Evidently they worried about a seizure as well, because they put her on Neurontin? 200 mg b.i.d., as well as aspirin, and they also must have been impressed with the alcohol, because they recommended thiamine.

Her other medication is Lotensin 40 mg, which she has been on for the past two years because she developed surprisingly high blood pressure out of the blue, and the dose was progressed slightly from 30 to 40 mg about two months ago.

About a month before this happened, she had seen another doctor because of the same, but milder, complaint of weakness in her right arm, associated with some aching in the scapular area, and that

PAGE.13

BA 0233

02\250871 MWELLS

RE: MOOS-HOLLING, ROSALIE
September 13, 2002
Page 2

doctor thought that perhaps she had a spinal problem, but did not order any tests.

As a child she may have suffered a concussion, but did not require medical attention, and in her teens she passed out on a single occasion in context, and again did not require evaluation.

When she came to on the floor on September 1st, she found that her head was jammed against a desk and that her neck was somewhat bent, but her neck is not especially painful now, nor is there significant pain in the right shoulder area. She denies seizure auras such as aware of irregular heartbeats. She has noticed that the forefinger of olfactory or deja vu, but she has noticed that the forefinger of her right hand sometimes seems to go into involuntary extension spontaneously.

Her primary problem with the arm is proximal; she cannot elevate it overhead without holding her hair with her fingers. The grip and finger strength is relatively preserved, but the shoulder girdle muscles are almost totally out, as is the biceps and triceps.

She denies headaches, amaurosis, scotomata, night fevers, or joint pains of significance.

In the past several months, however, she has had fleeting experiences of light-headedness such that on one occasion she stopped a perfect stranger in the street to lean on his arm because she felt like she might go out.

On EXAMINATION she comes across as a serious, bright, fully awake and alert woman, in no acute distress at all. However, as noted, she has great difficulty with large movements of the right arm, especially those involving the upper arm and shoulder.

Her speech and mental status are normal. Cranial nerves were carefully evaluated, and are normal. Neck range of motion is normal, and she has no tenderness on palpation of the neck or in the supraclavicular fossa. I do not see any muscle fasciculations, and I do not think I see any atrophy, but that would be harder to be sure of.

Her supine blood pressure today is 128/90, and on jumping up it drops to 115/80. Her heart rate is fast, around 100, but on taking it repeatedly there are no irregularities to suggest atrial fibrillation, and I do not hear any heart murmurs or carotid bruits.

Motor testing of the upper extremity, as noted, is rather disturbing: She has zero strength in the biceps, brachioradialis,

PAGE.12

FEB 04 '03 14:33

BA 0234

2\250871 MWELLS

RE: MOOS-HOLLING, ROSALIE
September 13, 2002
Page 3

and triceps, and probably zero strength in the deltoid, with preserved trapezius and levator scapula muscles. The infrascapularis seems spared, but the suprascapularis is partially or completely paralyzed, while the grip strength is impaired, but not nearly to the degree that the proximal muscle are. She can extend and spread her fingers, but they are weak, in the 4/5 range only on the right hand, and she has weakness in the 4/5 range of extension of the thumb as well, so that she can still write, but her handwriting is shaky. I could detect no similar weakness in the right or left leg, no alteration of tone, and no asymmetry of reflexes, with readily elicited and symmetrical 2+ brachioradialis, biceps, and triceps in both arms, and 1+ knee and ankle reflexes, with no clonus. Gait and station are normal.

Sensory examination revealed impairment of pinwheel especially, but other modalities as well, limited to the right hand and forearm in approximately the C5 and 6 distributions, but in fact it does not conform closely to a dermatome or a peripheral nerve distribution, and it does not go proximal to the shoulder. I tested several times whether there is any asymmetry of sensation over her torso, and there does not appear to be.

In summary, Roxanne, two weeks ago this woman passed out without good reason. An EEG today does not show any seizure activity, but my suspicion is that she had a seizure followed by a Todd's paralysis which has persisted, and may well be due to a brain tumor such as a glioma. My differential would include embolic stroke from episodic atrial fibrillation, possibly related to alcohol or, for that matter, a subdural could do this, but should have shown up on the CAT scan. A glioma can be missed on a CAT scan.

The first step by far is an MRI of the brain, which will show a stroke or a tumor, and to proceed from there. If it is entirely negative, I will get a scan of her neck and, if need be, the brachial plexus, but there has to be an explanation for this very significant disability. She has been unable to work with this.

The EEG does not show epileptic activity, and she is on what appears to be a placebo dose of Neurontin 100 mg b.i.d., but I will not change it. I also wonder about orthostasis, but could not prove it, so I will not change her Lotensin. I am sufficiently suspicious of a tumor that a brief course of prednisone is justified, even without a firm diagnosis, to observe its effect. She has a strong stomach and no contraindications, and was interested in doing something, and this was prescribed, starting with 60 mg today and tapering by 10 q.d. until done.

FEB 04 '03 14:32

BA 0235

RE: MOOS-HOLLING, ROSALIE
September 13, 2002
Page 4

In the meanwhile we will find out what is behind this.

Her review of systems did not suggest any source of metastatic
disease, e.g., no abnormal uterine bleeding, no breast masses, and
no history of cigarette smoking.

Something has to be causing this, and we will let you know.

Very truly,

John Mark Friedberg, M.D.

JMF:sk

PAGE.10

FEB 04 '03 14:32



April 24, 2003

Ms. Rosalie Moos-Holling
2032 Alameda Avenue
Alameda, California 94501

RE:   Bayer Corporation Long Term Disability (LTD) Plan
      Claim Number: 200301100233
      Date of Disability: 09/02/02
      LTD Effective Date: 03/01/03

Dear Ms. Moos-Holling

As you are aware, Kemper National Services, Inc is the administrator of the Long Term Disability Plan for Bayer Corporation. We have completed our review of your request for an appeal for LTD benefits.

The Bayer Corporation LTD plan defines "disability" and "totally disabled" as:

A)   For the first six months after your Short Term Disability (STD) benefits end you are unable to perform the essential duties of your regular occupation.

B)   Beginning six months after your LTD benefits begin, you must be unable to work at any job for which you are or become qualified by education, training, or experience.

Included in our review was an Employee Disability Benefit Application; core notes dated 9/24/02 through 12/13/02; office notes from Dr. John Friedberg, Neurologist dated 10/17/02, 12/12/02, 12/17/02 and 1/28/03; a MRI of the cervical spine report, dated 10/01/02; a MRI of the brain report, dated 09/16/02; an EEG report dated 09/13/02; office notes from Dr. Friedberg, dated 09/19/02; a letter to Roxanne Fiscella, MD. From Dr. Friedberg, dated 09/13/02; a previous peer review performed by Dr. Lawrence Burstein, Psychologist, dated 02/20/03; your appeal letter, dated 03/17/03; a letter to Bayer corporation from Dr. Friedberg, dated 03/10/03 and your job description.

In an effort to afford you every opportunity available, a Kemper National Service Peer Physician specializing in Neurology reviewed your file.

After a careful review of the aforementioned documentation, it has been determined that you were unable to perform the duties of your job as a QA Product Documentation Release Administrator. Therefore, your request for Long Term Disability benefits have been approved, effective 03/01/03.

Your file has been returned to your Claims Examiner for payroll processing. Any benefits owed will be processed under separate cover.

(866) 271-0744
(954) 452-4133
PO Box 189157
Plantation, FL 33318-9157

BA 0237