JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone:  (415) 875-3355
Facsimile:   (415) 358-9885

Attorneys for Defendant
BAYER CORPORATION DISABILITY PLANS
(*erroneously sued as BAYER CORPORATION DISABILITY PLAN*)

LAURENCE F. PADWAY (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff ROSALIE MOOS-HOLLING

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE MOOS-HOLLING,<br><br>           Plaintiff,<br><br>     v.<br><br>BAYER CORPORATION DISABILITY PLAN,<br><br>           Defendant. | CASE NO. C-07-06240 SI<br><br>**JOINT SUBSEQUENT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   June 6, 2008<br>Time:  2:30 p.m.<br>Place:  Courtroom 10, 19th Floor |

Pursuant to Civil L.R.16.10(d), Defendant Bayer Corporation Disability Plans (herein, "Defendant" or the "Plan") and plaintiff Rosalie Moos-Holling (herein, "Plaintiff") hereby submit this as their Joint Subsequent Case Management Conference Statement to report the

-1-

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT (CASE NO. C-07-06240 SI)**

1  progress in the case since the last Joint Case Management Statement was filed on March 21,
2  2008.
3      The progress to report is that the parties are participating in the Court's Early Neutral
4  Evaluation program.  An ENE session with evaluator Geoffrey V. White is scheduled for
5  June 30, 2008.
6      The parties therefore do not believe that a further CMC is necessary at this time.

DATED: May 30, 2008                LAW OFFICE OF JEROME SCHREIBSTEIN

                                   By:  _____/S/_____
                                   JEROME SCHREIBSTEIN
                                   Attorneys for Defendant
                                   BAYER CORPORATION DISABILITY PLANS
                                   (erroneously sued as BAYER CORPORATION
                                   DISABILITY PLAN)

DATED: May 30, 2008                LAW OFFICES OF LAURENCE F. PADWAY

                                   By:  _____/S/_____
                                   LAURENCE F. PADWAY
                                   Attorneys for Plaintiff ROSALIE MOOS-
                                   HOLLING

-2-

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT (CASE NO. C-07-06240 SI)**