**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSALIE A. MOOS-HOLLING,    No. C 07-06240SI

    Plaintiff,    **NOTICE**

v.

BAYER CORPORATION DISABILITY PLAN,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference has been continued from June 6, 2008, to August 22, 2008, at 2:30 p.m. Please file a joint case management conference statement one week prior to the conference.

Dated: June 4, 2008    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk