# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Moos-Holling,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Bayer Corporation Disability Plan,<br><br>          Defendant(s). | No. C 07-06240 SI ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ___6-30-08___

2. Did the case settle?     ☐ fully     ☐ partially     ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?     ☒ YES     ☐ NO

Dated: ___7/1/2008___

_____
Evaluator, Geoffrey V. White
Law Offices of Geoffrey V. White
351 California St., Suite 1500
San Francisco, CA 94104

**Certification of ADR Session**
07-06240 SI ENE