JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875 -3355
Facsimile:   (415) 358-9885

Attorneys for Defendant
BAYER CORPORATION DISABILITY PLANS
(*erroneously sued as BAYER CORPORATION DISABILITY PLAN*)

LAURENCE F. PADWAY (SBN 89314)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814 -6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff ROSALIE MOOS-HOLLING

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE MOOS-HOLLING, | CASE NO. C-07-06240 SI |
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | Date:   August 22, 2008 |
| BAYER CORPORATION DISABILITY PLAN, | Time:   2:30 p.m. |
| | Place:  Courtroom 10, 19th Floor |
| Defendant. | |

Pursuant to Civil L.R.16.10(d), defendant Bayer Corporation Disability Plans and plaintiff Rosalie Moos-Holling hereby submit this as their further Case Management Conference Statement in advance of the upcoming August 22, 2008 Case Management Conference in this

-1-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT (CASE NO. C-07-06240 SI)

1  matter. The following summarizes the current case status and the parties' joint request for the
2  further case management of this action:

3    1.   Defendant submits that it has disclosed the administrative record in this matter,
4  along with the Summary Plan Description for the Plan at issue and other documents relative to
5  the administration of the Plan.

6    2.   Plaintiff has indentified certain additional documentary materials and information
7  which she believes should be provided by defendant in this matter either by way of supplemental
8  disclosure or discovery, and has propounded some discovery. Defendant has agreed to "meet
9  and confer" relative to the matters sought by plaintiff but does not concede any right of discovery
10 in this matter on the part of plaintiff.

11   3.   The parties anticipate that there shall be agreement reached as to those materials
12 which are subject to disclosure and that such materials shall be produced on or before October 3,
13 2008. If there remain outstanding items in dispute at such point, the parties propose that plaintiff
14 shall make the appropriate motion to compel discovery which shall be filed no later than October
15 31, 2008, opposition papers to be filed by November 14, 2008 and reply papers, if any, due on
16 November 21, 2008. The parties propose any such discovery motion shall be heard on
17 December 5, 2008 at 9:00 a.m.

18   4.   The parties further propose that the currently set schedule for briefing and hearing
19 of cross-motions for summary judgment be vacated pending a hearing on the discovery matters
20 (if needed) and that a further Case Management Conference be set for December 5, 2008 at
21 which point the dispositive motion and briefing schedule may be re-set.

22                                    Respectfully submitted,

23 DATED: August 19, 2008            LAW OFFICE OF JEROME SCHREIBSTEIN

24
                                     By:  _____/S/_____
25                                   JEROME SCHREIBSTEIN
                                     Attorneys for Defendant
26                                   BAYER CORPORATION DISABILITY PLANS
                                     (erroneously sued as BAYER CORPORATION
27                                   DISABILITY PLAN)

28                                          -2-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT (CASE NO. C-07-06240 SI)

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

DATED: August 19, 2008               LAW OFFICES OF LAURENCE F. PADWAY

                                      By:                /S/
                                      LAURENCE F. PADWAY
                                      Attorneys for Plaintiff ROSALIE MOOS-
                                      HOLLING

LAW OFFICE OF JEROME SCHREIBSTEIN
ATTORNEYS AT LAW
EMBARCADERO CENTER WEST
275 BATTERY STREET, EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111
(415) 875-3355

-3-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT (CASE NO. C-07-06240 SI)