IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE A. MOOS-HOLLING, | No. C 07-06240 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BAYER CORPORATION DISABILITY PLAN, | |
| Defendant. | |

Defendant's motion for summary judgment is granted and plaintiff's motion for summary judgment is denied. This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 26, 2009

SUSAN ILLSTON
United States District Judge